# EXHIBIT 1

US008079388B2

(12) **United States Patent**   (10) Patent No.: **US 8,079,388 B2**

Turgeman   (45) Date of Patent: **Dec. 20, 2011**

(54) **REFILL PERFUME BOTTLE**

(75) Inventor: **Carmit Turgeman**, Ashkelon (IL)

(73) Assignee: **Beauty Union Global Limited**, Chai Wan (HK)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 956 days.

(21) Appl. No.: **11/568,026**

(22) PCT Filed: **Apr. 18, 2005**

(86) PCT No.: **PCT/IL2005/000402**

§ 371 (c)(1),
(2), (4) Date: **Oct. 17, 2006**

(87) PCT Pub. No.: **WO2005/101969**

PCT Pub. Date: **Nov. 3, 2005**

(65) **Prior Publication Data**

US 2009/0194191 A1   Aug. 6, 2009

(30) **Foreign Application Priority Data**

Apr. 20, 2004   (IL) ........................................... 161515

(51) **Int. Cl.**
*B67C 3/02*   (2006.01)

(52) **U.S. Cl.** .......................... **141/113**; 141/349; 141/351

(58) **Field of Classification Search** ................ 141/3, 20, 141/113, 346–362; 401/219, 220

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

3,559,701 A   2/1971 Wittersheim et al.

| | | | |
|---|---|---|---|
| 3,601,164 A | * | 8/1971 | Bruce ............................ 141/20 |
| 3,718,165 A | * | 2/1973 | Grothoff ....................... 141/20 |
| 4,197,884 A | * | 4/1980 | Maran ........................ 141/383 |
| 4,473,097 A | * | 9/1984 | Knickerbocker et al. ..... 141/113 |
| 4,877,065 A | * | 10/1989 | Lamboy et al. ............... 141/18 |
| 4,988,017 A | * | 1/1991 | Schrader et al. ............ 222/130 |
| 5,524,680 A | * | 6/1996 | de Laforcade ................ 141/18 |
| 5,623,974 A | * | 4/1997 | Losenno et al. ............... 141/20 |
| 5,791,527 A | * | 8/1998 | Giuffredi ................. 222/321.9 |
| 6,435,231 B1 | * | 8/2002 | Cooper et al. ............... 141/346 |
| 6,533,482 B1 | | 3/2003 | Byun |
| 6,607,012 B2 | * | 8/2003 | Yquel ........................... 141/20 |
| 6,857,806 B2 | * | 2/2005 | Harrison et al. ............ 401/219 |
| 6,883,564 B2 | * | 4/2005 | Risch et al. ................. 141/113 |
| 7,377,296 B2 | * | 5/2008 | Gueret ........................ 141/352 |
| 7,665,635 B2 | * | 2/2010 | Ramet et al. .............. 222/321.7 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| FR | 2073087 | 9/1971 |
| GB | 2095103 | 9/1982 |
| GB | 2229380 | 9/1990 |

* cited by examiner

*Primary Examiner* — Timothy L Maust

(74) *Attorney, Agent, or Firm* — William H. Dippert; Eckert Seamans Cherin & Mellot, LLC

(57) **ABSTRACT**

The present invention teaches a refill bottle adapted to repeatedly receive and dispense liquid such as perfume. The refill bottle comprises a bottle having a bottom portion and an upper portion, an opening provided in the upper portion wherein the opening is adapted to be covered, and a refill mechanism provided in the bottom portion. The liquid is received through the refill mechanism from a regular bottle preferably provided with a spraying mechanism and is dispensed through the opening.

**4 Claims, 3 Drawing Sheets**





FIGURE 1a          FIGURE 1b

FIGURE 1c



FIGURE 2a

FIGURE 2b

FIGURE 2c

FIGURE 2d



FIGURE 3

US 8,079,388 B2

**1**

## REFILL PERFUME BOTTLE

### FIELD OF THE INVENTION

The present invention relates to perfume bottles. More particularly, the present invention relates to a bottle adapted to be refilled, especially for perfumes.

### BACKGROUND OF THE INVENTION

Perfumes, aftershave and the like products in bottles are mostly sold in volumes of about 100 cc and much more. Since perfume and other relative liquids are relatively an expensive commodity, and are available in relatively high volume packs, the users don't tend to carry the bottles with them. There are available traveler's bottles, however, those bottles are provided with a conventional narrow opening that is provided with rotatable cover through which the liquid from the large pack has to be spilled. It is already mentioned that the liquids are relatively expensive and the spilling action through a narrow opening can result in loosing some of the material. Moreover, most perfume and aftershave bottles are provided with vaporizer mechanism for spraying the liquid onto the body, and those bottles cannot be open and spilled easily.

There is no available bottle that can be refilled with a liquid such as perfume or aftershave over and over again in an amount that suffices several uses only. The only small bottles that are available are sampler bottles that can not be refilled.

There are available gas lighters that can be refilled with butane; however, those lighters can be refilled only from a dedicated gas balloon and they do not contain liquid material.

There is a need for a relatively small bottle that can be carried in a handbag, a purse, a makeup kit, a briefcase, in a utility case or any other small case that is carried by the user to work or to a date.

### SUMMARY OF THE INVENTION

It is an object of the present invention to provide a refill bottle that is adapted to be easily refilled by a liquid that is pressurized provided in a bottle having a spaying mechanism.

It is another object of the present invention to provide a refill bottle adapted to be refilled by a liquid such as perfume, aftershave and the like.

It is yet another object of the present invention to provide a refill bottle that has a vaporizer or a roll on mechanism to remove the liquid.

It is thus provided in accordance with the present invention, a refill bottle adapted to receive liquid comprising:

a bottle having a bottom portion and an upper portion;

an opening provided in said upper portion wherein said opening is adapted to be covered;

a refill mechanism provided in said bottom portion;

whereby the liquid is received through said refill mechanism from a regular bottle provided with spraying mechanism and is withdrawn through said opening.

Furthermore, in accordance with another preferred embodiment of the present invention, said upper portion is provided with a spraying mechanism.

Furthermore, in accordance with another preferred embodiment of the present invention, said spraying mechanism comprises a tube adapted to be placed in the liquid and a pump communicating with said tube, wherein said pump is provided with a nozzle through which the liquid is adapted to be sprayed.

Furthermore, in accordance with another preferred embodiment of the present invention, said upper portion is provided with a spreading mechanism.

Furthermore, in accordance with another preferred embodiment of the present invention, said spreading mecha-

**2**

nism is provided with a bounded and rotatable ball having a portion communicating with the liquid and a portion communicating with an outer portion of the refill bottle.

Furthermore, in accordance with another preferred embodiment of the present invention, said ball is a glass ball.

Furthermore, in accordance with another preferred embodiment of the present invention, said refill mechanism is provided with a check valve.

Furthermore, in accordance with another preferred embodiment of the present invention, said check valve is adapted to open when a stem is pushed through a bottom opening provided in said bottom portion and wherein the liquid is pushed inside the refill bottle through said stem.

Furthermore, in accordance with another preferred embodiment of the present invention, said stem is a conduit provided in a spraying mechanism of a regular spray bottle.

Furthermore, in accordance with another preferred embodiment of the present invention, said bottom opening is adapted to receive a conduit provided in a spraying mechanism of a regular spray bottle.

Additionally, in accordance with another preferred embodiment of the present invention, said liquid is selected from a group of liquids such as perfume or aftershave.

### BRIEF DESCRIPTION OF THE FIGURES

In order to better understand the present invention and appreciate its practical applications, the following Figures are attached and references herein. Like components are denoted by like reference numerals.

It should be noted that the figures are given as examples and preferred embodiments only and in no way limit the scope of the present invention as defined in the appending Description and Claims.

FIG. 1a illustrates an isometric view of a refill bottle in accordance with a preferred embodiment of the present invention, provided with a vaporizer mechanism.

FIG. 1b illustrates a cross sectional view of the refill bottle shown in FIG. 1a.

FIG. 1c illustrates a bottom view of the refill bottle shown in FIG. 1a.

FIG. 2a illustrates an isometric view of a refill bottle in accordance with another preferred embodiment of the present invention.

FIG. 2b illustrates an elevated view of the refill bottle shown in FIG. 2a.

FIG. 2c illustrates a cross sectional view of the refill bottle shown in FIG. 2a.

FIG. 1c illustrates a bottom view of the refill bottle shown in FIG. 2a.

FIG. 3 illustrates a refill bottle in accordance with a preferred embodiment of the present invention, filled with liquid from a regular bottle.

### DETAILED DESCRIPTION OF THE INVENTION AND FIGURES

The present invention provides a unique and novel refill bottle adapted especially for liquids such as perfumes and aftershaves. There is no available efficient refill bottle for perfume or other alike materials that is adapted to be refilled from a regular bottle having a spraying mechanism. There is a long felt need to provide a refill bottle that the user can easily carry with him for a very short time, so the bottle is relatively small and can be carried in a purse or a handbag. This is in light of the fact that perfume bottles are relatively large and are highly expensive.

The refill bottle of the present invention can be provided with an opening that is covered so as to take out the liquid or can be provided with a vaporizer adapted to allow spraying the liquid out. In another

US 8,079,388 B2

3

aspect of the present invention, the bottle can be provided with a roll-on mechanism so as to remove the liquid.

The bottom portion of the bottle is provided with a refill mechanism that can be a check valve through which liquid can be inserted into the bottle in preferably a pressurized manner.

Reference is now made to FIGS. 1a and b illustrating an isometric and cross sectional views of a refill bottle in accordance with a preferred embodiment of the present invention, provided with a vaporizer mechanism. Refill bottle 10 is preferably a cylindrical bottle 12 made of glass that is provided with a vaporizing mechanism 14. The vaporizing mechanism is based on a pump that is adapted to take out the liquid that is received in refill bottle 10 by spraying the liquid onto the user's body (the liquid is not shown in the figures). Vaporizing mechanism 14 comprises elongated tubing 16 that is placed in the bottle so that an opening 18 through which liquid is drawn through is placed in the bottom of the bottle of the liquid. Vaporizing mechanism 14 is further provided with a check valve 20 that is basically a one-way valve and a hollow valve stem 22 wherein check valve 20 is adapted to allow liquid to pass through hollow valve stem 22 upon the stem being forced downwardly to the check valve. Hollow valve stem 22 is upwardly moving when the force is removed due to a small spring that is placed within check valve 20 (the spring is not shown in the Figure). A spray button 24 is provided on top of hollow valve stem 22 so as to allow the user to push the stem downwardly. When hollow valve stem 22 is pushed downwardly, the pressurized liquid pass through the hollow stem and is sprayed through an opening 26 in the stem. Opening 26 is fluidically communicating with a nozzle 28 that is provided in spray button 24 through which the liquid is sprayed onto the user's body. Spraying pumps are basically known in the art.

The bottom portion of refill bottle 10 is provided with a refill mechanism 30. Refill mechanism is basically a check valve 32 allowing fluid to be inserted into the bottle without the ability to leak out through refill mechanism 30. Check valve 32 opens when a stem is inserted through bottom opening 34 and pushed to open the check valve.

Reference is now made to FIG. 1c illustrating a bottom view of the refill bottle shown in FIG. 1a. Bottom opening 34 is adapted to receive a conduit through which liquid passes and pushed through the check valve in a pressurized manner.

Bottle 10 is refilled through refill mechanism 30 while the liquid is dispensed from the bottle through vaporizing mechanism 14. As mentioned herein before, the refill bottle of the present invention is adapted to be refilled with liquids such as perfume or aftershave that are withdrawn from regular bottles that are available in the industry. Most of the perfume and aftershave bottles are provided with a spraying mechanism similar to the one described herein before.

Reference is now made to FIG. 3 illustrating a refill bottle in accordance with a preferred embodiment of the present invention, filled with liquid from a regular bottle. The spray button is removed from a regular perfume bottle 150 so that the stem 152 of the spraying mechanism is exposed. Stem 152 is pushed into the bottom opening of refill bottle 10 and is pushed upwardly towards the check calve so as to open it and push a portion of the liquid 154 into refill bottle 10. Refill bottle 10 is filled to the desired amount and perfume bottle 150 is removed. The refill bottle is designed to be very small so the user can fill in other perfume each time according to his needs.

Reference is now made to FIG. 2a-d illustrating views of a refill bottle in accordance with another preferred embodiment

4

of the present invention. Refill bottle 100 is basically similar to refill bottle 10, however, refill bottle 100 is provided with another mechanism for spreading the liquid. The upper portion of refill bottle 100 is provided with a spreading mechanism 102 comprising preferably a glass ball 104 that is bounded in the upper portion of the bottle and is adapted to rotate within it boundary. A portion of glass ball 104 is in communication with the inner part of the bottle and a portion is in communication with the outer environment. When glass ball 104 is rotated on a body, it spreads the liquid. This mechanism is known especially in deodorant industry. The bottom portion of refill bottle 100 is provided with a refill mechanism 30 such as the one used in refill bottle 10.

The refill bottle of the present invention is a small bottle that can receive a small amount of liquid that is adapted for several uses. The user can therefore fill in other perfume or aftershave every time he goes out of the house while carrying the refill bottle in his purse or handbag.

It should be clear that the description of the embodiments and attached Figures set forth in this specification serves only for a better understanding of the invention, without limiting its scope as covered by the following Claims.

It should also be clear that a person skilled in the art, after reading the present specification can make adjustments or amendments to the attached Figures and above described embodiments that would still be covered by the following Claims.

The invention claimed is:

1. A portable refillable non compressible liquid dispenser adapted to receive non-compressible liquid from a bottle provided with a spraying means having a stem through which the non-compressible liquid is dispensed, the portable refillable non compressible liquid dispenser consisting of a body having an upper portion with a first opening and a bottom portion with a second opening,

wherein the first opening has a vaporizer mechanism for dispensing non-compressible liquid received in the refillable dispenser, said vaporizer mechanism comprising a tube positioned within the dispenser, a pump communicating with the tube, and a nozzle communicating with the pump, through which nozzle the non-compressible liquid is sprayed in an outward direction, and

wherein the second opening has a refill mechanism comprising a check valve adapted to receive the stem of the bottle so that when the stem is pushed through the check valve, the check valve is open to and receives the non-compressible liquid through the refill mechanism from the spraying means of the bottle and when the stem is withdrawn from the check valve, the check valve is closed to prevent leakage of the non-compressible liquid.

2. The portable refillable liquid dispenser as claimed in claim 1, wherein said non-compressible liquid is a perfume or an aftershave.

3. The portable refillable liquid dispenser as claimed in claim 1, wherein the bottle is a perfume bottle and the stem is an exposed conduit of the spraying means of the perfume bottle.

4. The portable refillable liquid dispenser as claimed in claim 1, wherein the refillable liquid dispenser is a small bottle that can receive a small amount of said non-compressible liquid for several uses.

*   *   *   *   *



US008881775B2

(12) **United States Patent**

Turgeman

(10) Patent No.: **US 8,881,775 B2**

(45) **Date of Patent:** **Nov. 11, 2014**

(54) **REFILL PERFUME BOTTLE**

(75) Inventor: **Carmit Turgeman**, Askelon (IL)

(73) Assignee: **Beauty Union Global Limited**, Chai Wan (HK)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **13/302,405**

(22) Filed: **Nov. 22, 2011**

(65) **Prior Publication Data**

US 2012/0090733 A1     Apr. 19, 2012

**Related U.S. Application Data**

(62) Division of application No. 11/568,026, filed as application No. PCT/IL2005/000402 on Apr. 18, 2005, now Pat. No. 8,079,388.

(30) **Foreign Application Priority Data**

Apr. 20, 2004     (IL) .......................................... 161515

(51) **Int. Cl.**
**B67C 3/02**       (2006.01)
**B05B 11/00**      (2006.01)
**A45D 34/02**      (2006.01)

(52) **U.S. Cl.**
CPC ............ **B05B 11/0037** (2013.01); **A45D 34/02** (2013.01); **B05B 11/0056** (2013.01); **B05B 11/0035** (2013.01); **B05B 11/30** (2013.01)
USPC ............... **141/113**; 141/2; 141/351; 141/352; 215/2

(58) **Field of Classification Search**
CPC ....................................................... B65D 1/06

USPC ............ 141/3, 20, 113, 346–362, 2; 401/219, 401/220; 215/2
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,643,535 A | 12/1948 | Strumbos | |
| 3,559,701 A | 2/1971 | Wittersheim et al. | |
| 3,601,164 A | 8/1971 | Bruce | 141/20 |
| 3,601,165 A | 8/1971 | Obata | |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 2114634 U | 9/1992 |
| CN | 201055827 Y | 5/2008 |

(Continued)

OTHER PUBLICATIONS

Request for Reexamination of U.S. Patent No. 8,079,388, Dated Jul. 24, 2013 (Reexaminatation Control No. 90/012,926.

(Continued)

*Primary Examiner* — Timothy L Maust
(74) *Attorney, Agent, or Firm* — William H. Dippert; Eckert Seamans Cherin & Mellott, LLC

(57) **ABSTRACT**

The present invention teaches a refill bottle adapted to repeated receive and dispense liquid such as perfume. The refill bottle comprises a bottle having a bottom portion and an upper portion, an opening provided in the upper portion wherein the opening is adapted to be covered, and a refill mechanism provided in the bottom portion. The liquid is received through the refill mechanism from a regular bottle preferably provided with a spraying mechanism and its dispensed through the opening.

**8 Claims, 3 Drawing Sheets**



**US 8,881,775 B2**

Page 2

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,718,165 | A | 2/1973 | Grothoff .......................... 141/20 |
| 4,197,884 | A | 4/1980 | Maran ........................... 141/383 |
| 4,473,097 | A | 9/1984 | Knickerbocker et al. |
| 4,662,412 | A | 5/1987 | Swallert |
| 4,712,593 | A * | 12/1987 | Zulauf et al. ................. 141/113 |
| 4,877,065 | A | 10/1989 | Lamboy et al. ................. 141/18 |
| 4,988,017 | A | 1/1991 | Schrader et al. ............. 222/130 |
| 5,524,680 | A | 6/1996 | de Laforcade ................. 141/18 |
| 5,623,974 | A | 4/1997 | Losenno et al. |
| 5,791,527 | A | 8/1998 | Giuffredi ................. 222/321.9 |
| 5,865,350 | A | 2/1999 | Losenno et al. |
| 6,435,231 | B1 | 8/2002 | Cooper et al. ................. 141/346 |
| 6,533,482 | B1 | 3/2003 | Byun |
| 6,607,012 | B2 | 8/2003 | Yquel ............................. 141/20 |
| 6,857,806 | B2 | 2/2005 | Harrison et al. .............. 401/219 |
| 6,883,564 | B2 | 4/2005 | Risch et al. ................. 141/113 |
| 7,377,296 | B2 | 5/2008 | Gueret ........................... 141/352 |
| 7,665,635 | B2 | 2/2010 | Ramet et al. .............. 222/321.7 |
| 8,079,388 | B2 | 12/2011 | Turgeman |
| 2002/0057938 | A1 | 5/2002 | Gueret |
| 2005/0056341 | A1 | 3/2005 | Gueret |
| 2005/0284891 | A1 | 12/2005 | Ramet et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 1166225 | 9/1958 |
| DE | 1798193 | 10/1959 |
| DE | 1802692 | 12/1959 |
| DE | 1823288 | 12/1960 |
| DE | 1968728 | 9/1967 |
| DE | 2540875 | 9/1975 |
| DE | 8307900 U1 | 3/1983 |
| EP | 1283180 A2 | 2/2003 |
| FR | 2073087 | 9/1971 |
| FR | 2698341 A1 | 11/1992 |
| FR | 2893598 A1 | 11/2005 |
| GB | 938331 | 11/1959 |
| GB | 2095103 | 9/1982 |
| GB | 2137181 A | 2/1984 |
| GB | 2229380 | 9/1990 |
| JP | 5125605 | 8/1976 |
| JP | 8175578 A | 7/1996 |
| JP | 2004182305 A | 7/2004 |
| WO | 0243794 A1 | 6/2002 |

OTHER PUBLICATIONS

Corrected Request for Reexamination of U.S. Patent No. 8,079,388, Dated Sep. 3, 2013 (Reexamination Control No. 90/012,926.
Decision Regarding Reexamination Control No. 90/012,926, Dated Oct. 29, 2013.

* cited by examiner



FIGURE 1a                    FIGURE 1b

FIGURE 1c



FIGURE 2a

FIGURE 2b

FIGURE 2c

FIGURE 2d



FIGURE 3

US 8,881,775 B2

1

# REFILL PERFUME BOTTLE

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a divisional of commonly assigned U.S. patent application Ser. No. 11/568,026, filed Oct. 17, 2006, now U.S. Pat. No. 8,079,388 which, in turn, is a National Phase filing of PCT Patent Application No. PCT/IL2005/000402, filed Apr. 18, 2005, which, in turn, is based upon Israeli Patent Application No. 161515, filed Apr. 20, 2004, each of which is incorporated herein in its entirety.

## FIELD OF THE INVENTION

The present invention relates to perfume bottles. More particularly, the present invention relates to a bottle adapted to be refilled, especially for perfumes.

## BACKGROUND OF THE INVENTION

Perfumes, aftershave and the like products in bottles are mostly sold in volumes of about 100 cc and much more. Since perfume and other relative liquids are relatively an expensive commodity, and are available in relatively high volume packs, the users don't tend to carry the bottles with them. There are available traveler's bottles, however, those bottles are provided with a conventional narrow opening that is provided with rotatable cover through which the liquid from the large pack has to be spilled. It is already mentioned that the liquids are relatively expensive and the spilling action through a narrow opening can result in losing some of the material. Moreover, most perfume and aftershave bottles are provided with vaporizer mechanism for spraying the liquid onto the body, and those bottles cannot be open and spilled easily.

There is no available bottle that can be refilled with a liquid such as perfume or aftershave over and over again in an amount that suffices several uses only. The only small bottles that are available are sampler bottles that cannot be refilled.

There are available gas lighters that can be refilled with butane; however, those lighters can be refilled only from a dedicated gas balloon and they do not contain liquid material.

There is a need for a relatively small bottle that can be carried in a handbag, a purse, a makeup kit, a briefcase, in a utility case or any other small case that is carried by the user to work or to a date.

## SUMMARY OF THE INVENTION

It is an object of the present invention to provide a refill bottle that is adapted to be easily refilled by a liquid that is pressurized provided in a bottle having a spaying mechanism.

It is another object of the present invention to provide a refill bottle adapted to be refilled by a liquid such as perfume, aftershave and the like.

It is yet another object of the present invention to provide a refill bottle that has a vaporizer or a roll on mechanism to remove the liquid.

It is thus provided in accordance with the present invention, a refill bottle adapted to receive liquid comprising:

a bottle having a bottom portion and an upper portion;

an opening provided in said upper portion wherein said opening is adapted to be covered;

a refill mechanism provided in said bottom portion;

whereby the liquid is received through said refill mechanism from a regular bottle provided with a spraying mechanism and is withdrawn through said opening.

2

Furthermore, in accordance with another preferred embodiment of the present invention, said upper portion is provided with a spraying mechanism.

Furthermore, in accordance with another preferred embodiment of the present invention, said spraying mechanism comprises a tube adapted to be placed in the liquid and a pump communicating with said tube, wherein said pump is provided with a nozzle through which the liquid is adapted to be sprayed.

Furthermore, in accordance with another preferred embodiment of the present invention, said upper portion is provided with a spreading mechanism.

Furthermore, in accordance with another preferred embodiment of the present invention, said spreading mechanism is provided with a bounded and rotatable ball having a portion communicating with the liquid and a portion communicating with an outer portion of the refill bottle.

Furthermore, in accordance with another preferred embodiment of the present invention, said ball is a glass ball.

Furthermore, in accordance with another preferred embodiment of the present invention, said refill mechanism is provided with a check valve.

Furthermore, in accordance with another preferred embodiment of the present invention, said check valve is adapted to open when a stem is pushed through a bottom opening provided in said bottom portion and wherein the liquid is pushed inside the refill bottle through said stem.

Furthermore, in accordance with another preferred embodiment of the present invention, said stem is a conduit provided in a spraying mechanism of a regular spray bottle.

Furthermore, in accordance with another preferred embodiment of the present invention, said bottom opening is adapted to receive a conduit provided in a spraying mechanism of a regular spray bottle.

Additionally, in accordance with another preferred embodiment of the present invention, said liquid is selected from a group of liquids such as perfume or aftershave.

## BRIEF DESCRIPTION OF THE FIGURES

In order to better understand the present invention and appreciate its practical applications, the following Figures are attached and references herein. Like components are denoted by like reference numerals.

It should be noted that the figures are given as examples and preferred embodiments only and in no Way limit the scope of the present invention as defined in the appending Description and Claims,

FIG. 1a illustrates an isometric view of a refill bottle in accordance with a preferred embodiment of the present invention, provided with a vaporizer mechanism.

FIG. 1b illustrates a cross sectional view of the refill bottle shown in FIG. 1a.

FIG. 1c illustrates a bottom view of the refill bottle shown in FIG. 1a.

FIG. 2a illustrates an isometric view of a refill bottle in accordance with another preferred embodiment of the present invention.

FIG. 2b illustrates an elevated view of the refill bottle shown in FIG. 2a.

FIG. 2c illustrates a cross sectional view of the refill bottle shown in FIG. 2a.

FIG. 2d illustrates a bottom view of the refill bottle shown in FIG. 2a.

US 8,881,775 B2

3

FIG. 3 illustrates a refill bottle in accordance with a preferred embodiment of the present invention, filled with liquid from a regular bottle.

DETAILED DESCRIPTION OF THE INVENTION AND FIGURES

The present invention provides a unique and novel refill bottle adapted especially for liquids such as perfumes and aftershaves. There is no available efficient refill bottle for perfume or other alike materials that is adapted to be refilled from a regular bottle having a spraying mechanism. There is a long felt need to provide a refill bottle that the user can easily carry with him for a very short time, so the bottle is relatively small and can be carried in a purse or a handbag. This is in light of the fact that perfume bottles are relatively large and are highly expensive.

The refill bottle of the present invention can be provided with an opening that is covered with a conventional rotatable cover so as to take out the liquid or can be provided with a vaporizer adapted to allow spraying the liquid out. In another aspect of the present invention, the bottle can be provided with a roll on mechanism so as to remove the liquid.

The bottom portion of the bottle is provided with a refill mechanism that can be a check valve through which liquid can be inserted into the bottle in preferably a pressurized manner.

Reference is now made to FIGS. 1a and 1b illustrating isometric and cross sectional views of a refill bottle in accordance with a preferred embodiment of the present invention, provided with a vaporizer mechanism. Refill bottle 10 is preferably a cylindrical bottle 12 made of glass that is provided with a vaporizing mechanism 14. The vaporizing mechanism 14 is based on a pump that is adapted to take out the liquid that is received in refill bottle 10 by spraying the liquid onto the user's body (the liquid is not shown in the figures). Vaporizing mechanism 14 comprises elongated tubing 16 that is placed in the bottle so that an opening 18 through which liquid is drawn through is placed in the bottom of the bottle or the liquid. Vaporizing mechanism 14 is further provided with a check valve 20 that is basically a one-way valve and a hollow valve stem 22 wherein check valve 20 is adapted to allow liquid to pass through hollow valve stem 22 upon the stem being forced downward to the check valve. Hollow valve stem 22 moves upward when the force is removed due to a small spring that is placed within check valve 20 (the spring is not shown in the Figure). A spray button 24 is provided on top of hollow valve stem 22 so as to allow the user to push the stem downward. When hollow valve stem 22 is pushed downward, the pressurized liquid passes through hollow stem 22 and is sprayed through an opening 26 in the stem. Opening 26 is in fluid communication with a nozzle 28 that is provided in spray button 24 through which the liquid is sprayed onto the user's body. Spraying pumps are basically known in the art.

The bottom portion of refill bottle 10 is provided with a refill mechanism 30. Refill mechanism is basically a check valve 32 allowing fluid to be inserted into the bottle without the ability to leak out through refill mechanism 30. Check valve 32 opens when a stem is inserted through bottom opening 34 and pushed to open the check valve.

Reference is now made to FIG. 1c illustrating a bottom view of the refill bottle shown FIG. 1a. Bottom opening 34 is adapted to receive a conduit through which liquid passes and pushed through the check valve in a pressurized manner.

Bottle 10 is refilled through refill mechanism 30 while the liquid is dispensed from the bottle through vaporizing mecha-

4

nism 14. As mentioned herein before, the refill bottle of the present invention is adapted to be refilled with liquids such as perfume or aftershave that are withdrawn from regular bottles that are available in the industry. Most of the perfume and aftershave bottles are provided with a spraying mechanism similar to the one described herein before.

Reference is now made to FIG. 3 illustrating a refill bottle in accordance with a preferred embodiment of the present invention, filled with liquid from a regular bottle. The spray button is removed from a regular perfume bottle 150 so that the stem 152 of the spraying mechanism is exposed. Stem 152 is pushed into the bottom opening of refill bottle 10 and is pushed upwardly towards the check calve so as to open it and push a portion of the liquid 154 into refill bottle 10. Refill bottle 10 is filled to the desired amount and perfume bottle 150 is removed. The refill bottle is designed to be very small so the user can fill in other perfume each time according to his needs.

Reference is now made to FIG. 2 a-d illustrating views of a refill bottle in accordance with another preferred embodiment of the present invention.

Refill bottle 100 is basically similar to refill bottle 10, however, refill bottle 100 is provided with another mechanism for spreading the liquid. The upper portion of refill bottle 100 is provided with a spreading mechanism 102 comprising preferably a glass ball 104 that is bounded in the upper portion of the bottle and is adapted to rotate within it boundary. A portion of glass ball 104 is in communication with the inner part of the bottle and a portion is in communication with the outer environment. When glass ball 104 is rotated on a body, it spreads the liquid. This mechanism is known especially in deodorant industry. The bottom portion of refill bottle 100 is provided with a refill mechanism 30 such as the one used in refill bottle 10.

The refill bottle of the present invention is a small bottle that can receive a small amount of liquid that is adapted for several uses. The user can therefore fill in other perfume or aftershave every time he goes out of the house while carrying the refill bottle in his purse or handbag.

It should be clear that the description of the embodiments and attached Figures set forth in this specification serves only for a better understanding of the invention, without limiting its scope as covered by the following Claims.

It should also be clear that a person skilled in the art, after reading the present specification can make adjustments or amendments to the attached Figures and above described embodiments that would still be covered by the following Claims.

The invention claimed is:

1. A method of refilling a perfume dispenser with a non-compressible liquid from a perfume bottle having a spraying mechanism that comprises a stem through which the non-compressible liquid is dispensed and a removable spray button, the method comprising:

providing a perfume dispenser having an atomizer in an upper portion of the perfume dispenser for dispensing non-compressible liquid and a refill mechanism in a bottom portion of the perfume dispenser, wherein said refill mechanism comprises a one-way check valve adapted to receive the stem of the perfume bottle;

removing the spray button from the spraying mechanism of the perfume bottle to expose the stem; and

pushing the stem of the perfume bottle into the check valve to allow the non-compressible liquid to flow through said check valve into the perfume dispenser.

2. The method of refilling a liquid perfume dispenser as claimed in claim 1, wherein said atomizer comprises a tube

US 8,881,775 B2

5

positioned within the perfume dispenser, a pump communicating with said tube, and a nozzle communicating with the pump, through which nozzle the non-compressible liquid is sprayed in an outward direction.

**3**. A system comprising a refill perfume dispenser and a perfume bottle, said perfume bottle having a spraying mechanism comprising a stem capable of being exposed, said refill perfume dispenser being capable of receiving a liquid from said perfume bottle, said refill perfume dispenser comprising:

a bottom portion having a bottom opening;

an upper portion having an upper opening comprising a spraying mechanism; and

a refill mechanism provided in said bottom portion,

wherein said refill mechanism comprises a check valve that opens when said stem, after being exposed, is inserted through said bottom opening and pushed to open said check valve,

wherein the liquid is pushed inside said refill perfume dispenser through said stem; and

wherein the perfume is received through said refill mechanism from said perfume bottle and is dispensed through said spraying mechanism.

**4**. The system as claimed in claim **3**, wherein said spraying mechanism comprises a tube adapted to be placed in the liquid and a pump communicating with said tube, wherein said pump is provided with a nozzle adapted to spray the liquid.

6

**5**. The system as claimed in claim **3**, wherein said stem is a conduit provided in said spraying mechanism of said perfume bottle.

**6**. The system as claimed in claim **3**, wherein said bottom opening is adapted to receive a conduit provided in said spraying mechanism of said perfume bottle.

**7**. The system as claimed in claim **3**, wherein said liquid is a perfume or an aftershave.

**8**. A system comprising a perfume bottle and a refill perfume dispenser adapted to receive liquid from the perfume bottle, the system comprising:

a perfume bottle having a spraying mechanism with a stem and a spray cap covering the stem that can be removed to expose the stem; and

a refill perfume dispenser comprising:

a bottom portion having a bottom opening having a refill mechanism; and

an upper portion having an upper opening comprising a spraying mechanism,

wherein said refill mechanism comprises a check valve that opens when said stem, after being exposed, is inserted through said bottom opening and pushed to open said check valve,

wherein the liquid is pushed inside said refill perfume dispenser through said stem; and

wherein the liquid is received through said refill mechanism from said perfume bottle and is dispensed through said spraying mechanism.

*   *   *   *   *



US008978938B2

(12) **United States Patent**
Hui et al.

(10) Patent No.: **US 8,978,938 B2**
(45) Date of Patent: **Mar. 17, 2015**

(54) **PORTABLE CHARGEABLE SPRAY BOTTLE**

(75) Inventors: **Yi Ming Hui**, Dongguan (CN); **Zhi Wang**, Dongguan (CN)

(73) Assignee: **Dongguan Yixin Magnetic Disk Co., Ltd.** (CN)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 443 days.

(21) Appl. No.: **13/168,693**

(22) Filed: **Jun. 24, 2011**

(65) **Prior Publication Data**

US 2011/0309113 A1      Dec. 22, 2011

**Related U.S. Application Data**

(63) Continuation-in-part of application No. PCT/CN2009/072347, filed on Jun. 19, 2009.

(51) **Int. Cl.**
| | | |
|---|---|---|
| *B65D 83/00* | (2006.01) | |
| *B65B 1/04* | (2006.01) | |
| *B65B 31/00* | (2006.01) | |
| *B05B 11/00* | (2006.01) | |

(52) **U.S. Cl.**
CPC ......... *B05B 11/0056* (2013.01); *B05B 11/0018* (2013.01); *B05B 11/0097* (2013.01)
USPC ................. **222/402.16**; 222/402.18; 222/388; 222/399; 141/3; 141/20; 141/113

(58) **Field of Classification Search**
USPC ............... 222/402.1, 402.16, 402.17, 402.18, 222/402.2, 321.1, 321.2, 321.3, 321.4, 222/321.5, 321.6, 321.7, 321.8, 321.9, 389, 222/399; 141/3, 20, 113; 239/333, 570, 239/571; 215/2
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,559,701 | A | 2/1971 | Wittersheim et al. |
| 3,601,164 | A | 8/1971 | Bruce |
| 3,718,165 | A | 2/1973 | Grothoff |
| 4,197,884 | A | 4/1980 | Maran |
| 4,473,097 | A | 9/1984 | Knickerbocker et al. |
| 4,750,532 | A | 6/1988 | Grothoff |
| 4,877,065 | A | 10/1989 | Lamboy et al. |
| 4,988,017 | A | 1/1991 | Schrader et al. |
| 5,524,680 | A | 6/1996 | de Laforcade |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 2114634 U | 9/1992 |
| CN | 201055827 Y | 5/2008 |

(Continued)

OTHER PUBLICATIONS

www.travalo.com; "Travalo Wherever You go"; Jul. 7, 2010.

*Primary Examiner* — Kevin P Shaver
*Assistant Examiner* — Stephanie E Williams
(74) *Attorney, Agent, or Firm* — William H. Dippert; Eckert Seamans Cherin & Mellott, LLC

(57) **ABSTRACT**

A portable chargeable spray bottle is disclosed comprising a body comprising an upper part and a lower part; a spray nozzle assembly equipped on the upper part, and a liquid charging structure placed at the bottom part. It is further comprises an exhaust structure comprising an exhaust hole penetrating the body, whereby exhaust air flow can escape via the exhaust hole to outside the bottle.

**5 Claims, 14 Drawing Sheets**



**US 8,978,938 B2**

Page 2

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,623,974 | A | 4/1997 | Losenno et al. |
| 5,638,992 | A | 6/1997 | Lim et al. |
| 5,791,527 | A | 8/1998 | Giuffredi |
| 5,865,350 | A | 2/1999 | Losenno et al. |
| 6,170,537 | B1 * | 1/2001 | Lasserre ........................... 141/3 |
| 6,202,900 | B1 * | 3/2001 | Tsutsui et al. ............ 222/402.2 |
| 6,435,231 | B1 | 8/2002 | Cooper et al. |
| 6,533,482 | B1 | 3/2003 | Byun |
| 6,607,012 | B2 | 8/2003 | Yquel |
| 6,698,620 | B2 * | 3/2004 | Ogata et al. ..................... 222/95 |
| 6,857,806 | B2 | 2/2005 | Harrision et al. |
| 6,883,564 | B2 | 4/2005 | Risch et al. |
| 7,377,296 | B2 | 5/2008 | Gueret |
| 7,665,635 | B2 | 2/2010 | Ramet et al. |
| 8,079,388 | B2 | 12/2011 | Turgeman |
| 2002/0057938 | A1 | 5/2002 | Gueret |
| 2007/0041774 | A1 | 2/2007 | Tourigny |
| 2009/0014481 | A1 | 1/2009 | Benetti |
| 2011/0297275 | A1 | 12/2011 | Farrar et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 1166225 | 9/1958 |
| DE | 1798193 | 10/1959 |
| DE | 1802692 | 12/1959 |
| DE | 1823288 | 12/1960 |
| DE | 1968726 | 9/1967 |
| DE | 2540876 | 9/1975 |
| DE | 8307900 U1 | 3/1983 |
| EP | 1283180 A2 | 2/2003 |
| FR | 2073087 | 9/1971 |
| FR | 2698341 A1 | 11/1992 |
| FR | 2893598 A1 | 11/2005 |
| GB | 938331 | 11/1959 |
| GB | 2095103 | 9/1982 |
| GB | 2137181 A | 2/1984 |
| GB | 2229380 | 9/1990 |
| JP | 5126605 | 8/1976 |
| JP | 8175578 A | 7/1996 |
| JP | 2004182305 A | 7/2004 |
| WO | 0243794 A1 | 6/2002 |

* cited by examiner



FIG.1



FIG.2



FIG.3



FIG.4B

FIG.4A



FIG.5



FIG.6



FIG.7



FIG.8



FIG.9



FIG.10



FIG.11B

Exhaust air

FIG.11A



FIG.12



FIG.13



FIG.14

US 8,978,938 B2

1

**PORTABLE CHARGEABLE SPRAY BOTTLE**

CROSS-REFERENCE TO RELATED
APPLICATION(S)

This application is a continuation-in-part of PCT Patent Application No. PCT/CN2009/072347, filed Jun. 19, 2009, which is based upon Chinese Patent Application No. 20082026225.2, filed Dec. 26, 2008, the benefit of the priority of the filing dates of both patent applications being claimed herewith.

BACKGROUND OF THE INVENTION

1. Technical Field

The present invention relates to a spray bottle which can carry and spray liquid, and more especially, to a portable chargeable spray bottle.

2. Description of Related Art

Currently, the well-known portable spray bottle comprises a nozzle assembly, a bottle and an enclosure. The majority of spray bottles are used only once and thrown away when the liquid is used up. Though charging bottles with charging accessories appear in the market, they are complex, easy to spill and leak, and inconvenient. The current spray bottles made from plastic or glass causes environmental pollution when they are thrown away. Besides, for manufacturers and consumers, disposable goods are uneconomical, resulting in the waste of productive materials. Another problem is that the large bottles are inconvenient to carry if they are used by consumers on the go.

BRIEF SUMMARY OF THE INVENTION

According to one aspect, a portable chargeable spray bottle is provided, comprising:

a body comprising an upper part and a lower part;

a spray nozzle assembly equipped on the upper part, and

a liquid charging structure placed at the bottom part, and

an exhaust structure comprising an exhaust hole penetrating the body, whereby exhaust air flow can escape via the exhaust hole to outside the bottle.

In some embodiments a bottom part of the bottle is configured to incorporate part of the exhaust structure.

In some embodiments, the liquid charging structure comprises:

a stepped liquid charging mouth at the bottom of bottle;

a protuberant grooved piston equipped on the liquid charging mouth, and a resetting structure of piston, wherein a liquid charging passage is arranged on the piston and is fitted with a discharging opening.

Optionally a stop block with one flared end is equipped on the top of piston, a first sealing ring capable of performing sealing being arranged on the stop block.

In some of the embodiments having a stepped liquid charging mouth at the bottom of bottle and a protuberant grooved piston, the exhaust structure includes:

an exhaust hole equipped on the lower part of the bottle which corresponds to the piston groove,

an air duct interconnected with exhaust hole and extending to the upper part of bottle, and

a gap between the piston and an invagination of the bottle in which the piston is disposed, whereby at uncharged state the sealing ring blocks the gap from the duct.

A dynamic sealing may be formed by the exhaust hole and a second sealing ring in the groove of the piston.

2

In some embodiments, the exhaust structure comprises an exhaust hole equipped on the lower part of bottle and an air duct interconnected with exhaust hole and extending to upper part of bottle, wherein a gasket is equipped at the bottom of the exhaust hole.

The gasket may comprise silicon rubber.

The gasket may further comprise at least one pore extending therethrough, whereby pressurized air inside the bottle impels the pores to have a radial extension, such that the pores are enlarged and the pressurized air can be drained away via the exhaust hole, and when exhaust is complete, the gasket resets to block and seal the exhaust hole.

In some embodiments, the liquid charging structure comprises: a liquid charging mouth at the bottom of the bottle, a spring and a bead, the spring configured to urge the bead thereby sealing off the interior of the bottle from the charging mouth, and to be elevated when filling the bottle, the bead no longer blocking the charging mouth and thereby allowing liquid into the bottle, and the exhaust structure comprises: an exhaust hole equipped on the lower part of the bottle, and an air duct interconnected with exhaust hole and extending to the upper part of bottle, wherein a bead is equipped at the bottom of the exhaust hole and on a compression spring, and the compression spring is set on the lower part of bottle.

In some embodiments, the liquid charging structure comprises: a liquid charging mouth at the bottom of the bottle, and a piston comprising a bottom pliable and resilient part and a top hard part to which the bottom pliable part is permanently attached, whereby the bottom pliable part, when not forced upward, seals off the interior of the bottle from the charging mouth, and when forced upward, the bottom pliable part is compressed, allowing liquid to enter the bottle via at least one gap between the piston and a wall of the bottle defining the charging mouth.

The exhaust structure in such embodiments may comprise an exhaust hole equipped on the lower part of bottle and an air duct interconnected with the exhaust hole and extending to upper part of bottle, wherein a gasket is equipped at the bottom of the exhaust hole.

The gasket may comprise silicon rubber.

The gasket may further comprise at least one pore extending therethrough, whereby pressurized air inside the bottle impels the pores to have a radial extension, such that the pores are enlarged and the pressurized air can be drained away via the exhaust hole, and when exhaust is complete, the gasket resets to block and seal exhaust hole.

In some embodiments the nozzle assembly comprises: a gasket, a sprayer cap, and a pump with a pump core wall; between the cap and the pump core wall there being a gap, which extends from the gasket to inside the bottle, whereby exhaust air flow can escape via the gap and exhaust hole to outside the bottle.

The gasket may comprise silicon rubber.

The gasket may further comprise at least one pore extending therethrough, whereby pressurized air inside the bottle impels the pores to have a radial extension, such that the pores are enlarged and the pressurized air can be drained away via the exhaust hole, and when exhaust is complete, the gasket resets to block and seal exhaust hole.

Unless otherwise defined, all technical and scientific terms used herein have the same meaning as commonly understood by one of ordinary skill in the art to which this invention belongs. Although methods and materials similar or equivalent to those described herein can be used in the practice or testing of the present invention, suitable methods and materials are described below. In case of conflict, the patent speci-

US 8,978,938 B2

3

fication, including definitions, will control. In addition, the materials, methods, and examples are illustrative only and not intended to be limiting.

Unless marked as background or art, any information disclosed herein may be viewed as being part of the current invention or its embodiments.

The technical problem to be solved by the present invention is to provide a portable chargeable spray bottle which is easy to carry, features simple operation and quick charging, and bears certain negative pressure. To address the aforesaid technical problems, the present invention adopts the following technical solution:

The portable chargeable spray bottle comprises a bottle and a nozzle assembly installed on the upper part of the bottle. The liquid charging structure equipped at the bare bottom of the bottle includes a stepped liquid charging mouth located at the bottom of the bottle, a protuberant piston equipped on the liquid charging mouth and a piston resetting structure. The piston is provided with a liquid charging passage and a discharging opening is arranged on the top of the liquid charging passage. A stop block with one flared end is equipped on the top of piston. The first sealing ring capable of performing static sealing is arranged on the stop block. The piston is provided with a groove at the bottom in which the second sealing ring is equipped. A compression spring resetting the piston is fitted on the piston. As well, the spring is equipped between the first step surface of stepped liquid charging mouth and that of protuberant piston. The piston is pushed downwards by the spring and the stop block is driven to compress the first sealing ring to perform static sealing towards the bottle.

The bottom of the piston is provided with a concave surface on which the third sealing ring used to prevent liquid from leaking during liquid charging is equipped. An exhaust structure is available in the bottle.

Embodiment 1: the exhaust structure includes an exhaust hole 16 equipped on the upper part of side wall of the bottle. The exhaust hole 16 is interconnected with the outside by penetrating side wall of the bottle.

Embodiment 2: the exhaust structure includes an exhaust hole 26 equipped on the lower part of the bottle which corresponds to the groove of piston, and an air duct interconnected with exhaust hole 26 and extending to upper part of the bottle. Obviously, the independent or simultaneous use can be adopted for exhaust. The dynamic sealing is formed by the second sealing ring in the groove at the bottom of piston and exhaust hole. That is, when charging, the second sealing ring moves upwards driven by the piston and separates from exhaust hole 26, so that, the air duct is directly connected with atmosphere; the second sealing ring is compressed in the exhaust hole 26 in normal status, and the air duct is blocked from atmosphere, thus forming sealing.

Embodiment 3: the exhaust structure includes an exhaust hole 36 equipped on the lower part of the bottle, and an air duct interconnected with exhaust hole C and extending to upper part of the bottle. A silicon rubber gasket is equipped at the bottom of the exhaust hole 36. In order to exhaust the air, various pores are arranged on the silicon rubber gasket along the axis. For another realization mode of this embodiment, the silicon rubber gasket is equipped on the top of nozzle assembly installed on the upper part of the bottle, wherein various pores are arranged on the silicon rubber gasket.

Embodiment 4: the exhaust structure includes an exhaust hole 46 equipped on the lower part of bottle, and an air duct is interconnected with exhaust hole 46 and extends to upper part

4

of bottle. A bead is equipped on the lower part of the exhaust hole 46 and on the compression spring which is set on the lower part of the bottle.

The reverse buckling or threaded connection can be adopted for the nozzle assembly installed on the upper part of the bottle, which is beneficial to sealing and hard to loosen. It is possible to use other connection modes in other embodiments.

In consideration of aesthetic perception, the bottle can be equipped with a decorative enclosure. The exhaust structure described in the present invention is not limited to the above-mentioned liquid charging structure. It can be applied in the charging bottle of different liquid charging structures in other embodiments.

With the abovementioned structures, the spray bottle is convenient for carrying and can be reused, thus reducing the waste of resources. The user can quickly charge the spray bottle through charging structure instead of throwing it away once the liquid in the bottle is used up. Consequently, it can save the cost and protect the environment. In addition, the exhaust structure arranged in the present invention can ensure that it can bear certain negative pressure and work normally during air transport or in high altitude localities.

BRIEF DESCRIPTION OF THE DRAWINGS

For a better understanding of the invention and to show how it may be carried into effect, reference will now be made, purely by way of example, to the accompanying drawings.

With specific reference now to the drawings in detail, it is stressed that the particulars shown are by way of example and for purposes of illustrative discussion of selected embodiments of the present invention only, and are presented in the cause of providing what is believed to be the most useful and readily understood description of the principles and conceptual aspects of embodiments of the invention. In this regard, no attempt is made to show structural details in more detail than is necessary for a fundamental understanding of the embodiments; the description taken with the drawings making apparent to those skilled in the art how the several forms of the invention may be embodied in practice. In the accompanying drawings:

FIG. **1** is the left view of one embodiment;

FIG. **2** is the sectional view of A-A in FIG. **1**;

FIG. **3** is the front view of the embodiment;

FIG. **4**a is a sectional view of another embodiment;

FIG. **4**b shows in exploded view an exhaust hole on a wall of the embodiment shown in FIG. **4**a;

FIG. **5** is the schematic view of yet another embodiment;

FIG. **6** is the partial amplified view of part **15** in FIG. **5**;

FIG. **7** is schematic view of liquid charging structure sealed by a bead;

FIG. **8** is schematic view of liquid charging structure sealed by a silicon rubber gasket;

FIG. **9** is the schematic view of another embodiment;

FIG. **10** is the partial amplified view of part **25** in FIG. **7**;

FIG. **11**A is the schematic view of realization mode of yet another Embodiment;

FIG. **11**B is an exploded view of part of a nozzle assembly in the embodiment shown in FIG. **11**A, that includes an exhaust gasket;

FIG. **12** is the schematic view of another embodiment;

FIG. **13** is the partial amplified view of part **35** in FIG. **12**;

FIG. **14** is the schematic view of a liquid charging state of an embodiment of the present invention.

DETAILED DESCRIPTION OF THE INVENTION

Before explaining at least one embodiment of the invention in detail, it is to be understood that the invention is not limited

US 8,978,938 B2

5

in its application to the details of construction and the arrangement of the components set forth in the following description or illustrated in the drawings. The invention is capable of other embodiments or of being practiced or carried out in various ways. Also, it is to be understood that the phraseology and terminology employed herein is for the purpose of description and should not be regarded as limiting.

In discussion of the various figures described herein below, like numbers refer to like parts (if using numbers).

For clarity, non-essential elements were omitted from some of the drawings.

It should be understood that the various embodiments are not limited to the arrangements and instrumentality shown in the drawings.

The present invention comprises a dispensing mechanism such as a roll-on assembly or a nozzle assembly **1** and a bottle **2**, wherein the pressing nozzle is equipped in nozzle assembly **1**, including the nozzle used in the bottle of scent, shampoo, gel and medical liquid for example. It is unnecessary to give details about the structural principles. The nozzle assembly **1** is installed in the upper mouth of the bottle **2** and is connected through reverse buckling or thread. They are closely fitted, so it is easy and fast to assembly them. Obviously, it is possible to use other connection modes in other embodiments. Moreover, to give a aesthetic perception, the bottle **2** can be equipped together with the decorative enclosure **3** (FIGS. **1** to **3**).

In one embodiment, shown in FIGS. **5-6**, a bare stepped liquid charging mouth **21** is equipped at the bottom of bottle **22**. The liquid charging mouth **21** is fitted with a piston **5** in which a liquid charging passage **51** is installed. The opening **510** of liquid charging passage **51** is located on the top of piston **5**. A stop block **52** with one flared end is equipped on the top of piston **5**. The first sealing ring **53** capable of performing static sealing is arranged on the stop block **52** and seals the **22** and liquid charging mouth **21** when out of charging. The protuberant piston **5** is equipped on the stepped liquid charging mouth **21** and is provided with a compression spring **56**. The compression spring **56** is equipped between the first step surface **210** and step surface **211** of stepped liquid charging mouth **21** and to block **52**. The piston **5** is pushed downwards by the spring **56**. Then the stop block **52** is driven to compress the first sealing ring **53** to perform static sealing towards bottle **22**. The piston **5** is provided with a groove in between its bottom and the stop block **52**, in which the second sealing ring **54** is equipped. The bottom of piston **5** is designed as a concave surface on which the third sealing ring **57** used to prevent liquid from leaking during liquid charging is equipped. Furthermore, the liquid charging structure can adopt other modes, such as the liquid charging structure sealed by bead, as shown in FIG. **7**, and one sealed by silicon rubber, as shown in FIG. **8**.

The filling mechanism in the embodiment shown in FIG. **7** includes a liquid charging mouth and a seal. The mechanism itself includes a spring and a bead, preferably made of or coated with a material, which does not attract the liquid. The spring urges the bead downward and seals off the interior of the bottle **22** from the charging mouth. When filling the bottle **22**, the bead is elevated, no longer blocking the charging mouth and lets the liquid into the bottle **22**.

The filling mechanism in the embodiment shown in FIG. **8** includes a piston which may consist of a bottom pliable and resilient part (not shown) and a top hard part (not shown) to which the bottom part is permanently attached. The pliable and resilient part, when not forced upward, seals off the interior of the **22** from the charging mouth; when forced upward, the bottom part is compressed, and thus liquid may

6

enter the bottle via at least one gap between the piston and a wall of the bottle defining the charging mouth. The bottom part may be made of a soft and resilient polymer such as a soft rubber, or sponge, and the top part of a hard material such as polycarbonate.

When the spray bottle is charged, the air inside the bottle **22** is compressed, resulting in the increase of pressure. As a result, if without an exhaust structure, the failure of exhaust air will cause an obstacle to charging. As well, the spray bottle may be damaged or cannot be fully charged. To address the problem above, an exhaust structure is arranged in the bottle **22**. The present invention will be further perfected in combination with the embodiments.

Embodiment 1: As shown in FIGS. **4**A and **4***b*, an exhaust hole **16** is equipped on the upper part of bottle **2**. The exhaust hole **16** penetrates the side wall of bottle and is interconnected with the outside. When charging, the air inside the bottle **2** is compressed, resulting in the increase of pressure. The air inside the bottle **2** is exhausted via exhaust hole **16**. Since the exhaust hole **16** is interconnected with the outside and is relatively small, it is easily blocked by dust and unwanted objects. The liquid in the bottle may flow out through exhaust hole **16** due to air pressure in an airplane or localities with high air pressure, so other embodiments will be stated as below.

Embodiment 2: as shown in FIGS. **5** and **6** (FIG. **6** is an amplification of part **15** that is marked in FIG. **5**), an exhaust hole **26** is equipped on the lower part of bottle **22** and corresponds to the groove of piston **5**. An air duct **24** is interconnected with exhaust hole **26** and extends to the upper part of the bottle **22**. Accordingly, the air in the bottle **22** can be exhausted through air duct **24** and exhaust hole **26**. The dynamic sealing is formed by the second sealing ring **54** in the groove at the bottom of piston **5** and exhaust hole **26**. That is, when charging, the second sealing ring **54** moves upwards driven by the piston and separates from exhaust hole **16**, so that, the air duct **24** is directly connected With atmosphere; the second sealing ring **54** is compressed in the exhaust hole **26** in normal status, and the air duct **24** is blocked from atmosphere, thus forming sealing. Obviously, the simultaneous use can be carried out for Embodiment 1 and 2. That is to say, the exhaust hole **16** and **26** can coexist in the bottle **22**.

Embodiment 3: as shown in FIGS. **9** and **10**, Embodiment 3 differs from Embodiment 2 in arrangement of exhaust hole. In the realization mode **1** of this embodiment, an exhaust hole **36** is equipped on the lower part of bottle **22** and interconnected with the air duct **24** extending to upper part of bottle **22**. A silicon rubber gasket **61** is equipped at the bottom of the exhaust hole **36** and is provided with various pores along the axis. As shown in FIG. **11**A, in another realization mode of this embodiment, a silicon rubber gasket **68** is equipped on the top of nozzle assembly **1** installed on the upper part of bottle **2**, wherein various pores are arranged on the silicon rubber gasket **68** along its axis. Of course, the simultaneous use can be carried out for Embodiment 1 and 3. That is to say, the exhaust hole **16** and **36** can coexist in the bottle **2** or **22**, or both the silicon rubber gasket **68** and exhaust hole **16** are set in the bottle, or the three parts coexist.

FIG. **11**b shows in an exploded view part of the nozzle structure that includes the gasket. The nozzle structure includes a sprayer cap **72**, for example a screw cap, and a pump with a pump core wall **76**. Between the cap **72** and the pump core wall **76** there is a gap **74**, which extends from the gasket **68** all the way to the space inside the bottle **2**. Exhaust air flow can escape via the gap **74** into the pores in the gasket **68**, to outside the bottle **2**.

US 8,978,938 B2

7 8

Embodiment 4: as shown in FIGS. **12** and **13**, an exhaust hole **46** is equipped on the lower part of bottle **22**, and an air duct **24** is interconnected with exhaust hole **46** and extends to upper part of bottle **22**. A bead **58** is equipped at the bottom of exhaust hole **46** and on the compression spring **59**, wherein the compression spring **59** is set on the lower part of bottle **22**. Obviously, the simultaneous use can be carried out for Embodiment 1 and 4. That is to say, the exhaust hole **16** and **46** can coexist in the bottle **22**.

As shown in FIG. **14**, when a spray bottle **22** is charged, the nozzle of the external large bottle is aligned with liquid charging mouth **21**, thus the opening of liquid charging passage **51** of piston is aimed at the nozzle of the external large bottle. Then the spray bottle **22** is pressed down to drive the piston **5** to move upwards and compress spring **56**. Furthermore, the first sealing ring **53** on the piston **5** is separated from the sloped side wall **212** on the top of liquid charging mouth **21**, and bottle **22** is connected with liquid charging mouth **21**, namely it is connected with liquid charging passage **51**. Under certain pressure in the large bottle, the liquid in the large bottle enters liquid charging mouth **21** and then the **22** via liquid charging passage **51**.

Following the liquid in the large bottle entering bottle **22**, the compressed air in bottle **22** results in increased pressure, so the air is required to be exhausted so as to ensure continuous charging. In Embodiment 1, the air is drained away via exhaust hole **16**.

In Embodiment 2, when charging, the second sealing ring **54** (see FIG. **6**) moves upwards and separates from exhaust hole **26**; the air duct **24** is directly connected with atmosphere; the air in bottle **22** is compressed, which causes the pressure to increase; the air is drained away through air duct **24** exhaust hole **26**, and a gap **80** between the piston **5** and an invagination **82** of the bottle **22** in which the piston **5** is disposed.

Refer to FIG. **6**, which shows that at uncharged state the sealing ring blocks the gap **70** from the duct **24**: Upon stopping charging, the second sealing ring **54** moves downwards to seal exhaust hole **26**. Consequently, the liquid in bottle **22** fails to flow out, and the air duct **24** is blocked from atmosphere. After the charging is finished, the nozzle of the large bottle and piston **5** are disconnected. The piston **5** can move backwards with the help of spring **56**. The first sealing ring **53** arranged on stop block **52** contacts the upper part of sloped side wall **212** on the liquid charging mouth **21**, thus forming sealing and completing charging.

Referring back to FIG. **5**, compare the shape of the bottle body, in particular the bottom part of the bottle **22** to the shape of the bottom part of the bottle shown in FIG. **4**. Note that the bottom part of the bottle **22** in FIG. **5** is somewhat wider in order to incorporate part of the exhaust structure. Another exhaust hole **26** may similarly be placed in the body, for example also at the bottom part of the bottle **22**, but on an opposite side.

In the realization mode **1** of Embodiment 3, when the air inside bottle **2** is connected with silicon rubber gasket **61** which has no pores in it, the surface of silicon rubber gasket **61** is compressed to make it deform. Thus, the air can be exhausted from the circumference of the silicon rubber gasket **61**. When pores are available in silicon rubber gasket **61**, the air inside bottle **2** impels the pores to have a radial extension. As a result, the pores on silicon rubber gasket **61** are enlarged and the air can be drained away via exhaust hole **36**. When exhaust is complete, silicon rubber gasket **61** resets to block exhaust hole **36** and seal it. In the realization mode **2** of Embodiment 3, the air inside bottle **2** impels the pores on silicon rubber gasket **68** to have a radial extension, so the air

can be drained away via pores on silicon rubber gasket **68**. Then, the sealing is realized when the pores of silicon rubber gasket **68** recover.

In Embodiment 4, the bead **58** compressed by air in bottle **2** impels the compression spring **59** to move downwards. The air is drained away via exhaust hole **46** when bead **58** is separated from it. With exhaust completed, the compression spring **59** supports bead **58**, thus it can block the opening of exhaust hole **46** and form excellent sealing.

A variety of liquid charging structures can be used in the exhaust structure in other embodiments. As for the preferred embodiments of the present invention above, the substitutions made towards the present invention without deviating from the concept of the present invention are all within the protective scope of the present invention.

It is to be understood that the above description is intended to be illustrative, and not restrictive. For example, the above-described embodiments (and/or aspects thereof) may be used in combination with each other.

In addition, many modifications may be made to adapt a particular situation or material to the teachings of the various embodiments of the invention without departing from their scope. While the dimensions and types of materials described herein are intended to define the parameters of the various embodiments of the invention, the embodiments are by no means limiting and are exemplary embodiments. Many other embodiments will be apparent to those of skill in the art upon reviewing the above description.

The scope of the various embodiments of the invention should, therefore, be determined with reference to the appended claims, along with the full scope of equivalents to which such claims are entitled. In the appended claims, the terms "including" and "in which" are used as the plain-English equivalents of the respective terms "comprising" and "wherein."

Moreover, in the following claims, the terms "first," "second," and "third," etc. are used merely as labels, and are not intended to impose numerical requirements on their objects.

This written description uses examples to disclose the various embodiments of the invention, and also to enable any person skilled in the art to practice the various embodiments of the invention, including making and using any devices or systems and performing any incorporated methods.

The patentable scope of the various embodiments of the invention is defined by the claims, and may include other examples that occur to those skilled in the art.

Such other examples are intended to be within the scope of the claims if the examples have structural elements that do not differ from the literal language of the claims, or if the examples include equivalent structural elements with insubstantial differences from the literal languages of the claims.

Although the invention has been described in conjunction with specific embodiments thereof, it is evident that many alternatives, modifications and variations will be apparent to those skilled in the art. Accordingly, it is intended to embrace all such alternatives, modifications and variations that fall within the spirit and broad scope of the appended claims. All publications, patents and patent applications mentioned in this specification are herein incorporated in their entirety by reference into the specification, to the same extent as if each individual publication, patent or patent application was specifically and individually indicated to be incorporated herein by reference.

In addition, citation or identification of any reference in this application shall not be construed as an admission that such reference is available as prior art to the present invention.

This written description uses examples to disclose the various embodiments of the invention, and also to enable any person skilled in the art to practice the various embodiments of the invention, including making and using any devices or systems and performing any incorporated methods.

What is claimed is:

1. A portable chargeable bottle comprising:

a body having an upper part and a bottom part;

a dispensing mechanism provided at the upper part;

a liquid charging structure provided at the bottom part, the liquid charging structure comprising:

a liquid charging mouth;

a piston provided in the liquid charging mouth; and

a resetting structure of the piston, wherein a liquid charging passage is arranged in the piston and is fitted with a discharging opening in fluid communication with the interior of the bottle, and wherein the piston has a groove provided with a sealing ring;

an exhaust structure comprising at least one exhaust hole allowing air to escape to outside the bottle wherein the

exhaust hole is positioned to correspond with the groove of the piston, and an air duct extending to an upper portion of the bottle is in fluid communication with the exhaust hole,

wherein dynamic sealing is formed by the exhaust hole and the sealing ring.

2. The baffle of claim 1, wherein said bottom part of the bottle is configured to incorporate part of the exhaust structure.

3. The bottle of claim 1, wherein a stop block with flared end is provided on a top portion of the piston, and wherein a second sealing ring capable of performing scaling is arranged on the stop block.

4. The bottle of claim 1, wherein said dynamic sealing is formed as a result of a gap that is formed between the piston and the body, wherein at uncharged state, the sealing ring blocks the gap from the duct.

5. The bottle of claim 1, wherein said dispensing mechanism is a spray nozzle assembly.

*   *   *   *   *



US009522403B2

(12) **United States Patent**
Hui et al.

(10) Patent No.: **US 9,522,403 B2**
(45) Date of Patent: **Dec. 20, 2016**

(54) **REFILLABLE SPRAY BOTTLE**

(71) Applicants: **Yi Ming Hui**, Guangdong (CN); **Zhi Wang**, Guangdong (CN)

(72) Inventors: **Yi Ming Hui**, Guangdong (CN); **Zhi Wang**, Guangdong (CN)

(73) Assignee: **DONG-GUAN YIXIN MAGNETIC DISC CO., LTD**, Guangdong (CN)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 18 days.

(21) Appl. No.: **14/365,146**

(22) PCT Filed: **Dec. 12, 2012**

(86) PCT No.: **PCT/IB2012/057215**
§ 371 (c)(1),
(2) Date: **Jun. 13, 2014**

(87) PCT Pub. No.: **WO2013/088354**
PCT Pub. Date: **Jun. 20, 2013**

(65) **Prior Publication Data**
US 2014/0312144 A1     Oct. 23, 2014

(30) **Foreign Application Priority Data**
Dec. 14, 2011   (CN) .................... 2011 2 0522423 U

(51) **Int. Cl.**
*B05B 11/00*        (2006.01)

(52) **U.S. Cl.**
CPC ........ *B05B 11/0008* (2013.01); *B05B 11/0056* (2013.01); *B05B 11/0097* (2013.01);
(Continued)

(58) **Field of Classification Search**
CPC ............. B05B 11/0018; B05B 11/3026; B05B

11/3042; B05B 11/3047; B05B 11/3074;
B05B 3/14; B65B 1/04; B67C 3/28; F04B
39/12; F04B 39/121; G01F 11/00
(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

3,357,603 A  *  12/1967  Seiichi ................... B65D 83/42
                                                     222/402.16
3,432,080 A  *   3/1969  Venus, Jr. ........... B65D 83/425
                                                        137/588
(Continued)

FOREIGN PATENT DOCUMENTS

CN       201329329 Y    10/2009
CN    WO 2010072064 A1 *  7/2010  ......... B05B 11/0056
(Continued)

OTHER PUBLICATIONS

International Search Report of Corresponding International Application No. PCT/IB2012/057215.

*Primary Examiner* — Timothy L Maust
*Assistant Examiner* — Andrew Schmid
(74) *Attorney, Agent, or Firm* — William Dippert; Laurence Greenberg; Werner Stemer

(57) **ABSTRACT**

A refillable spray dispenser comprises a spray assembly, a hollow injection rod which is located with a liquid charging passage and a bottom portion within which the rod is positioned. The bottom portion includes bottom portion walls, a first seal, a second seal, and an exhaust hole in the bottom portion walls for release gas. The refillable spray dispenser is easy to exhaust gas, and is convenient to use.

**19 Claims, 9 Drawing Sheets**



3406

## US 9,522,403 B2

Page 2

(52) **U.S. Cl.**
CPC ....... **B05B 11/3025** (2013.01); **B05B 11/3026** (2013.01); **B05B 11/3074** (2013.01)

(58) **Field of Classification Search**
USPC ....... 141/2, 3, 18, 20, 39, 65, 113, 348, 349, 141/350; 222/159, 321.1, 321.2, 321.4, 222/321.7, 321.9, 385; 239/333; 29/888.02; 417/437
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 3,559,701 | A | * | 2/1971 | Wittersheim .......... B65D 83/14 137/588 |
| 3,997,086 | A | * | 12/1976 | Shay ...................... F04B 11/00 222/340 |
| 4,750,532 | A | * | 6/1988 | Grothoff .............. B05B 9/0838 141/113 |
| 4,804,109 | A | * | 2/1989 | Vanderjagt .......... B67D 7/0294 222/333 |
| 5,638,992 | A | * | 6/1997 | Lim ................. B65D 83/687 222/129 |
| 5,692,650 | A | * | 12/1997 | Wolter ............ B05B 11/0013 222/321.9 |
| 5,791,527 | A | * | 8/1998 | Giuffredi ........... B05B 11/0018 141/113 |
| 6,354,469 | B1 | * | 3/2002 | Pozzi ................ B05B 11/0018 222/189.09 |
| 6,415,959 | B1 | * | 7/2002 | Bougamont ...... B05B 11/0005 222/159 |
| 6,863,093 | B2 | * | 3/2005 | Garcia ................. A61M 11/06 141/18 |
| 7,222,646 | B2 | * | 5/2007 | Gupta ................. B65D 83/64 141/2 |
| 7,665,635 | B2 | * | 2/2010 | Ramet ............. B05B 11/0056 141/113 |
| 8,079,388 | B2 | * | 12/2011 | Turgeman .............. A45D 34/02 141/113 |
| 8,950,447 | B2 | | 2/2015 | De Rosa et al. |
| 8,978,938 | B2 | * | 3/2015 | Hui ................... B05B 11/0056 141/113 |
| 2001/0013379 | A1 | * | 8/2001 | Yquel ............... B65B 31/003 141/20 |
| 2002/0179635 | A1 | * | 12/2002 | Incardona .............. B67D 7/02 222/92 |
| 2003/0150876 | A1 | * | 8/2003 | Walters ............ B05B 11/3059 222/153.13 |
| 2005/0006412 | A1 | * | 1/2005 | Albisetti ........... B05B 11/0062 222/321.9 |
| 2009/0014481 | A1 | * | 1/2009 | Benetti ........... B05C 17/00516 222/563 |
| 2009/0261127 | A1 | * | 10/2009 | Pan ..................... B05B 11/0037 222/256 |

| | | | | |
|---|---|---|---|---|
| 2010/0025432 | A9 | * | 2/2010 | Yapaola .............. B05B 11/3098 222/175 |
| 2010/0089945 | A1 | * | 4/2010 | Law ................... B05B 11/3001 222/1 |
| 2010/0199606 | A1 | * | 8/2010 | Behar ............... B05B 11/0097 53/432 |
| 2011/0297275 | A1 | * | 12/2011 | Farrar ............... B05B 11/0043 141/113 |
| 2011/0309113 | A1 | * | 12/2011 | Hui ................... B05B 11/0056 222/402.16 |
| 2012/0090730 | A1 | * | 4/2012 | Dumont .................. A45D 34/02 141/2 |
| 2012/0255647 | A1 | * | 10/2012 | Dumont ........... B05B 11/0056 141/311 R |
| 2012/0312842 | A1 | * | 12/2012 | Dumont ............. B05B 11/0032 222/321.9 |
| 2012/0312843 | A1 | * | 12/2012 | Dumont ........... B05B 11/0056 222/321.9 |
| 2013/0019991 | A1 | * | 1/2013 | Muller ............ B05B 11/3001 141/18 |
| 2013/0068796 | A1 | * | 3/2013 | Hui ...................... G01F 11/028 222/256 |
| 2013/0078025 | A1 | * | 3/2013 | Turgeman ........... B41J 2/17513 401/258 |
| 2013/0126639 | A1 | * | 5/2013 | Tu .................... B05B 11/0056 239/302 |
| 2013/0320036 | A1 | * | 12/2013 | Muller ............ B05B 11/0016 222/51 |
| 2014/0027474 | A1 | * | 1/2014 | Dumont ............. B05B 11/3045 222/321.1 |
| 2014/0041753 | A1 | | 2/2014 | Beranger et al. |
| 2014/0060695 | A1 | * | 3/2014 | Dumont ........... B05B 11/0056 141/18 |
| 2014/0069551 | A1 | * | 3/2014 | Lasnier .................. A45D 34/00 141/18 |
| 2014/0086770 | A1 | * | 3/2014 | Octau ............... B29C 67/0044 417/437 |
| 2014/0102584 | A1 | * | 4/2014 | Lasnier ............ B05B 11/0056 141/18 |
| 2014/0137983 | A1 | * | 5/2014 | Tu .................... B05B 11/0056 141/113 |
| 2014/0312144 | A1 | * | 10/2014 | Hui ................... B05B 11/0056 239/302 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 102431714 A | 5/2012 |
| CN | 202321216 U | 7/2012 |
| CN | 202670439 U | 1/2013 |
| EP | 2383204 A1 | 11/2011 |
| GB | 2095103 A | 9/1982 |
| WO | 2011026969 A1 | 3/2011 |
| WO | 2012140366 A1 | 10/2012 |

* cited by examiner



PRIOR ART
FIG.1



PRIOR ART
FIG.2



PRIOR ART
FIG.3



FIG.4



FIG.5



FIG.6



FIG.7

**U.S. Patent**       Dec. 20, 2016       Sheet 5 of 9       US 9,522,403 B2



FIG.8



FIG.9



FIG.11

FIG.10



FIG.12

FIG.13



FIG.14

FIG.15



FIG.16

US 9,522,403 B2

**1**

# REFILLABLE SPRAY BOTTLE

## CROSS-REFERENCE TO RELATED APPLICATIONS

This patent application is a U.S. National Phase filing of PCT Patent Application No. PCT/IB2012/057215, filed Dec. 12, 2012, which in turn is based upon Chinese Patent Application No. 201120522423, filed Dec. 14, 2011, each of which is incorporated herein by reference in its entirety.

## FIELD OF THE INVENTION

The invention relates to a spray bottle, in particular to a refillable spray bottle.

## BACKGROUND OF THE INVENTION

At present, the available portable spray dispensers consist of a sprayer assembly and a bottle. Most of the spray dispensers are disposable and useless after running out of liquid. Some dispensers have accessories for refilling liquid, but the operations are complicated, and the dispensers are susceptible to leakage during refilling, which brings great inconvenience. Commercially available spray dispensers are made of plastics or glass materials, which easily pollute the environment after being discarded; for producers and customers, disposable products are uneconomical and cause huge waste of production materials. However, if the liquid is filled in a large bottle, it is not portable, which also brings inconvenience to the users and the producers.

## SUMMARY

One objective is to provide a refillable spray dispenser which is convenient to use, easily exhausts gas, is compactly structured, and highly stable.

The embodiments are convenient to use, as the dispenser can be refilled with liquid repeatedly, the exhaust structure is simple, and the gas in the dispenser is easily exhausted when refilling with liquid so as to make the operation smooth.

Although methods and materials similar or equivalent to those described herein can be used in the practice or testing of the present invention, suitable methods and materials are described below. In case of conflict, the patent specification, including definitions, will control. In addition, the materials, methods, and examples are illustrative only and not intended to be limiting.

It is therefore provided in accordance with a preferred embodiment a refillable spray dispenser comprising:
a spray assembly;
a hollow injection rod comprising a rod fill hole and a rod injection hole;
a bottle having:
   a compartment in fluid communication with the spray assembly;
   a bottom portion within which the rod is positioned, the bottom portion comprising: bottom portion walls; a first seal and a second seal; a bottom opening, a portion injection hole and a portion exhaust hole in the bottom portion walls, and a passage extending from the portion exhaust hole to the bottom opening;
wherein the first seal seals the passage, preventing communication of fluid from the compartment to the bottom opening, and the second seal seals the rod injection hole,

**2**

venting communication of fluid from the rod fill hole to the compartment, when the injection rod is at a resting position, and
wherein the first seal allows communication of fluid from the compartment, via the portion exhaust hole and the passage to the bottom opening, and the second seal allows communication of fluid from the rod fill hole, via the rod injection hole, to the compartment when the rod is in an extended position,
wherein the injection rod comprising a groove or protuberance;
the first seal is being fixed to the bottom portion walls and seals the passage when the injection rod is in the resting position, and
said groove or protuberance allows fluid to bypass said first seal when the injection rod is in the extended position.

It is therefore provided in accordance with another preferred embodiment refillable spray dispenser comprising:
a spray assembly;
a hollow injection rod provided with a rod fill hole and a rod injection hole;
a bottle having:
   a compartment in fluid communication with the spray assembly;
   a bottom portion within which the rod is positioned, the bottom portion comprises: bottom portion walls; a first seal; a bottom opening, a portion injection hole and a portion exhaust hole in the bottom portion walls, and a passage extending from the portion exhaust hole to the bottom opening;
a head is provided to the injection rod wherein the second seal is being positioned under the head;
wherein the first seal seals the passage, preventing communication of fluid from the compartment to the bottom opening, and the second seal seals the rod injection hole, preventing communication of fluid from the rod fill hole to the compartment, when the injection rod is at a resting position, and
wherein the first seal allows communication of fluid from the compartment, via the portion exhaust hole and the passage, to the bottom opening, and the second seal allows communication of fluid from the rod fill hole, via the rod injection hole, to the compartment, when the rod is in an extended position.

Furthermore, in accordance with yet another preferred embodiment, the bottom portion further comprises a third seal
situated between the portion exhaust hole and the second seal, and wherein the third seal tightly holds the rod such as to help prevent back-flow of fluid out of the bottom portion when the rod is in an extended position and the dispenser is being refilled.

Furthermore, in accordance with yet another preferred embodiment, the portion exhaust hole is positioned between the first seal and the second seal.

Furthermore, in accordance with yet another preferred embodiment, the portion exhaust hole and the second seal are positioned at a same level, and wherein the passage comprises a gap between said second seal and said bottom portion walls so as to allow fluid from the compartment to bypass the second seal and thereby flow from the exhaust hole to the bottom hole when the rod is in an extended position.

Furthermore, in accordance with yet another preferred embodiment, the rod further comprises a tooth proximal to the bottom opening, and the dispenser further comprising resilient elements held on the tooth, wherein the resilient

3

elements configured to restore the rod from the extended position back to the resting position.

Furthermore, in accordance with yet another preferred embodiment, the dispenser is further comprising an endcap engaged with the bottom portion walls, the endcap is capable of supporting the rod.

Furthermore, in accordance with yet another preferred embodiment, the dispenser is further comprising a third seal held in the bottom portion under the injector rod, the third seal allowing to sealingly and fluidly couple a filling stem of a fluid bottle or a fluid-stem adaptor thereto.

Furthermore, in accordance with yet another preferred embodiment, the first seal is held in the bottom portion under the injector rod, and wherein the first seal allows to sealingly and fluidly couple a filling stem of a liquid bottle or a liquid-stem adaptor to the rod.

Furthermore, in accordance with yet another preferred embodiment, the first sealing ring has a circumference comprising grooves.

Furthermore, in accordance with yet another preferred embodiment, the dispenser further comprising a tube extending from the compartment adjacent the top opening to adjacent the portion exhaust hole, the tube thereby allowing exhaust of gas from the dispenser and essentially preventing exhaust of liquid from the dispenser.

Furthermore, in accordance with yet another preferred embodiment, the dispenser further comprising a gas-permeable gasket configured to be in fluid communication with the portion exhaust hole when the rod is in the extended position, and allows slow and controlled release of gas from the dispenser.

Furthermore, in accordance with yet another preferred embodiment, the bottle has rigid walls configured to allow forming a negative air pressure in the compartment, wherein the negative pressure thereby facilitates filling of the compartment with fluid.

Furthermore, in accordance with yet another preferred embodiment, there is essentially no take up of air in the compartment in compensation for the fluid dispensed.

Furthermore, in accordance with yet another preferred embodiment, the spray assembly comprises a vent hole that is arranged to compensate for dispensed liquid with air.

Furthermore, in accordance with yet another preferred embodiment, the spray assembly is mounted on top opening in a storage position in which the vent hole is closed off, wherein said spray assembly being movable with respect to the compartment in a dispensing position which said vent hole is free to enable air to be taken up.

Furthermore, in accordance with yet another preferred embodiment, the spray assembly comprises a dispensing pump actuatable by means of a push button, wherein the push button is mounted on a nozzle of the pump, wherein the push button comprises an upper region enabling exertion of finger pressure on said push button in order to be able to move said button axially, thereby actuating the pump; wherein the pump comprising:

a body equipped with a plunger tube disposed in the bottle, wherein said tube being equipped with a valve for admitting the liquid into the pump;

a piston mounted around said nozzle in order to delimit a metering chamber in the body;

an extender within the body;

a spring in abutment with a bottom of the extender, return of the push button over its suction travel being effected by a spring in said pump.

Furthermore, in accordance with yet another preferred embodiment, it is provided a kit comprising: the refillable

4

spray dispenser of any one of claims 1 to 17, and at least one adaptor, wherein the adaptor is configured to allow sealingly and fluidly coupling a non-refillable dispenser with the injection rod of the refillable dispenser.

Furthermore, in accordance with yet another preferred embodiment, it is provided a kit comprising: the refillable dispenser of any one of claims 1 to 17 and a non-refillable dispenser, the refillable dispenser and the non-refillable dispenser sealingly and fluidly coupleable thereto.

Furthermore, in accordance with yet another preferred embodiment, the non-refillable dispenser is selected from a group of dispensers such as liquid dispenser or an aerosol.

Furthermore, in accordance with yet another preferred embodiment, the sealing of the rod injection hole is due to the injection rod fitting tightly within the second seal.

## BRIEF DESCRIPTION OF THE DRAWINGS

For a better understanding of the invention and to show how it may be carried into effect, reference will now be made, purely by way of example, to the accompanying drawings.

With specific reference now to the drawing in detail, it is stressed that the particulars shown are by way of example and for purposes of illustrative discussion of the preferred embodiments of the present invention only, and are presented in the cause of providing what is believed to be the most useful and readily understood description of the principles and conceptual aspects of the invention. In this regard, no attempt is made to show structural details of the invention in more detail than is necessary for a fundamental understanding of the invention; the description taken with the drawing making apparent to those skilled in the art how the several forms of the invention may be embodied in practice. In discussion of the various figures described herein below, like numbers refer to like parts. The drawings are generally not to scale.

In the accompanying drawings:

FIG. **1** is a sectional structure view of a prior art refill bottle structure having a spray assembly and a hollow injection rod comprising a rod fill hole and a rod injection hole.

FIG. **2** is an amplified sectional view of the area A as shown in FIG. **1**.

FIG. **3** shows filling and exhausting of the prior art structure.

FIG. **4** is a sectional structural view of a first embodiment, with an exhaust hole on a wall of the bottom compartment; there is a fixed seal, and a rod with a groove for exhaust, wherein the fixed seal seals the groove when the rod is in resting position.

FIG. **5** is a view of the first embodiment being filled.

FIG. **6** is a sectional structural view of a second embodiment, in which the rod also has a groove, but the exhaust hole is differently situated, and again a fixed seal seals the groove when the rod is in a resting position.

FIG. **7** is a view of the second embodiment being filled.

FIG. **8** is a sectional structural view of a third embodiment, in which there is a protuberance on the rod rather than a groove, and there is a fixed seal that sealingly abuts the protuberance when the rod is in a resting position.

FIG. **9** is a view of the third embodiment 4 being filled.

FIG. **10** illustrates another embodiment similar to the embodiment shown in FIGS. **6** and **7**. The dispenser has a shield to protect the first seal from the resilient elements.

FIG. **11** shows in enlarged perspective view the injection rod, an exhaust gasket and third seal of the dispenser

US 9,522,403 B2

5

depicted in FIG. **10**, wherein the exhaust gasket and the third seal both have a corrugated structure that allows gas to pass between them and bottom walls to outside.

FIG. **12** shows the top part of an embodiment in which a pump is mounted so as to be able to slide with respect to the body to a lower position in which a vent hole is free to enable air to be taken in.

FIG. **13** is an exploded view of a portion of the part A shown in FIG. **12**.

FIG. **14** depicts yet another embodiment, having a soft seal and an injection rod with a head, and the head blocks the seal when the rod is in resting position.

FIG. **15** shows an exploded view of parts of the filling and exhaust mechanism of the embodiment depicted in FIG. **14**.

FIG. **16** is an enlarged view of the soft seal and a surrounding part thereof of embodiment shown in FIG. **14**.

DETAILED DESCRIPTION OF THE INVENTION

Before explaining at least one embodiment in detail, it is to be understood that the invention is not necessarily limited in its application to the details set forth in the following description or exemplified by the Examples. The invention is capable of other embodiments or of being practiced or carried out in various ways.

It is appreciated that certain features, which are, for clarity, described in the context of separate embodiments, may also be provided in combination in a single embodiment. Conversely, various features, which are, for brevity, described in the context of a single embodiment, may also be provided separately or in any suitable sub-combination or as suitable in any other described embodiment. Certain features described in the context of various embodiments are not to be considered essential features of those embodiments, unless the embodiment is inoperative without those elements.

In discussion of the various figures described herein below, like numbers refer to like parts. The drawings are generally not to scale. For clarity, non-essential elements were omitted from some of the drawings.

According to one aspect, various improved spray dispenser embodiments are provided with a bottle and a refill mechanism and a modified exhaust assembly, wherein the refill mechanism and the exhaust assembly share parts and cooperate, such that when the bottle is filled with liquid, gas automatically escapes the bottle, and when the bottle is not filled with liquid, gas cannot escape. In particular, the embodiments have modified rods through which the dispensers are filled, and which define, together with other parts of the dispenser, a passage via which fluid such as excess gas may be exhausted and may be blocked to prevent undesired leak of fluid.

A prior art refillable spray dispenser **100** is shown in FIG. **1**, and described in WO 2010/072064, as an example. The dispenser comprises:

a spray assembly **1200**;

a hollow injection rod **1300** comprising a rod fill hole **1302** and a injection rod hole **1304**;

a bottle **1100** having:

a compartment **1110** in fluid communication with the spray assembly **1200**;

a bottom portion **1120** holding the rod **1300** and comprising: bottom portion walls **1122**; a first seal **1402** and a second seal **1404**; a bottom hole **1124**, a portion exhaust hole **1126** and a portion injection hole **1128** in the bottom portion walls

6

**1122**, and a passage **1129** extending from the portion exhaust hole **1126** to the bottom opening **1124**;

wherein the first seal **1402** seals the passage **1129**, preventing communication of fluid from the compartment **1110** with the bottom opening **1124**, and the second seal **1404** seals the injection rod hole **1304**, preventing communication of fluid between the rod fill hole **1302** and the compartment **1110**, when the injection rod **1300** is at a resting position, and wherein the first seal **1402** allows communication of fluid from the compartment **1110**, via the portion exhaust hole **1126** and the passage **1129**, to the bottom opening **1124**, and the second seal **1404** allows communication of fluid from the rod fill hole **1302**, via injection rod hole **1304**, to the compartment **1110**, when the rod **1300** is in an extended position. Seal are for example O-ring, gasket, rubber stopper with a hole etc.

FIG. **2** shows for clarity an enlarged view of area A, i.e. the bottom portion of the dispenser **1000**. In both FIG. **1** and FIG. **2**, the injection rod **1300** is at a resting position.

In particular to the dispenser **1000** shown in FIGS. **1** and **2**, the first seal **1402** is movably coupled to the injection rod **1300** and blocks the exhaust hole **1126** when the injection rod **1300** is in the resting position. The passage **1129** extends from below the first seal **1402** to the bottom opening **1124**.

Reference is made to FIG. **3** showing the injection rod **1300** in an extended position. As mentioned herein before, the first seal **1402** is movably coupled to rod **1300**. A stem **110** of a liquid or liquid-gas mixture reservoir **100** is pushed against the rod **1300** so that the rod **1300** moves up toward the injection opening **1128**. The first seal **1402** moves along with the injection rod **1300** and thus no longer blocks exhaust hole **1126**. As a result of the push of injection rod **1300**, injection rod hole **1304** also becomes unblocked by second seal **1404**. Therefore, gas may both enter the bottle **1100** from the reservoir **100**, thus helping to introduce liquid into the compartment **1110**, and be exhausted, when the rod **1300** is pushed by the stem **110**.

Note that the bottom portion **1120** actually has the exhaust hole **1126** essentially horizontally extending throughout the bottom portion walls **1122** of the bottom portion **1120**. Exhaust hole **1126** is being adjacent to the bottom of an exhaust tube **1500** that is wedged inbetween the bottom portion walls **1122** and walls **1114** of the compartment **1110** such as to create a sealed space **1116** between the tube **1500** and the exhaust hole **1126**. The tube **1500** allows exhaust of gas from the dispenser **1000** and essentially prevents exhaust of liquid from the dispenser **1000** through the bottom portion.

Pressurized gas present in the compartment **1110** accumulates at the top of the compartment **1110** (assumes the dispenser is held upright as in the figures), enters the tube **1500** from its top, goes out from the bottom of the tube **1500**, and subsequently travels throughout the exhaust hole **1126**. From there, it travels through the bottom portion **1120** and out of the dispenser via bottom hole **1124**, as shown in the dashed line.

A modified bottom portion **2000** of a dispenser is depicted in FIGS. **4** and **5**.

In the embodiment **2000**, the injection rod **2300** further comprises a groove **2306**. In contrast to the prior art dispenser **1000** described above, the first seal **2402** is fixed to the compartment **2120** and seals between the exhaust opening **2126** and the groove **2306** when the injection rod **2300** is in the resting position, as it is in FIG. **4**.

The groove **2306** allows gas to bypass said first seal **2402** when the injection rod **2300** is in the extended position, as shown in FIG. **5**.

US 9,522,403 B2

7

8

In particular to the embodiment shown in FIGS. **4** and **5**, the exhaust opening **2126** is between said first seal **2402** and said second seal **2404**.

Another embodiment **3000** is shown in FIGS. **6** and **7**. The embodiment is similar to embodiment **2000** shown in FIGS. **4** and **5**; however, in contrast, the compartment exhaust opening **3126** is not between the first seal **3402** and second seal **3404**, but rather is at about the same level as the second seal **3404**. The passage **3129** comprises a gap between said second seal **3404** and said bottom portion walls **3122**, as shown in FIGS. **6** and **7**. Passage **3129** allows gas to bypass said first seal **3404** as shown in the path described in FIG. **7** by a dash line. The tube **3500** is preferably embedded in the bottom portion walls **3122** as shown. Whereas the previously described dispensers **1000** and **2000** have rather complex structures to accommodate the tubes **1500** and **2500**, and lead them to the exhaust holes **1126** and **2126**, respectively, the structure of the presently described embodiment **3000** is somewhat simpler, although it requires four holes instead of three and may be less rugged.

FIGS. **8** and **9** illustrate yet another embodiment **4000**. Here, too, there is an exhaust hole **4126** levels with the second seal **4404**. The injection rod **4300** comprise a protuberance **4308** and the first seal **4402** that is fixed to the bottom portion walls **4122** and abuts the protuberance **4308** when the injection rod **4300** is in the resting position (FIG. **8**). This structure prevents passage of gas between the first seal **4402** and the injection rod **4300**, and does not abut the protuberance **4308** when the injection rod **4300** is in the extended position as shown in FIG. **9**, such that gas can bypass the first seal **4402**.

As in the previously described dispensers, in some embodiments with protuberances on the rod, the exhaust hole is between the first seal and the second seal.

Referring now to all of FIGS. **4** to **8**, the refillable spray dispensers all further comprise resilient elements (springs in the figures) **2700**, **3700** and **4700**, respectively, configured to restore the rods **2300**, **3300**, **4300** respectively, from the extended position back to the resting position. However, it is stressed that some embodiments may not be equipped with resilient elements, and the rod may return to its resting position by the effect of gravity or another force, including manual force, applied upon it.

It is further notable that the resilient elements **1700** of the prior art dispenser **1000** shown in FIGS. **1**-**3** is held between the first seal **1402** and the second seal **1404** (on top of the first seal **1402**).

In contrast, in the embodiments **2000**, **3000**, and **4000**, the resilient elements **2700**, **3700** and **4700**, respectively, are held between the first seal **2402**, **3402**, and **4402** respectively, and a tooth **2309**, **3309**, **4309** on the injection rod.

The refillable spray dispensers may further comprise a third seal, e.g. a sealing ring **2406**, **3406**, or **4406** held in the bottom portion under the injector rod, that allows to sealingly and fluidly couple a filling stem **110** or an adaptor thereto. However, note that the third seal does not seal off the opposite walls of the bottom portion to passage of gas. The first, second and third seal are for example O-rings.

Another feature in all of the embodiments is an encap **2800**, **3800**, and **4800**, respectively. The encaps **2800**, **3800**, and **4800** are engaged in the bottom portions **2120**, **3120** and **4120**, and are capable of supporting a respective assembly of rods, seals and resilient elements. Typically, in such embodiments, a second seal is first selected to fit the rod and the injection opening of the embodiment **2000**, **3000** or **4000** or other similar embodiments, so as to seal the bottom portion from the compartment when the rod is in a resting position, and to leave a gap when required (embodiments **3000** and **4000**). The second seal is positioned as shown, relative to the compartment injection opening. Then, an assembly of a rod, resilient elements and seals are installed so that the top of the rod is snugly engaged in the hole of the second seal with the injection hole blocked by the second seal and so that the first seal is properly positioned as described above in the resting position. The encap can then be pushed into the bottom portion through the bottom opening and be snapped into place as is apparent in the figures.

The bottom portion and the compartment may be one unit, or may be assembled from two separately manufactured units.

Yet another feature in the depicted embodiments **2000**, **3000**, and **4000** is a gas-permeable exhaust gasket **2900**, **3900**, and **4900**, respectively. The exhaust gaskets **2900**, **3900** and **4900** may have a pinhole passing therethrough to allow slow and controlled release of gas: escape of gas without such gasket might be excessively fast whereas the controlled release may help prevent escape of too much gas, inadvertent loss of liquid etc. However, some embodiments may lack this feature. Note that the structure of the gaskets and the path/size of the pinhole may differ between the various embodiments. For example, in the embodiments **3000** and **4000**, the pinhole may travel vertically in the top part of the gasket (open to the gap **3128** and **4128**, respectively) and then horizontally continue to the inner perimeter of the gasket, whereas in the embodiment **2000**, the gasket may have the pinhole horizontally passing therethrough, opening on the outer perimeter to the exhaust opening **2134**.

FIGS. **10** and **11** show another embodiment **3000'** similar to the embodiment **3000** shown in FIGS. **6** and **7**. Again, there is a gap **3130'** in this embodiment part of exhaust hole **3126'** between the second seal **3404'** and a bottom portion wall **3122'**, that allows gas to bypass the second seal **3404'**, as shown in the path described in FIG. **10**. The injection rod **3300'** is shown in FIG. **11** assembled with an exhaust gasket **3900'** and a third seal **3406'**. The exhaust gasket **3900'** and the third seal **3406'**, both have a corrugated structure that allows gas to pass between them and the bottom walls **3124'** to outside. The tooth **3309'** also has a corrugated structure for the same purpose.

Note that the bottom portion also has a shield **3930'**, against which the resilient elements **3700'** is pressed so as to protect the first seal **3402'** from the resilient elements **3700'**. The dispenser includes a shell **3102'** that contains at least the bottom part of the bottle **3100'**. The bottle **3100'** may be transparent and the shell may be opaque, besides a window (not shown) facing the compartment **3110'**, to show the level of the liquid inside the compartment **3110'**.

Commercially available dispensers can perhaps be refilled by removing their dispensing mechanism, but for all practical purposes such refilling is time consuming and difficult, and thus they are essentially non-refillable. Furthermore, their size, typically 250 mL or larger, is substantially larger than the refillable dispensers that are typically less than 100 mL size, so that there is little motivation to refill the larger dispensers.

Thus, according to another aspect, a kit comprising any refillable dispenser of the types described above and at least one adaptor is provided. The adaptors, each configured to allow sealingly and fluidly connecting a non-refillable dispenser for fluids etc. with the filling mechanism of the refillable dispenser. Each adaptor is suitable for a particular structure of dispensing mechanism of the non-refillable

US 9,522,403 B2

9

dispenser. Thus, a set of adaptors may serve to couple the first refillable dispenser with various commercially available non-refillable dispensers.

Many commercially available dispensers have a dispensing head that may be removed in order to expose the dispensing mechanism of the non-refillable dispenser. The exposed mechanism may then be easily coupleable to the refill mechanism. Such removal will typically expose a structure such as a stem **110** of the dispensing mechanism **100** (see FIG. **3**).

The adaptor may be a tube having ends with the same or different sizes. Typically, one end tightly fits into the refill assembly of the refillable dispenser, and the other end tightly fits onto a stem of the dispensing mechanism of the non-refillable dispenser to make a sealed connection for transfer of the fluid from the non-refillable dispenser to the refillable one. Alternatively, the adaptor may be a dispensing mechanism itself that replaces the original dispensing mechanism of the non-refillable dispenser.

According to another aspect, a kit comprising the refillable dispenser and a non-refillable dispenser is provided. The uniqueness of the non-refillable dispenser in this embodiment is that the refillable dispenser and the non-refillable dispenser are configured to allow sealingly connecting the non-refillable dispenser with the refill mechanism, preferably without need for an adaptor. Such non-refillable dispenser may be a commercially available dispenser, the refillable dispenser being specially fitted in the dimensions of the refill mechanism to the dispensing mechanism of the non-refillable dispenser, but perhaps more typically the non-refillable dispenser is also specially designed to easily and tightly fit with the refillable dispenser.

Typically, the non-refillable dispenser will be economy-sized and too large to carry in a wallet, pocket etc. The non-refillable dispenser further minimizes waste of material.

It is notable that while the non-refillable dispenser is ideal to use at home, the refillable dispenser is ideal for use on airplanes, since at present only very small containers of compositions are allowed to be airborne in a flight cabin.

Some embodiments may be manipulated to have a sub-pressure in the bottle, at least when the bottle is essentially empty of material and ready to receive more material.

For example, see FIGS. **12-13** illustrating the top part of an embodiment in which a pump is mounted so as to be able to slide with respect to the body to a lower position in which a vent hole is free to enable air to be taken in.

The compartment **1110'** has sufficient rigidity so that the volume of the dispenser **1000'** remains substantially constant. The dispenser **1000'** may have for example a capacity of between 1 and 20 ml (whereby the dispenser is conveniently pocket-sized).

The dispenser **1000'** may be in a single piece, for example produced by injection blowing or extrusion blowing, or in several parts injected and then assembled, for example by ultrasonic welding, made from rigid plastics material, metal, for example aluminum or glass.

The dispenser **1000'**, and similarly other embodiments, also comprises a spray assembly **1200'** that is mounted sealingly on the compartment **1110'**, in particular in the top opening **1112'** of the compartment. The dispensing device comprises a dispensing pump **1203'** actuated manually by means of a push button **1204'**.

The pump **1203'** comprises a body **1205'** equipped with means of supplying the material. In the figures, the supply means comprise a plunger tube **1206'** disposed in the compartment **1110'**, said tube being equipped with a valve **1207'** for admitting the product (e.g. liquid, aerosol) into the pump

10

**1203'**. The push button **1204'** is mounted on the nozzle **1208'** of the pump **1203'**, which comprises a piston **1209'** mounted around said nozzle in order to delimit a metering chamber **1210'**. The piston **1209'** enables the supply orifices **1211'** to be in fluid communication with the metering chamber **1210'** when the push button **1204'** is pushed downwardly. Upon release of the push button, the piston closes supply orifices so that under-pressure is formed in the metering chamber.

The push button **1204'** comprises an upper region enabling the user to exert finger pressure on said push button in order to be able to move it axially over its travel for actuation of the pump **1203'**, the return of the push button **1204'** over its suction travel being conventionally affected by a spring **1212'**. In the embodiment shown, the interior of the body **1205'** of the pump **1203'** is equipped with an extender **1213'** on which the bottom end of the spring **1212'** is in abutment.

The push button **1204'** is equipped with a head **1214'** that is arranged to distribute the product radially. However, the invention is not limited to a particular method of dispensing the product.

The dispensing method makes provision, prior to the initial filling of the compartment **1110'** with product, for putting said empty product reservoir in communication with an air suction device and activating said device in order to create a negative pressure inside said reservoir.

According to one embodiment, the air suction device comprises a vacuum bell in which the body of the pump **1205'** is disposed, the sealed mounting of the pump **1203'** on the compartment **1110'** being achieved after activation of said bell. Thus the negative pressure is formed in the top compartment and then the pump **1203'** is mounted sealingly so as to maintain said negative pressure.

According to another embodiment, the air suction device, for example a vacuum pump, is put in communication with the pump **1203'** after sealed mounting thereof on the compartment **1110'**, the suction of the air from the dispenser **1000'** being effected through the pump. In a variant, the suction of air could be affected through the refill assembly (rod, seal, resilient elements etc. in the bottom portion, not shown) by making provision to put it into communication with the air suction device after sealed mounting of the pump **1203'** on the body **1205'**.

The dispensing method makes provision for subsequently affecting the initial filling of the compartment **1110'** by putting a product source in sealed communication with said compartment **1110'** by means of the refill assembly so that the negative pressure causes the filling of said reservoir by suction of the product contained in said source. Next, the customer can actuate the pump **1203'** in order to dispense the packaged product.

A single press on the rod may cause the opening of a pump of a non-refillable dispenser, so as to form a transfer path of product between the source and the compartment **1110'**. Compensation for the negative pressure then allows filling. Next, when the compartment **1110'** is filled, the suction negative pressure becomes zero and the refill assembly is then closed and the product contained in the compartment **1110'** can be dispensed subsequently by means of the pump **1203'**.

The dispenser **1000'** that is supplied to the distributors may therefore be empty of product and have a negative air pressure, the negative pressure making it possible to subsequently affect the initial filling, in particular at the time of handing the dispenser **1000'** to the customer according to the product that they wish to purchase and/or test. The method therefore allows a particularly versatile initial filling, which

US 9,522,403 B2

11
12

in particular allows simplified management of the dispenser **1000'** by the distributors, in particular sample test dispenser **1000'**.

The versatility of the dispensing method can also be improved by providing the association of a label on the dispenser **1000'** at the time of initial filling of the compartment **1110'** with product, in particular according to the product. The label can have a detachable part comprising a sales offer particular to the distributor in order to encourage the customer to return and purchase the sampled product.

In relation to FIGS. **12** to **13**, the pump and the spray assembly **1200'** are of the airless type without the take up of air in the compartment in compensation for the volume of product dispensed. To do this, the body **1205'** of the pump **1203'** in assembly **1200'** has no vent hole as well as the dispenser itself, that doesn't need a vent for pressurized air such as vents shown in the previous figures.

However, since pumps with a vent hole are the most usual, it may be advantageous to create a negative pressure in the upper compartment even with this type of pump. To do this, as shown in spray assembly **1200'** in FIG. **13**, body **1205'** is provided with a vent hole **1226'** that is closed off sealingly by mounting thereof in the rigid body **1201'** (FIG. **13**). In particular, the seal between the body **1205'** and rigid body **1201'** is then made at least below the vent hole **1226'** so as to prevent the passage of air from the pump **1203'** into the compartment **1110'** by means of said hole. In FIG. **13**, the seal is also achieved above the vent hole **1226'**, which does not impair the functioning without take up of air and is a little simpler to achieve.

The product sample without take up of air in the compartment **1110'** makes it possible to create in said compartment **1110'** a negative pressure that increases along with dispensing. In particular, in order to ensure total emptying of the compartment **1110'**, the ceiling of air above the product during initial filling must be such that the negative pressure reached at the end of emptying is at a maximum equal to the negative pressure achievable by the pump **1203'**.

In this embodiment, the sub-pressure may allow subsequent filling of the compartment **1110'** merely by bringing the product source (non-refillable dispenser) into liquid communication with said compartment **1110'**.

It should be noted that other airless pumps can be used for this dispenser so as to eliminate the need to provide an air vent to the dispenser in order to overcome the high pressure formed in the dispenser due to the filling of liquid to within the compartment. The structure shown in FIGS. **12** and **13** by no means limit the scope of the present invention.

the maintenance of the negative pressure over time, the refill assembly may be reversibly covered with a sealing cap (not shown). The cap may be welded in a recess formed on the free end of a trim (not shown) so that the cap completely covers the refill assembly. The cap is having a free edge enabling it to be withdrawn with a view to the initial filling.

The sub-pressure may facilitate refilling of the dispenser.

FIG. **14** depicts yet another embodiment **5000**, having a second seal **5406** on top of the bottom portion **5120**, and an injection rod **5300** with a head **5310**. The head **5310** is pressed against the second seal **5406** when the rod is in resting position.

FIG. **15** shows an exploded view of parts of the filling and exhaust mechanism of embodiment **5000** depicted in FIG. **14**.

The refillable spray dispenser **5000** comprises:

a spray assembly (not shown);

a hollow injection rod **5300** comprising a head **5310**, a rod fill hole **5302** and a rod injection hole **5304**;

a bottle **5100** having:

a compartment **5110** in fluid communication with the spray assembly;

a bottom portion **5120** holding the rod **5300** and comprising: bottom portion walls **5122**; a first seal **5404**, a third seal **5408**; a bottom opening **5124**, a portion injection hole **5128** and a portion exhaust hole **5126** in the bottom portion walls **5122**, and a passage **5129** extending from the portion exhaust hole **5126** to the bottom opening **5124**;

a second seal **5406** positioned on top of the bottom portion **5120**;

the first seal **5404** positioned under the rod **5300** and the third seal **5408** positioned between the second seal **5406** and the first seal **5404**, and between the walls **5122** and the rod **5300**;

wherein the first seal **5404** seals the passage **5129**, preventing communication of fluid from the compartment **5110** to the bottom opening **5124**, the second seal **5406** seals the rod injection hole **5304**, preventing communication of fluid from the rod fill hole to the compartment **5110** when the injection rod **5300** is at a resting position (as in FIG. **14**), and

wherein the first seal **5404** allows communication of fluid from the compartment **5110**, via the portion exhaust hole **5126** and the passage **5129**, to the bottom opening **5124**, the second seal **5406** allows communication of fluid from the rod fill hole **5302**, via rod injection hole **5304**, to the compartment **5110**, and the third seal **5408** prevents communication of fluid from the compartment **5110** via the rod injection hole **5304** and the passage **5129** to the bottom opening **5124**, when the rod **5300** is in an extended position (not shown).

During the extension of the rod, a product such as a liquid or aerosol may be introduced into the bottle and simultaneously, introduction of gas such as air may be exhausted from the bottle. When the rod is in the resting position, the bottle is sealed.

Comparing the presently described embodiment **5000** to the formerly described embodiments, the first seal **5404** and the second seal **5406** have a similar function, although they are at different positions in the dispenser **5000**. However, note that the first seal **5404** has a dual role: similar to the third seal in the formerly described embodiments, the first seal **5404** also serves to allow leak-less coupling of a stem **110** of a reservoir **100** (Not shown in FIGS. **14** and **15**) to the rod **5300**. Whereas in the formerly described embodiments, the second seal had the role of preventing fluid from escaping the compartment via the portion injection hole at the bottom portion, both when the rod **5300** is in the extended position and when the rod is in the resting position. The second seal **5406** prevents fluid from escaping the compartment **5120** via the portion injection hole **5128** of the bottom portion **5110** when the rod **5300** is in the resting position, but it is the third seal **5408** that prevents the same when the rod **5300** is in an extended position. However, the position of third seal **5408** above the exhaust opening **5126** does allow fluid to go from the compartment **5120**, via the exhaust opening **5126**, to outside the dispenser.

The first seal **5404** has the same position as the third seal in those embodiments, i.e. under the rod. The first seal is made of a fairly hard silicon rubber that can sustain forces from repeatedly pushing a stem **110** against it. As shown in FIG. **15**, the first seal **5404** has small grooves **5405** on its circumference, such that when the first seal **5404** is pressed by the stem **110**, the grooves **5405** allow fluid to pass between the first seal **5404** and the walls **5122**. When the

US 9,522,403 B2

13

first seal **5404** is not pressed by a stem **110**, the bottom of the first seal **5404** essentially prevents passage between the grooves **5405** and the bottom opening **5124** to outside the dispenser **5000**.

Whereas in the formerly described embodiments, the sealing of the rod's injection hole is due to part of the injection rod (at the level of the injection hole) fitting tightly within the second seal, the sealing of the rod injection hole **5304** works by a different principle: the rod **5300** further comprises a head **5310**. When the rod is in the resting position, as in FIG. **14**, the spring **5700** urges the head **5310** (as part of the rod **5300**) towards the first seal **5404** sufficiently to essentially prevent transfer of fluid from the compartment **5110** via the rod **5300** to the bottom opening **5124**. The first seal **5404** is coupled to the rod **5300**. A stem of a reservoir is typically pushed against the third seal **5406** for filling the bottle **5100**, as in previously described embodiments. The second seal **5406** is preferably soft and pliable relative to the first seal, to allow the second seal to yield to the head **5310** and thereby provide a tight fit thereof.

The third seal **5408** tightly holds the rod **5300**. The third seal **5408** is between the first seal **5404** and the second seal **5406** and helps prevent back-flow of fluid out of the bottom compartment **5120** when the rod **5300** is in an extended position and the bottle **5100** is being refilled. However, other embodiments may lack a third seal, without any substantial change in functionality of the dispenser. The third seal **5408** preferably has hardness in between that of the first seal **5404** and that of the second seal **5406**.

FIG. **15** shows the filling mechanism and the exhaust mechanism in an exploded view. The rod, as shown, is made of a bottom part **5322** and a top part **5324**, coupled to each other, so that pushing the bottom part **5322** to a certain extent, causes equal extension of the top part **5324**. However, in other embodiments, the rod may have a head in a shape such as shown, yet the rod may be one piece.

Further shown in FIG. **15** are the exhaust tube **5500** and the endcap **5800**.

Note that tube **5500** is somewhat further away from the compartment opening **5112**, than is the tube **1500** in the formerly described dispenser **1000**, yet the top of the tube **5500** is still closer to the top opening **5112** than to the injection opening **5128**, i.e. the tube **5500** is adjacent to the top opening **5112** for all practical purposes of allowing in gaseous substances and preventing access of liquid substances into the bottom portion **5120**.

Referring to an enlarged view of part of the bottom portion **5120**, shown in FIG. **16**, the walls **5122** comprise a rim or ridge **5123** and the head **5310** comprises a rim or ridge **5311**. The second seal **5406** comprises a groove **5407** and preferably an opposite groove. The rims and/or ridges fit with the grooves **5407** to improve the seal of the second seal **5406** and the stability of its position in the dispenser.

The blocking of the passage in embodiments similar to **2000**, **3000** and **4000** may be carried out with seal having a circumference with grooves, like in embodiment **5000**. Likewise, embodiments similar to **2000**, **3000** and **4000** may be equipped with a rod having a head.

The examples described above present various selected embodiments of a refillable cream dispenser. It is noted that further embodiments are anticipated which also fall within the scope of the present invention. The scope of the present invention is defined by the claims and includes both combinations and sub combinations of the various features described hereinabove as well as variations and modifications thereof, which would occur to persons skilled in the art upon reading the foregoing description.

14

The invention claimed is:

**1**. A refillable spray dispenser comprises:
a bottle having a spray assembly and a compartment in fluid communication with the spray assembly;
the bottle further having a bottom portion comprising:
    a hollow injection rod comprising a rod fill hole, a rod injection hole, and a groove along the hollow injection rod;
    bottom portion walls;
    a first seal and a second seal;
    a bottom opening;
    a portion injection hole and a portion exhaust hole provided in the bottom portion walls; and
    a passage extending from the portion exhaust hole to the bottom opening,
wherein, when the hollow injection rod is at a resting position, the first seal seals the passage, preventing communication of gas from the compartment to the bottom opening, and the second seal seals the rod injection hole, preventing communication of liquid from the rod fill hole to the compartment,
wherein, when the hollow injection rod is in an extended position and the dispenser is being refilled, the first seal allows communication of gas from the compartment, via the portion exhaust hole and the passage to the bottom opening, and the second seal allows communication of liquid from the rod fill hole, via the rod injection hole, to the compartment, and
wherein said groove allows gas to bypass said first seal since the first seal grips the entire circumference of the hollow injection rod and cannot seal the groove in the extended position.

**2**. The refillable spray dispenser of claim **1**, wherein the bottom portion further comprises a third seal situated between the portion exhaust hole and the second seal, and wherein the third seal tightly holds the hollow infection rod such as to help prevent back-flow of liquid out of the bottom portion when the hollow injection rod is in the extended position and the dispenser is being refilled.

**3**. The refillable spray dispenser of claim **1**, wherein the portion exhaust hole is positioned between the first seal and the second seal.

**4**. The refillable spray dispenser of claim **1**, wherein the portion exhaust hole and the second seal are positioned at a same level, and wherein the passage comprises a gap between said second seal and said bottom portion walls so as to allow gas from the compartment to bypass the second seal and thereby flow from the exhaust hole to the bottom hole when the rod is in the extended position.

**5**. The refillable spray dispenser of claim **1**, wherein the hollow injection rod further comprises a tooth proximal to the bottom opening, and the dispenser further comprising resilient elements held on the tooth, wherein the resilient elements are configured to restore the hollow injection rod from the extended position back to the resting position.

**6**. The refillable spray dispenser of claim **1**, further comprising an endcap engaged with the bottom portion walls, the endcap being capable of supporting the hollow injection rod.

**7**. The refillable spray dispenser of claim **1**, further comprising a third seal held in the bottom portion under the hollow injection rod, wherein the third seal allowing to sealingly and fluidly couple a filling stem of a fluid bottle or a fluid-stem adaptor thereto.

**8**. The refillable spray dispenser of claim **1**, wherein the first seal has a circumference comprising grooves.

US 9,522,403 B2

**15**

**9**. The refillable spray dispenser of claim **1**, further comprising a tube extending from the compartment adjacent the top opening to adjacent the portion exhaust hole, the tube thereby allowing exhaust of gas from the dispenser and essentially preventing exhaust of liquid from the dispenser.

**10**. The refillable spray dispenser of claim **1**, further comprising a gas-permeable gasket configured to be in fluid communication with the portion exhaust hole when the hollow injection rod is in the extended position, allowing slow and controlled release of gas from the dispenser.

**11**. The refillable spray dispenser of claim **1**, wherein the bottle has rigid walls configured to allow forming a negative air pressure in the compartment, wherein the negative pressure thereby facilitates filling of the compartment with fluid.

**12**. The refillable spray dispenser of claim **11**, wherein there is essentially no take up of air in the compartment in compensation for the liquid being dispensed.

**13**. The refillable spray dispenser of claim **1**, wherein the spray assembly comprises a vent hole that is arranged to compensate for dispensed liquid with air.

**14**. The refillable spray dispenser according to claim **13**, wherein the spray assembly is mounted on top opening in a storage position in which the vent hole is closed off, wherein said spray assembly is movable with respect to the compartment in a dispensing position which said vent hole is free to enable air to be taken up.

**15**. The refillable spray dispenser of claim **1**, wherein the spray assembly comprises a dispensing pump actuatable by means of a push button, wherein the push button is mounted

**16**

on a nozzle of the pump, wherein the push button comprises an upper region enabling exertion of finger pressure on said push button to be able to move said button axially, thereby actuating the pump, wherein the pump comprises:

a body equipped with a plunger tube disposed in the bottle, wherein said tube is equipped with a valve for admitting the liquid into the pump;

a piston mounted around said nozzle to delimit a metering chamber in the body;

an extender within the body; and

a spring in abutment with a bottom of the extender, wherein return of the push button over its suction travel is effected by a spring in said pump.

**16**. The dispenser of claim **1**, wherein the sealing of the rod injection hole is due to the hollow injection rod fitting tightly within the second seal.

**17**. A kit comprising the refillable spray dispenser of claim **1** and at least one adaptor, wherein the adaptor is configured to allow sealingly and fluidly coupling a non-refillable dispenser with the hollow injection rod of the refillable dispenser.

**18**. The kit of claim **17**, wherein the non-refillable dispenser is a liquid dispenser or an aerosol.

**19**. A kit comprising the refillable dispenser of claim **1** and a non-refillable dispenser, the refillable dispenser and the non-refillable dispenser sealingly and fluidly coupleable thereto.

* * * * *



US009738437B2

(12) **United States Patent**
Hui et al.

(10) Patent No.: **US 9,738,437 B2**
(45) Date of Patent: **Aug. 22, 2017**

(54) **PORTABLE CHARGEABLE SPRAY BOTTLE**

(71) Applicant: **DONGGUAN YIXIN MAGNETIC DISK CO., LTD.**, Dongguan (CN)

(72) Inventors: **Yi Ming Hui**, Guangdong (CN); **Zhi Wang**, Guangdong (CN)

(73) Assignee: **DONG-GUAN YIXIN MAGNETIC DISC CO., LTD**, Guangdong (CN)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 87 days.

(21) Appl. No.: **14/658,644**

(22) Filed: **Mar. 16, 2015**

(65) **Prior Publication Data**
US 2015/0183572 A1      Jul. 2, 2015

**Related U.S. Application Data**

(63) Continuation of application No. 13/168,693, filed on Jun. 24, 2011, now Pat. No. 8,978,938, which is a continuation-in-part of application No. PCT/CN2009/072347, filed on Jun. 19, 2009.

(51) **Int. Cl.**
| | |
|---|---|
| *B65D 83/00* | (2006.01) |
| *B65D 83/42* | (2006.01) |
| *B05B 11/00* | (2006.01) |
| *B65D 83/20* | (2006.01) |

(52) **U.S. Cl.**
CPC .......... *B65D 83/42* (2013.01); *B05B 11/0018* (2013.01); *B05B 11/0056* (2013.01); *B65D 83/207* (2013.01); *B05B 11/0097* (2013.01)

(58) **Field of Classification Search**
CPC ... B65D 83/42; B65D 83/207; B05B 11/0018; B05B 11/0056; B05B 11/0097; B05B 11/0005; B05B 11/0024; B05B 11/0035; B65B 31/00

USPC ........... 222/402.16, 188; 141/2, 3, 5, 18, 20, 141/113; 215/2
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 3,108,721 | A | * | 10/1963 | Nebinger ............... A47J 43/121 |
| | | | | 222/402.16 |
| 3,559,701 | A | * | 2/1971 | Wittersheim .......... B65D 83/14 |
| | | | | 137/588 |
| 3,601,164 | A | | 8/1971 | Bruce |
| 3,718,165 | A | * | 2/1973 | Grothoff .................... B65B 3/04 |
| | | | | 137/583 |
| 4,197,884 | A | | 4/1980 | Maran |
| 4,473,097 | A | | 9/1984 | Knickerbocker et al. |
| 4,750,532 | A | | 6/1988 | Grothoff |
| | | | (Continued) | |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 2114634 U | 9/1992 |
| CN | 201055827 Y | 5/2008 |
| | (Continued) | |

*Primary Examiner* — J. Casimer Jacyna
*Assistant Examiner* — Benjamin R Shaw
(74) *Attorney, Agent, or Firm* — William Dippert; Laurence Greenberg; Werner Stemer

(57) **ABSTRACT**

A portable chargeable spray bottle is disclosed comprising a body comprising an upper part and a lower part; a spray nozzle assembly equipped on the upper part, and a liquid charging structure placed at the bottom part. It is further comprises an exhaust structure comprising an exhaust hole penetrating the body, whereby exhaust air flow can escape via the exhaust hole to outside the bottle.

**8 Claims, 14 Drawing Sheets**



# US 9,738,437 B2

Page 2

(56)           **References Cited**

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,877,065 | A | 10/1989 | Lamboy et al. |
| 4,988,017 | A | 1/1991 | Schrader et al. |
| 5,524,680 | A * | 6/1996 | de Laforcade ...... B05B 11/0037 |
| | | | 141/113 |
| 5,623,974 | A * | 4/1997 | Losenno ............... B05B 9/0805 |
| | | | 137/511 |
| 5,638,992 | A | 6/1997 | Lim et al. |
| 5,791,527 | A | 8/1998 | Giuffredi |
| 5,865,350 | A | 2/1999 | Losenno et al. |
| 6,016,934 | A * | 1/2000 | Moriguchi .............. B65D 83/42 |
| | | | 222/1 |
| 6,354,469 | B1 * | 3/2002 | Pozzi .................. B05B 11/0018 |
| | | | 222/189.09 |
| 6,435,231 | B1 | 8/2002 | Cooper et al. |
| 6,533,482 | B1 | 3/2003 | Byun |
| 6,607,012 | B2 | 8/2003 | Yquel |
| 6,857,806 | B2 | 2/2005 | Harrison et al. |
| 6,883,564 | B2 | 4/2005 | Risch et al. |
| 7,377,296 | B2 | 5/2008 | Gueret |
| 7,665,635 | B2 | 2/2010 | Ramet et al. |
| 8,079,388 | B2 | 12/2011 | Turgeman |
| 2002/0057938 | A1 | 5/2002 | Gueret |
| 2005/0211731 | A1 * | 9/2005 | Ramet ................. B05B 11/0051 |
| | | | 222/321.9 |
| 2005/0284891 | A1 * | 12/2005 | Ramet ................. B05B 11/3023 |
| | | | 222/321.7 |
| 2007/0041774 | A1 | 2/2007 | Tourigny |
| 2009/0014481 | A1 | 1/2009 | Benetti |
| 2009/0194191 | A1 * | 8/2009 | Turgeman ............. A45D 34/02 |
| | | | 141/18 |
| 2011/0259923 | A1 * | 10/2011 | Chan ...................... B65D 83/42 |
| | | | 222/402.1 |
| 2011/0297275 | A1 | 12/2011 | Farrar et al. |
| 2011/0309113 | A1 * | 12/2011 | Hui ..................... B05B 11/0056 |
| | | | 222/402.16 |
| 2012/0090730 | A1 * | 4/2012 | Dumont ............... A45D 34/02 |
| | | | 141/2 |
| 2012/0312843 | A1 * | 12/2012 | Dumont ............. B05B 11/0056 |
| | | | 222/321.9 |
| 2013/0078025 | A1 * | 3/2013 | Turgeman ........... B41J 2/17513 |
| | | | 401/258 |
| 2014/0175128 | A1 * | 6/2014 | Croibier ............. B05B 11/0097 |
| | | | 222/321.1 |

## FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 1166225 | 9/1958 |
| DE | 1798193 | 10/1959 |
| DE | 18026892 | 12/1959 |
| DE | 1823268 | 12/1960 |
| DE | 1968728 | 9/1967 |
| DE | 2540876 | 9/1975 |
| DE | 8307900 U1 | 9/1983 |
| EP | 1283180 A2 | 2/2003 |
| FR | 2073087 | 9/1971 |
| FR | 2698341 A1 | 11/1992 |
| FR | 2893598 A1 | 11/2005 |
| GB | 938331 | 11/1959 |
| GB | 5095103 | 9/1982 |
| GB | 2137181 A | 2/1984 |
| GB | 2229380 | 9/1990 |
| JP | 5125605 | 8/1976 |
| JP | 8175578 A | 7/1996 |
| JP | 2004182305 A | 7/2004 |
| WO | 0243794 A1 | 6/2002 |

* cited by examiner



FIG.1



FIG.2



FIG.3



FIG.4B

FIG.4A



FIG.5



FIG.6



FIG.7



FIG.8



FIG.9



FIG.10



Exhaust air

FIG.11B

FIG.11A



FIG.12



FIG.13



FIG.14

US 9,738,437 B2

**1**

# PORTABLE CHARGEABLE SPRAY BOTTLE

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of co-pending U.S. patent application Ser. No. 13/168,693, filed Jun. 24, 2011, which in turn is a continuation-in-part of PCT Patent Application No. PCT/CN2009/072347, filed Jun. 19, 2009, which is based upon Chinese Patent Application No. 200820262225.2, filed Dec. 26, 2008, the benefit of the priority of the filing date of each patent application is claimed herewith and which patent applications are incorporated herein by reference.

## BACKGROUND OF THE INVENTION

Technical Field

The present invention relates to a spray bottle which can carry and spray liquid, and more especially, to a portable chargeable spray bottle.

Description of Related Art

Currently, the well-known portable spray bottle comprises a nozzle assembly, a bottle and an enclosure. The majority of spray bottles are used only once and thrown away when the liquid is used up. Though charging bottles with charging accessories appear in the market, they are complex, easy to spill and leak, and inconvenient. The current spray bottles made from plastic or glass causes environmental pollution when they are thrown away. Besides, for manufacturers and consumers, disposable goods are uneconomical, resulting in the waste of productive materials. Another problem is that the large bottles are inconvenient to carry if they are used by consumers on the go.

## BRIEF SUMMARY OF THE INVENTION

According to one aspect, a portable chargeable spray bottle is provided, comprising:

a body comprising an upper part and a lower part;

a spray nozzle assembly equipped on the upper part, and a liquid charging structure placed at the bottom part, and

an exhaust structure comprising an exhaust air flow can escape via the exhaust hole to outside the bottle.

In some embodiments a bottom part of the bottle is configured to incorporate part of the exhaust structure.

In some embodiments, the liquid charging structure comprises:

a stepped liquid charging mouth at the bottom of bottle;

a protuberant grooved piston equipped on the liquid charging mouth, and a resetting structure of piston, wherein a liquid charging passage is arranged on the piston and is fitted with a discharging opening.

Optionally a stop block with one flared end is equipped on the top of piston, a first sealing ring capable of performing sealing being arranged on the stop block.

In some of the embodiments having a stepped liquid charging mouth at the bottom of bottle and a protuberant grooved piston, the exhaust structure includes:

an exhaust hole equipped on the lower part of the bottle which corresponds to the piston groove,

an air duct interconnected with exhaust hole and extending to the upper part of bottle, and

a gap between the piston and an invagination of the bottle in which the piston is disposed, whereby at uncharged state the sealing ring blocks the gap from the duct.

**2**

A dynamic sealing may be formed by the exhaust hole and a second sealing ring in the groove of the piston.

In some embodiments, the exhaust structure comprises an exhaust hole equipped on the lower part of bottle and an air duct interconnected with exhaust hole and extending to upper part of bottle, wherein a gasket is equipped at the bottom of the exhaust hole.

The gasket may comprise silicon rubber.

The gasket may further comprise at least one pore extending therethrough, whereby pressurized air inside the bottle impels the pores to have a radial extension, such that the pores are enlarged and the pressurized air can be drained away via the exhaust hole, and when exhaust is complete, the gasket resets to block and seal the exhaust hole.

In some embodiments, the liquid charging structure comprises: a liquid charging mouth at the bottom of the bottle, a spring and a bead, the spring configured to urge the bead thereby sealing off the interior of the bottle from the charging mouth, and to be elevated when filling the bottle, the bead no longer blocking the charging mouth and thereby allowing liquid into the bottle, and the exhaust structure comprises: an exhaust hole equipped on the lower part of the bottle, and an air duct interconnected with exhaust hole and extending to the upper part of bottle, wherein a bead is equipped at the bottom of the exhaust hole and on a compression spring, and the compression spring is set on the lower part of bottle.

In some embodiments, the liquid charging structure comprises: a liquid charging mouth at the bottom of the bottle, and a piston comprising a bottom pliable and resilient part and a top hard part to which the bottom pliable part is permanently attached, whereby the bottom pliable part, when not forced upward, seals off the interior of the bottle from the charging mouth, and when forced upward, the bottom pliable part is compressed, allowing liquid to enter the bottle via at least one gap between the piston and a wall of the bottle defining the charging mouth.

The exhaust structure in such embodiments may comprise an exhaust hole equipped on the lower part of bottle and an air duct interconnected with the exhaust hole and extending to upper part of bottle, wherein a gasket is equipped at the bottom of the exhaust hole.

The gasket may comprise silicon rubber.

The gasket may further comprise at least one pore extending therethrough, whereby pressurized air inside the bottle impels the pores to have a radial extension, such that the pores are enlarged and the pressurized air can be drained away via the exhaust hole, and when exhaust is complete, the gasket resets to block and seal exhaust hole.

In some embodiments the nozzle assembly comprises: a gasket, a sprayer cap, and a pump with a pump core wall; between the cap and the pump core wall there being a gap, which extends from the gasket to inside the bottle, whereby exhaust air flow can escape via the gap and exhaust hole to outside the bottle.

The gasket may comprise silicon rubber.

The gasket may further comprise at least one pore extending therethrough, whereby pressurized air inside the bottle impels the pores to have a radial extension, such that the pores are enlarged and the pressurized air can be drained away via the exhaust hole, and when exhaust is complete, the gasket resets to block and seal exhaust hole.

Unless otherwise defined, all technical and scientific terms used herein have the same meaning as commonly understood by one of ordinary skill in the art to which this invention belongs. Although methods and materials similar or equivalent to those described herein can be used in the

US 9,738,437 B2

3

practice or testing of the present invention, suitable methods and materials are described below. In case of conflict, the patent specification, including definitions, will control. In addition, the materials, methods, and examples are illustrative only and not intended to be limiting.

Unless marked as background or art, any information disclosed herein may be viewed as being part of the current invention or its embodiments.

The technical problem to be solved by the present invention is to provide a portable chargeable spray bottle which is easy to carry, features simple operation and quick charging, and bears certain negative pressure. To address the aforesaid technical problems, the present invention adopts the following technical solution:

The portable chargeable spray bottle comprises a bottle and a nozzle assembly installed on the upper part of the bottle. The liquid charging structure equipped at the bare bottom of the bottle includes a stepped liquid charging mouth located at the bottom of the bottle, a protuberant piston equipped on the liquid charging mouth and a piston resetting structure. The piston is provided with a liquid charging passage and a discharging opening is arranged on the top of the liquid charging passage. A stop block with one flared end is equipped on the top of piston. The first sealing ring capable of performing static sealing is arranged on the stop block. The piston is provided with a groove at the bottom in which the second sealing ring is equipped. A compression spring resetting the piston is fitted on the piston. As well, the spring is equipped between the first step surface of stepped liquid charging mouth and that of protuberant piston. The piston is pushed downwards by the spring and the stop block is driven to compress the first sealing ring to perform static sealing towards the bottle.

The bottom of the piston is provided with a concave surface on which the third sealing ring used to prevent liquid from leaking during liquid charging is equipped. An exhaust structure is available in the bottle.

### Embodiment 1

The exhaust structure includes an exhaust hole **16** equipped on the upper part of side wall of the bottle. The exhaust hole **16** is interconnected with the outside by penetrating side wall of the bottle.

### Embodiment 2

The exhaust structure includes an exhaust hole **26** equipped on the lower part of the bottle which corresponds to the groove of piston, and an air duct interconnected with exhaust hole **26** and extending to upper part of the bottle. Obviously, the independent or simultaneous use can be adopted for exhaust. The dynamic sealing is formed by the second sealing ring in the groove at the bottom of piston and exhaust hole. That is, when charging, the second sealing ring moves upwards driven by the piston and separates from exhaust hole **26**, so that, the air duct is directly connected with atmosphere; the second sealing ring is compressed in the exhaust hole **26** in normal status, and the air duct is blocked from atmosphere, thus forming sealing.

### Embodiment 3

The exhaust structure includes an exhaust hole **36** equipped on the lower part of the bottle, and an air duct interconnected with exhaust hole C and extending to upper part of the bottle. A silicon rubber gasket is equipped at the

4

bottom of the exhaust hole **36**. In order to exhaust the air, various pores are arranged on the silicon rubber gasket along the axis. For another realization mode of this embodiment, the silicon rubber gasket is equipped on the top of nozzle assembly installed on the upper part of the bottle, wherein various pores are arranged on the silicon rubber gasket.

### Embodiment 4

The exhaust structure includes an exhaust hole **46** equipped on the lower part of bottle, and an air duct is interconnected with exhaust hole **46** and extends to upper part of bottle. A bead is equipped on the lower part of the exhaust hole **46** and on the compression spring which is set on the lower part of the bottle.

The reverse buckling or threaded connection can be adopted for the nozzle assembly installed on the upper part of the bottle, which is beneficial to sealing and hard to loosen. It is possible to use other connection modes in other embodiments.

In consideration of aesthetic perception, the bottle can be equipped with a decorative enclosure. The exhaust structure described in the present invention is not limited to the abovementioned liquid charging structure. It can be applied in the charging bottle of different liquid charging structures in other embodiments.

With the abovementioned structures, the spray bottle is convenient for carrying and can be reused, thus reducing the waste of resources. The user can quickly charge the spray bottle through charging structure instead of throwing it away once the liquid in the bottle is used up. Consequently, it can save the cost and protect the environment. In addition, the exhaust structure arranged in the present invention can ensure that it can bear certain negative pressure and work normally during air transport or in high altitude localities.

### BRIEF DESCRIPTION OF THE DRAWINGS

For a better understanding of the invention and to show how it may be carried into effect, reference will now be made, purely by way of example, to the accompanying drawings.

With specific reference now to the drawings in detail, it is stressed that the particulars shown are by way of example and for purposes of illustrative discussion of selected embodiments of the present invention only, and are presented in the cause of providing what is believed to be the most useful and readily understood description of the principles and conceptual aspects of embodiments of the invention. In this regard, no attempt is made to show structural details in more detail than is necessary for a fundamental understanding of the embodiments; the description taken with the drawings making apparent to those skilled in the art how the several forms of the invention may be embodied in practice. In the accompanying drawings:

FIG. **1** is the left view of one embodiment;

FIG. **2** is the sectional view of A-A in FIG. **1**;

FIG. **3** is the front view of the embodiment;

FIG. **4**a is a sectional view of another embodiment;

FIG. **4**b shows in exploded view an exhaust hole on a wall of the embodiment shown in FIG. **4**a;

FIG. **5** is the schematic view of yet another embodiment;

FIG. **6** is the partial amplified view of part **15** in FIG. **5**;

FIG. **7** is schematic view of liquid charging structure sealed by a bead;

FIG. **8** is schematic view of liquid charging structure sealed by a silicon rubber gasket;

US 9,738,437 B2

5

FIG. **9** is the schematic view of another embodiment;

FIG. **10** is the partial amplified view of part **25** in FIG. **7**;

FIG. **11A** is the schematic view of realization mode of yet another Embodiment;

FIG. **11B** is an exploded view of part of a nozzle assembly in the embodiment shown in FIG. **11A**, that includes an exhaust gasket.

FIG. **12** is the schematic view of another embodiment;

FIG. **13** is the partial amplified view of part **35** in FIG. **12**;

FIG. **14** is the schematic view of a liquid charging state of an embodiment of the present invention.

DETAILED DESCRIPTION OF THE INVENTION

Before explaining at least one embodiment of the invention in detail, it is to be understood that the invention is not limited in its application to the details of construction and the arrangement of the components set forth in the following description or illustrated in the drawings. The invention is capable of other embodiments or of being practiced or carried out in various ways. Also, it is to be understood that the phraseology and terminology employed herein is for the purpose of description and should not be regarded as limiting.

In discussion of the various figures described herein below, like numbers refer to like parts (if using numbers).

For clarity, non-essential elements were omitted from some of the drawings.

It should be understood that the various embodiments are not limited to the arrangements and instrumentality shown in the drawings.

The present invention comprises a dispensing mechanism such as a roll-on assembly or a nozzle assembly **1** and a bottle **2**, wherein the pressing nozzle is equipped in nozzle assembly **1**, including the nozzle used in the bottle of scent, shampoo, gel and medical liquid for example. It is unnecessary to give details about the structural principles. The nozzle assembly **1** is installed in the upper mouth of the bottle **2** and is connected through reverse buckling or thread. They are closely fitted, so it is easy and fast to assembly them. Obviously, it is possible to use other connection modes in other embodiments. Moreover, to give a aesthetic perception, the bottle **2** can be equipped together with the decorative enclosure **3** (FIGS. **1** to **3**).

In one embodiment, shown in FIGS. **5**-**6**, a bare stepped liquid charging mouth **21** is equipped at the bottom of bottle **22**. The liquid charging mouth **21** is fitted with a piston **5** in which a liquid charging passage **51** is installed. The opening **510** of liquid charging passage **51** is located on the top of piston **5**. A stop block **52** with one flared end is equipped on the top of piston **5**. The first sealing ring **53** capable of performing static sealing is arranged on the stop block **52** and seals the **22** and liquid charging mouth **21** when out of charging. The protuberant piston **5** is equipped on the stepped liquid charging mouth **21** and is provided with a compression spring **56**. The compression spring **56** is equipped between the first step surface **210** of stepped liquid charging mouth **21** and stop block **52**. The piston **5** is pushed downwards by the spring **56**. Then the stop block **52** is driven to compress the first sealing ring **53** to perform static sealing towards bottle **22**. The piston **5** is provided with a groove in between its bottom and the stop block **52**, in which the second sealing ring **54** is equipped. The bottom of piston **5** is designed as a concave surface on which the third sealing ring **57** used to prevent liquid from leaking during liquid charging is equipped. Furthermore, the liquid charging

6

structure can adopt other modes, such as the liquid charging structure sealed by bead, as shown in FIG. **7**, and one sealed by silicon rubber, as shown in FIG. **8**.

The filling mechanism in the embodiment shown in FIG. **7** includes a liquid charging mouth and a seal. The mechanism itself includes a spring and a bead, preferably made of or coated with a material, which does not attract the liquid. The spring urges the bead downward and seals off the interior of the bottle **22** from the charging mouth. When filling the bottle **22**, the bead is elevated, no longer blocking the charging mouth and lets the liquid into the bottle **22**.

The filling mechanism in the embodiment shown in FIG. **8** includes a piston which may consist of a bottom pliable and resilient part (not shown) and a top hard part (not shown) to which the bottom part is permanently attached. The pliable and resilient part, when not forced upward, seals off the interior of the **22** from the charging mouth; when forced upward, the bottom part is compressed, and thus liquid may enter the bottle via at least one gap between the piston and a wall of the bottle defining the charging mouth. The bottom part may be made of a soft and resilient polymer such as a soft rubber, or sponge, and the top part of a hard material such as polycarbonate.

When the spray bottle is charged, the air inside the bottle **22** is compressed, resulting in the increase of pressure. As a result, if without an exhaust structure, the failure of exhaust air will cause an obstacle to charging. As well, the spray bottle may be damaged or cannot be fully charged. To address the problem above, an exhaust structure is arranged in the bottle **22**. The present invention will be further perfected in combination with the embodiments.

Embodiment 1

As shown in FIGS. **4A** and **4b**, exhaust hole **16** is equipped on the upper part of bottle **2**. The exhaust hole **16** penetrates the side wall of bottle and is interconnected with the outside. When charging, the air inside the bottle **2** is compressed, resulting in the increase of pressure. The air inside the bottle **2** is exhausted via exhaust hole **16**. Since the exhaust hole **16** is interconnected with the outside and is relatively small, it is easily blocked by dust and unwanted objects. The liquid in the bottle may flow out through exhaust hole **16** due to air pressure in an airplane or localities with high air pressure, so other embodiments will be stated as below.

Embodiment 2

As shown in FIGS. **5** and **6**, an exhaust hole **26** is equipped on the lower part of bottle **22** and corresponds to the groove of piston **5**. An air duct **24** is interconnected with exhaust hole **26** and extends to the upper part of the bottle **22**. Accordingly, the air in the bottle **22** can be exhausted through air duct **24** and exhaust hole **26**. The dynamic sealing is formed by the second sealing ring **54** in the groove at the bottom of piston **5** and exhaust hole **26**. That is, when charging, the second sealing ring **54** moves upwards driven by the piston and separates from exhaust hole **16**, so that, the air duct **24** is directly connected with atmosphere; the second sealing ring **54** is compressed in the exhaust hole **26** in normal status, and the air duct **24** is blocked from atmosphere, thus forming sealing. Obviously, the simultaneous use can be carried out for Embodiment 1 and 2. That is to say, the exhaust hole **16** and **26** can coexist in the bottle **22**.

Embodiment 3

As shown in FIGS. **9** and **10**, Embodiment 3 differs from Embodiment 2 in arrangement of exhaust hole. In the realization mode **1** of this embodiment, an exhaust hole **36** is equipped on the lower part of bottle **22** and interconnected with the air duct **24** extending to upper part of bottle **22**. A silicon rubber gasket **61** is equipped at the bottom of the exhaust hole **36** and is provided with various pores along the axis. As shown in FIG. **11**A, in another realization mode of this embodiment, a silicon rubber gasket **68** is equipped on the top of nozzle assembly **1** installed on the upper part of bottle **2**, wherein various pores are arranged on the silicon rubber gasket **68** along its axis. Of course, the simultaneous use can be carried out for Embodiment 1 and 3. That is to say, the exhaust hole **16** and **36** can coexist in the bottle **2** or **22**, or both the silicon rubber gasket **68** and exhaust hole **16** are set in the bottle, or the three parts coexist.

FIG. **11**b shows in an exploded view part of the nozzle structure that includes the gasket. The nozzle structure includes a sprayer cap **72**, for example a screw cap, and a pump with a pump core wall **76**. Between the cap **72** and the pump core wall **76** there is a gap **74**, which extends from the gasket **68** all the way to the space inside the bottle **2**. Exhaust air flow can escape via the gap **74** into the pores in the gasket **68**, to outside the bottle **2**.

Embodiment 4

As shown in FIGS. **12** and **13**, an exhaust hole **46** is equipped on the lower part of bottle **22**, and an air duct **24** is interconnected with exhaust hole **46** and extends to upper part of bottle **22**. A bead **58** is equipped at the bottom of exhaust hole **46** and on the compression spring **59**, wherein the compression spring **59** is set on the lower part of bottle **22**. Obviously, the simultaneous use can be carried out for Embodiment 1 and 4. That is to say, the exhaust hole **16** and **46** can coexist in the bottle **22**.

As shown in FIG. **14**, when a spray bottle **22** is charged, the nozzle of the external large bottle is aligned with liquid charging mouth **21**, thus the opening of liquid charging passage **51** of piston is aimed at the nozzle of the external large bottle. Then the spray bottle **22** is pressed down to drive the piston **5** to move upwards and compress spring **56**. Furthermore, the first sealing ring **53** on the piston **5** is separated from the sloped side wall **212** on the top of liquid charging mouth **21**, and bottle **22** is connected with liquid charging mouth **21**, namely it is connected with liquid charging passage **51**. Under certain pressure in the large bottle, the liquid in the large bottle enters liquid charging mouth **21** and then the **22** via liquid charging passage **51**.

Following the liquid in the large bottle entering bottle **22**, the compressed air in bottle **22** results in increased pressure, so the air is required to be exhausted so as to ensure continuous charging. In Embodiment 1, the air is drained away via exhaust hole **16**.

In Embodiment 2, when charging, the second sealing ring **54** (see FIG. **6**) moves upwards and separates from exhaust hole **26**; the air duct **24** is directly connected with atmosphere; the air in bottle **22** is compressed, which causes the pressure to increase; the air is drained away through air duct **24** exhaust hole **26**, and a gap **80** between the piston **5** and an invagination **82** of the bottle **22** in which the piston **5** is disposed.

Refer to FIG. **6**, which shows that at uncharged state the sealing ring blocks the gap **70** from the duct **24**: Upon stopping charging, the second sealing ring **54** moves down-

wards to seal exhaust hole **26**. Consequently, the liquid in bottle **22** fails to flow out, and the air duct **24** is blocked from atmosphere. After the charging is finished, the nozzle of the large bottle and piston **5** are disconnected. The piston **5** can move backwards with the help of spring **56**. The first sealing ring **53** arranged on stop block **52** contacts the upper part of sloped side wall **212** on the liquid charging mouth **21**, thus forming sealing and completing charging.

Referring back to FIG. **5**, compare the shape of the bottle body, in particular the bottom part of the bottle **22** to the shape of the bottom part of the bottle shown in FIG. **4**. Note that the bottom part of the bottle **22** in FIG. **5** is somewhat wider in order to incorporate part of the exhaust structure. Another exhaust hole **26** may similarly be placed in the body, for example also at the bottom part of the bottle **22**, but on an opposite side.

In the realization mode **1** of Embodiment 3, when the air inside bottle **2** is connected with silicon rubber gasket **61** which has no pores in it, the surface of silicon rubber gasket **61** is compressed to make it deform. Thus, the air can be exhausted from the circumference of the silicon rubber gasket **61**. When pores are available in silicon rubber gasket **61**, the air inside bottle **2** impels the pores to have a radial extension. As a result, the pores on silicon rubber gasket **61** are enlarged and the air can be drained away via exhaust hole **36**. When exhaust is complete, silicon rubber gasket **61** resets to block exhaust hole **36** and seal it. In the realization mode **2** of Embodiment 3, the air inside bottle **2** impels the pores on silicon rubber gasket **68** to have a radial extension, so the air can be drained away via pores on silicon rubber gasket **68**. Then, the sealing is realized when the pores of silicon rubber gasket **68** recover.

In Embodiment 4, the bead **58** compressed by air in bottle **2** impels the compression spring **59** to move downwards. The air is drained away via exhaust hole **46** when bead **58** is separated from it. With exhaust completed, the compression spring **59** supports bead **58**, thus it can block the opening of exhaust hole **46** and form excellent sealing.

A variety of liquid charging structures can be used in the exhaust structure in other embodiments. As for the preferred embodiments of the present invention above, the substitutions made towards the present invention without deviating from the concept of the present invention are all within the protective scope of the present invention.

It is to be understood that the above description is intended to be illustrative, and not restrictive. For example, the above-described embodiments (and/or aspects thereof) may be used in combination with each other.

In addition, many modifications may be made to adapt a particular situation or material to the teachings of the various embodiments of the invention without departing from their scope. While the dimensions and types of materials described herein are intended to define the parameters of the various embodiments of the invention, the embodiments are by no means limiting and are exemplary embodiments. Many other embodiments will be apparent to those of skill in the art upon reviewing the above description.

The scope of the various embodiments of the invention should, therefore, be determined with reference to the appended claims, along with the full scope of equivalents to which such claims are entitled. In the appended claims, the terms "including" and "in which" are used as the plain-English equivalents of the respective terms "comprising" and "wherein."

US 9,738,437 B2

9

Moreover, in the following claims, the terms "first," "second," and "third," etc. are used merely as labels, and are not intended to impose numerical requirements on their objects.

This written description uses examples to disclose the various embodiments of the invention, and also to enable any person skilled in the art to practice the various embodiments of the invention, including making and using any devices or systems and performing any incorporated methods.

The patentable scope of the various embodiments of the invention is defined by the claims, and may include other examples that occur to those skilled in the art.

Such other examples are intended to be within the scope of the claims if the examples have structural elements that do not differ from the literal language of the claims, or if the examples include equivalent structural elements with insubstantial differences from the literal languages of the claims.

Although the invention has been described in conjunction with specific embodiments thereof, it is evident that many alternatives, modifications and variations will be apparent to those skilled in the art. Accordingly, it is intended to embrace all such alternatives, modifications and variations that fall within the spirit and broad scope of the appended claims. All publications, patents and patent applications mentioned in this specification are herein incorporated in their entirety by reference into the specification, to the same extent as if each individual publication, patent or patent application was specifically and individually indicated to be incorporated herein by reference.

In addition, citation or identification of any reference in this application shall not be construed as an admission that such reference is available as prior art to the present invention.

This written description uses examples to disclose the various embodiments of the invention, and also to enable any person skilled in the art to practice the various embodiments of the invention, including making and using any devices or systems and performing any incorporated methods.

What is claimed is:

**1**. A portable chargeable bottle comprising:
a body having an upper part and a lower part;
a dispensing mechanism provided at the upper part; and
a liquid charging structure provided at the lower part;

10

wherein the dispensing mechanism further comprises a nozzle assembly comprising an exhaust structure having at least one exhaust hole, a sprayer cap, and a pump with a pump core wall; and

wherein a gap between the cap and the pump core wall, which extends from the at least one exhaust hole to inside the portable chargeable bottle, allows exhaust air to escape via the gap and the exhaust hole to outside the portable chargeable bottle.

**2**. The portable chargeable bottle of claim **1**, wherein said at least one exhaust hole comprises a gasket.

**3**. The portable chargeable bottle of claim **2**, the gasket further comprising at least one pore extending therethrough, wherein pressurized air inside the bottle impels the pores to have a radial extension, such that the pores are enlarged and the pressurized air can be drained away via the at least one exhaust hole, and when exhaust is complete, the gasket resets to block and seal the at least one exhaust hole.

**4**. The portable chargeable bottle of claim **1**, wherein said dispensing mechanism is a spray nozzle assembly.

**5**. The portable chargeable bottle of claim **2**, wherein the gasket comprises silicon rubber.

**6**. The bottle of claim **1**, wherein the liquid charging structure comprises:
a stepped liquid charging mouth at said bottom part;
a protuberant piston provided to the liquid charging mouth; and
a resetting structure of the piston, wherein a liquid charging passage is arranged in the piston and is fitted with a discharging opening.

**7**. The bottle of claim **6**, wherein a stop block with one flared end is provided on a top of the piston, and wherein a first sealing ring capable of performing sealing is being arranged on the stop block.

**8**. The bottle of claim **1**, wherein the liquid charging structure comprises a liquid charging mouth at the bottom of the bottle, and a piston comprising a bottom pliable and resilient part and a top hard part to which the bottom pliable part is permanently attached, whereby the bottom pliable part, when not forced upward, seals off the interior of the bottle from the charging mouth, and when forced upward, the bottom pliable part is compressed, allowing liquid to enter the bottle via at least one gap between the piston and a wall of the bottle defining the charging mouth.

*     *     *     *     *

# License Agreement

Prepared by

Beauty Union Global Limited

For

Genie-S International Limited

On

01 November 2024

# LICENSE AGREEMENT

This License Agreement (this "Agreement" of this "License Agreement") is made and effective as of 01 November 2024 (the "Commencement Date") by and between:

Beauty Union Global Limited, a company organized and existing in Hong Kong Special Administrative Region, with a registered address at Room 2101, Cheung Tat Centre, 18 Cheung Lee Street, Hong Kong ("Licensor")

and

Genie-S International Limited, a company organized and existing in Hong Kong Special Administrative Region, with a registered address at Room 2101, Cheung Tat Centre, 18 Cheung Lee Street, Hong Kong ("Licensee").

WHEREAS:
1. Licensee wishes to obtain a license to use Intelligent Properties (hereinafter, the "Asset"), and
2. Licensor is willing to grant to the Licensee an exclusive, transferable License to use the Assets for the term and specific purpose set forth in this Agreement,

NOW, THEREFORE, in consideration of the foregoing, and of the mutual promises and undertakings contained herein, and other good and valuable consideration, the parties agree as follows:

## 1.   DEFINITIONS.

1.1 "Agreement" means this License Agreement including the attached Schedule.

1.2 "Confidential Information" means information that:

   i)   is by its nature confidential;

   ii)  is designated in writing by Licensor as confidential;

   iii) the Licensee knows or reasonably ought to know is confidential;

   iv)  Information comprised in or relating to any Intellectual Property Rights of Licensor.

1.3 "Asset" means the Asset provided by Licensor as specified in Item 2 of the Schedule in the form as stated in Item 3 of the Schedule.

1.4 "Intellectual Property Rights" means all rights in and to any copyright, trademark, trading name, design, patent, know how (trade secrets) and all other rights resulting from intellectual activity in the industrial, scientific, literary or artistic field and any application or right to apply for registration of any of

these rights and any right to protect or enforce any of these rights, as further specified in clause 4.

1.5 "Party" means a person or business entity who has executed this Agreement.

## 2.    LICENSE GRANT.

2.1 Licensor grants to the Licensee a global exclusive, transferable License for the Twenty years from the effective date or up to the expiry of each respective Intellectual Property Rights, whichever is earlier to each rights, to use the Asset for the specific purpose specified in this Agreement, subject to the terms and conditions set out in this Agreement.

2.2 The Licensor shall seek Licensee agreement before to suspense or to cancel of anyone of Asset or to eliminate any regions covered by anyone of Asset. The breach of this clause is considered material breach of the Agreement and the Licensor shall compensate the Licensee Hong Kong Dollar 10 Million.

## 3.    LICENSE FEE.

3.1 In consideration of the Licensor providing the License under clause 2 of this License Agreement, the Licensee agrees to make a lump sum payment in Hong Kong dollars, subject to the sales performance of each financial year as determined by the Licensor before 31st March.

3.2 If Licensor does not pay the necessary fee to renew or maintain the Asset, Licensee is allowed to pay on behalf and deduct the fee with handling charge against the yearly License Fee.

## 4.    LICENSEE'S OBLIGATIONS.

4.1 The Licensee cannot use the Asset, for purposes other than as specified in this Agreement and in Item 4 of the Schedule.

4.2 The Licensee may permit its employees and sub-licensees around the world to use the Asset for the purposes described in Item 4.

4.3 No changes to the Asset or its content may be made by Licensee.

4.4 The Licensee will provide technological and security measures to ensure that the Asset which the Licensee is responsible for is physically and electronically secure from unauthorized use or access.

## 5.    LICENSOR'S OBLIGATIONS.

5.1 All Intellectual Property Rights over and in respect of the Asset are owned by Licensor. The Licensee does not acquire any rights of ownership in the Asset.

5.2 Licensor shall, at its expense, prosecute, maintain and renew Asset.  Licensor shall keep Licensee informed of any material and relevant development regarding the prosecution, maintenance and renewal of any registration of the Trademarks, including oppositions and, applications for revocation.

5.3 Licensor shall have obligation to institute an action for third-party infringement, or for misuse, misappropriation, theft or breach of proprietary rights of the Licensor against any third party whose manufacture, use, sale or importation of the Products with the protection of the Asset, infringe the rights of Licensor or its Affiliates.

5.4 In the event any infringement action is brought by a third party against Licensee, or its Affiliates, on account of the use of the Asset, Licensee shall promptly notify Licensor in writing of such action.  Licensor shall manage the defense against any such action, in its own name and/or in the name of Licensee, or its affiliates.

5.5 The Licensor shall take retrospective obligations of this clause before effective date of this Agreement.

# 6.   CONFIDENTIALITY.

6.1 Neither Party may use, disclose or make available to any third party the other Party's Confidential Information, unless such use or disclosure is done in accordance with the terms of this Agreement.

6.2 Each Party must hold the other Party's Confidential Information secure and in confidence, except to the extent that such Confidential Information:

   i)   is required to be disclosed according to the requirements of any law, judicial or legislative body or government agency; or

   ii)  was approved for release in writing by the other Party, but only to the extent of and subject to such conditions as may be imposed in such written authorization.

6.3 This clause 7 will survive after termination of this Agreement.

# 7.   DISCLAIMERS & RELEASE.

7.1 The Asset is provided by Licensor on an "as is" basis.

7.2 Licensor does not warrant that the Asset will function in any environment.

7.3 The Licensee acknowledges that:

i)  The Asset has not been prepared to meet any specific requirements of any party, including any requirements of Licensee; and

ii) it is therefore the responsibility of the Licensee to ensure that the Asset meets its own individual requirements.

7.4 To the extent permitted by law, no express or implied warranty, term, condition or undertaking is given or assumed by Licensor, including any implied warranty of merchantability or fitness for a particular purpose.

# 8.   WAIVER.

8.1 Any failure or delay by either Party to exercise any right, power or privilege hereunder or to insist upon observance or performance by the other of the provisions of this License Agreement shall not operate or be construed as a waiver thereof.

# 9.   GOVERNING LAW.

9.1 This Agreement will be construed by and governed in accordance with the laws of Hong Kong Special Administrative Region. The Parties submit to exclusive jurisdiction of the courts of Hong Kong Special Administrative Region.

# 10.  NOTICES.

10.1       All notices required under this Agreement shall be in writing and shall be deemed given (i) when delivered personally; (ii) five (5) days after mailing, when sent certified mail, return receipt requested and postage prepaid; or (iii) one (1) business day after dispatch, when sent via a commercial overnight carrier, fees prepaid. All notices given by either Party must be sent to the address of the other as first written above (unless otherwise changed by written notice).

# 11.  SEVERABILITY.

11.1       The Parties recognize the uncertainty of the law with respect to certain provisions of this Agreement and expressly stipulate that this Agreement will be construed in a manner that renders its provisions valid and enforceable to the maximum extent possible under applicable law. To the extent that any provisions of this Agreement are determined by a court of competent jurisdiction to be invalid or unenforceable, such provisions will be deleted from this Agreement or modified so as to make them enforceable and the validity and enforceability of the remainder of such provisions and of this Agreement will be unaffected.

# 12.  ENTIRE AGREEMENT.

12.1     This Agreement contains the entire agreement between the Parties and supersedes any previous understanding, commitments or agreements, oral or written.  Further, this Agreement may not be modified, changed, or otherwise altered in any respect except by a written agreement signed by both Parties.

IN WITNESS WHEREOF, this Agreement, including the attached Schedule, was signed by the Parties under the hands of their duly authorized representatives and made effective as of the Commencement Date.

For and on behalf of
Beauty Union Global Limited


Hui Pan Lang
Director

For and on behalf of
Genie-S International Limited


Hui Yi Ming
Director

## 13.  SCHEDULE

Item 1 – License Agreement
THE LICENSE AGREEMENT OF WHICH THIS SCHEDULE FORMS A PART IS
DATED AS OF 01 NOVEMBER 2024 AND IS BY AND BETWEEN THE PARTIES.

Item 2 – Description of Asset

## Trademark

| Description | Number | Region |
| --- | --- | --- |
| TRAVALO (Logo) | 6,080,752 | USA |
| TRAVALO (Logo) | 016562787 | European Community |
| TRAVALO (Logo) | 00916562787 | United Kingdom |
| TRAVALO (Logo) | 304387924 | Hong Kong |
| TRAVALO (Logo) | 40201800063Y | Singapore |

and other regions thereof registered or pending

| | | |
| --- | --- | --- |
| TRAVALO (WORD) | TMA844,212 | Canada |
| TRAVALO (WORD) | 304387924 | Hong Kong |

and other regions thereof registered or pending

| | | |
| --- | --- | --- |
| perfumepod (Logo) | 4,907,963 | USA |
| perfumepod (Logo) | 014249403 | European Community |
| perfumepod (Logo) | 00914249403 | United Kingdom |
| perfumepod (Logo) | 909576890 | Brazil |
| perfumepod (Logo) | 5822609 | Japan |

and other regions thereof registered or pending

| | | |
| --- | --- | --- |
| PERFUME POD (WORD) | 5,117,258 | USA |
| PERFUME POD (WORD) | 16281238 | China |
| PERFUME POD (WORD) | 303135898 | Hong Kong |

and other regions thereof registered or pending

## Patent

| Description | Number | Region |
| --- | --- | --- |

| | | |
|---|---|---|
| Refill Perfume Bottle | 8,079,388 & 8,881,775 | USA |
| Refill Perfume Bottle | 1744955 | European Community |
| Refill Perfume Bottle and other regions thereof registered or pending | 1105396 | Hong Kong |
| Encased Dispenser | 9,676,528 & 10,011,402 | USA |

Item 3 – Format of Asset
Intelligent Property Rights including Trademark, Patent and Design and whatever name in any jurisdictions which has stated in corresponding registration system. Paper document or computer file is not necessary.

Item 4 – Approved Purpose
The Licensor allow Licensee to use the License for Perfume portable bottle and other similar products marketing, trading, manufacturing and any other related business, and marketing and trading of products derived from Perfume portable bottle as above.

# License Agreement

Prepared by

Dongguan Yixin Magnetic Disk Co. Ltd.

For

Genie-S International Limited

On

01 November 2024

# LICENSE AGREEMENT

This License Agreement (this "Agreement" of this "License Agreement") is made and effective as of 01 November 2024 (the "Commencement Date") by and between:

Dongguan Yixin Magnetic Disk Co. Ltd., a company organized and existing in China, with a registered address at Rm101, No.337 Zhang Mu Tou Section, Dongshen Road, Zhang Mu Tou Town ,Dongguan city, Guangdong Provice, China ("Licensor")

and

Genie-S International Limited, a company organized and existing in Hong Kong Special Administrative Region, with a registered address at Room 2101, Cheung Tat Centre, 18 Cheung Lee Street, Hong Kong ("Licensee").

WHEREAS:
1. Licensee wishes to obtain a license to use Intelligent Properties (hereinafter, the "Asset"), and
2. Licensor is willing to grant to the Licensee an exclusive, transferable License to use the Assets for the term and specific purpose set forth in this Agreement,

NOW, THEREFORE, in consideration of the foregoing, and of the mutual promises and undertakings contained herein, and other good and valuable consideration, the parties agree as follows:

## 1.    DEFINITIONS.

1.1 "Agreement" means this License Agreement including the attached Schedule.

1.2 "Confidential Information" means information that:

  i)   is by its nature confidential;

  ii)  is designated in writing by Licensor as confidential;

  iii) the Licensee knows or reasonably ought to know is confidential;

  iv) Information comprised in or relating to any Intellectual Property Rights of Licensor.

1.3 "Asset" means the Asset provided by Licensor as specified in Item 2 of the Schedule in the form as stated in Item 3 of the Schedule.

1.4 "Intellectual Property Rights" means all rights in and to any copyright, trademark, trading name, design, patent, know how (trade secrets) and all other rights resulting from intellectual activity in the industrial, scientific, literary or artistic field and any application or right to apply for registration of any of

these rights and any right to protect or enforce any of these rights, as further specified in clause 4.

1.5 "Party" means a person or business entity who has executed this Agreement.

# 2.    LICENSE GRANT.

2.1 Licensor grants to the Licensee a global exclusive, transferable License for the Twenty years from the effective date or up to the expiry of each respective Intellectual Property Rights, whichever is earlier to each rights, to use the Asset for the specific purpose specified in this Agreement, subject to the terms and conditions set out in this Agreement.

2.2 The Licensor shall seek Licensee agreement before to suspense or to cancel of anyone of Asset or to eliminate any regions covered by anyone of Asset. The breach of this clause is considered material breach of the Agreement and the Licensor shall compensate the Licensee Hong Kong Dollar 10 Million.

# 3.    LICENSE FEE.

3.1 In consideration of the Licensor providing the License under clause 2 of this License Agreement, the Licensee agrees to make a lump sum payment in Hong Kong dollars, subject to the sales performance of each financial year as determined by the Licensor before 31st March.

3.2 If Licensor does not pay the necessary fee to renew or maintain the Asset, Licensee is allowed to pay on behalf and deduct the fee with handling charge against the yearly License Fee.

# 4.    LICENSEE'S OBLIGATIONS.

4.1 The Licensee cannot use the Asset, for purposes other than as specified in this Agreement and in Item 4 of the Schedule.

4.2 The Licensee may permit its employees and sub-licensees around the world to use the Asset for the purposes described in Item 4.

4.3 No changes to the Asset or its content may be made by Licensee.

4.4 The Licensee will provide technological and security measures to ensure that the Asset which the Licensee is responsible for is physically and electronically secure from unauthorized use or access.

# 5.    LICENSOR'S OBLIGATIONS.

5.1 All Intellectual Property Rights over and in respect of the Asset are owned by Licensor. The Licensee does not acquire any rights of ownership in the Asset.

5.2 Licensor shall, at its expense, prosecute, maintain and renew Asset. Licensor shall keep Licensee informed of any material and relevant development regarding the prosecution, maintenance and renewal of any registration of the Trademarks, including oppositions and, applications for revocation.

5.3 Licensor shall have obligation to institute an action for third-party infringement, or for misuse, misappropriation, theft or breach of proprietary rights of the Licensor against any third party whose manufacture, use, sale or importation of the Products with the protection of the Asset, infringe the rights of Licensor or its Affiliates.

5.4 In the event any infringement action is brought by a third party against Licensee, or its Affiliates, on account of the use of the Asset, Licensee shall promptly notify Licensor in writing of such action. Licensor shall manage the defense against any such action, in its own name and/or in the name of Licensee, or its affiliates.

5.5 The Licensor shall take retrospective obligations of this clause before effective date of this Agreement.

# 6.   CONFIDENTIALITY.

6.1 Neither Party may use, disclose or make available to any third party the other Party's Confidential Information, unless such use or disclosure is done in accordance with the terms of this Agreement.

6.2 Each Party must hold the other Party's Confidential Information secure and in confidence, except to the extent that such Confidential Information:

  i)   is required to be disclosed according to the requirements of any law, judicial or legislative body or government agency; or

  ii)  was approved for release in writing by the other Party, but only to the extent of and subject to such conditions as may be imposed in such written authorization.

6.3 This clause 7 will survive after termination of this Agreement.

# 7.   DISCLAIMERS & RELEASE.

7.1 The Asset is provided by Licensor on an "as is" basis.

7.2 Licensor does not warrant that the Asset will function in any environment.

7.3 The Licensee acknowledges that:

i)   The Asset has not been prepared to meet any specific requirements of any party, including any requirements of Licensee; and

ii)   it is therefore the responsibility of the Licensee to ensure that the Asset meets its own individual requirements.

7.4 To the extent permitted by law, no express or implied warranty, term, condition or undertaking is given or assumed by Licensor, including any implied warranty of merchantability or fitness for a particular purpose.

# 8.   WAIVER.

8.1 Any failure or delay by either Party to exercise any right, power or privilege hereunder or to insist upon observance or performance by the other of the provisions of this License Agreement shall not operate or be construed as a waiver thereof.

# 9.   GOVERNING LAW.

9.1 This Agreement will be construed by and governed in accordance with the laws of Hong Kong Special Administrative Region. The Parties submit to exclusive jurisdiction of the courts of Hong Kong Special Administrative Region.

# 10.  NOTICES.

10.1      All notices required under this Agreement shall be in writing and shall be deemed given (i) when delivered personally; (ii) five (5) days after mailing, when sent certified mail, return receipt requested and postage prepaid; or (iii) one (1) business day after dispatch, when sent via a commercial overnight carrier, fees prepaid. All notices given by either Party must be sent to the address of the other as first written above (unless otherwise changed by written notice).

# 11.  SEVERABILITY.

11.1      The Parties recognize the uncertainty of the law with respect to certain provisions of this Agreement and expressly stipulate that this Agreement will be construed in a manner that renders its provisions valid and enforceable to the maximum extent possible under applicable law. To the extent that any provisions of this Agreement are determined by a court of competent jurisdiction to be invalid or unenforceable, such provisions will be deleted from this Agreement or modified so as to make them enforceable and the validity and enforceability of the remainder of such provisions and of this Agreement will be unaffected.

# 12.  ENTIRE AGREEMENT.

12.1    This Agreement contains the entire agreement between the Parties and supersedes any previous understanding, commitments or agreements, oral or written.  Further, this Agreement may not be modified, changed, or otherwise altered in any respect except by a written agreement signed by both Parties.

IN WITNESS WHEREOF, this Agreement, including the attached Schedule, was signed by the Parties under the hands of their duly authorized representatives and made effective as of the Commencement Date.

For and on behalf of
Dongguan Yixin Magnetic Disk Co. Ltd.

Hui Pan Lang
Director

For and on behalf of
Genie-S International Limited

Hui Yi Ming
Director

## 13.  SCHEDULE

Item 1 – License Agreement
THE LICENSE AGREEMENT OF WHICH THIS SCHEDULE FORMS A PART IS
DATED AS OF 01 NOVEMBER 2024 AND IS BY AND BETWEEN THE PARTIES.

Item 2 – Description of Asset

## Patent

| Description | Number | Region |
|---|---|---|
| Portable Chargeable Spray Bottle | 9,738,437 & 8,978,938 | USA |
| Portable Chargeable Spray Bottle | 2383204 | European Community |
| Portable Chargeable Spray Bottle | 5590343 | Japan |
| Portable Chargeable Spray Bottle and other regions thereof registered or pending | 10-1445440 | South Korea |
| Refillable Spray Bottle | 9,522,403 | USA |
| Refillable Spray Bottle | 2791031 | European Community |

and other regions thereof registered or pending

Item 3 – Format of Asset
Intelligent Property Rights including Trademark, Patent and Design and whatever
name in any jurisdictions which has stated in corresponding registration system.
Paper document or computer file is not necessary.

Item 4 – Approved Purpose
The Licensor allow Licensee to use the License for Perfume portable bottle and other
similar products marketing, trading, manufacturing and any other related business,
and marketing and trading of products derived from Perfume portable bottle as above.