UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-cv-60315-WPD

GENIE-S INTERNATIONAL LTD.,

    Plaintiff,

  v.

THE INDIVIDUALS, CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE A,

    Defendants.

_____/

**NOTICE OF FILING SCHEDULE A UNDER SEAL**

    Plaintiff, GENIE-S INTERNATIONAL LTD., by and through its undersigned counsel, hereby notifies the Court that, pursuant to its Order Granting Plaintiff's Motion to Seal Schedule A to the Plaintiff's Complaint, entered on February 20, 2025 [DE 8], the Schedule A to the Complaint is being filed under seal.

Dated: February 26, 2025                      Respectfully submitted,

                                                         **BOIES SCHILLER FLEXNER LLP**

                                                         By: */s/ Leigh Salomon*

                                                         Leigh Salomon (FL Bar No. 1054106)
                                                         100 SE 2nd Street, Suite 2800
                                                         Miami, FL 33131
                                                         Tel: (305) 357-8450
                                                         lsalomon@bsfllp.com

                                                         ***Attorney for Plaintiff GENIE-S***
                                                         ***INTERNATIONAL LTD.***