UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-cv-60315

GENIE-S INTERNATONAL LTD.,

     Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE A,

     Defendants.

                                    /

## SCHEDULE A

| DOE No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 1 | Guangzhou Chengchuang Packaging Products Co., Ltd. | https://ccsj888.en.alibaba.com/index.html?spm=1601227332949 |
| 2 | Jiangsu Delantai Glass Products Co., Ltd. | https://jsdlt.en.alibaba.com/index.html?spm=1601210590097 |
| 3 | Jiangsu Yifan International Trade Co., Ltd. | https://yifanguomao.en.alibaba.com/index.html?spm=1601117277237 |
| 4 | Nantong Xinde Medical Packing Material Co., Ltd. | https://nantongxinde.en.alibaba.com/index.html?spm=1601304992763 |
| 5 | Ningbo Sunwinjer Daily Products Co., Ltd. | https://nbsunwinjer.en.alibaba.com/index.html?spm=1601258053236 |
| 6 | Shaoxing Camil Packaging Co., Ltd. | https://camil.en.alibaba.com/index.html?spm=1600401361321 |
| 7 | Ageless Beauty Care | https://www.aliexpress.com/store/1101047929 |
| 8 | aesthestify | https://www.amazon.com/sp?seller=A20T3FGNNNNAF9 |
| 9 | beijingchuangweifuxingkejiyouxiangongsi | https://www.amazon.com/sp?seller=A351C5ITPCFFCP |
| 10 | Cheeroyal | https://www.amazon.com/sp?seller=A1HMO8LMK3DE4S |

| DOE No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 11 | DABEL TRADING | https://www.amazon.com/sp?seller=A86HOA1V4UGXD |
| 12 | D-LOTUS | https://www.amazon.com/sp?seller=A38XALPPJQI0K9 |
| 13 | EMISSU | https://www.amazon.com/sp?seller=ADSYM289MIYTT |
| 14 | eStarpro | https://www.amazon.com/sp?seller=ALJ5FM85WQ78C |
| 15 | faraway from | https://www.amazon.com/sp?seller=A3D4DHA0DSFW67 |
| 16 | Fivexing | https://www.amazon.com/sp?seller=AQGHBZ4K6R4ZK |
| 17 | frsmghx | https://www.amazon.com/sp?seller=A2CNLR4ZM4HU8 |
| 18 | Good night department store | https://www.amazon.com/sp?seller=A2ZL3BIT8XWMQ5 |
| 19 | HNJZX | https://www.amazon.com/sp?seller=A16A9NR6UMU1M0 |
| 20 | HYX168 | https://www.amazon.com/sp?seller=A3GY4RC62DNW6R |
| 21 | Jiefuxin official store | https://www.amazon.com/sp?seller=A2MY3SH4LK6GE |
| 22 | KayzonTech | https://www.amazon.com/sp?seller=A2R2F1FMLB9PHP |
| 23 | KJHD official | https://www.amazon.com/sp?seller=A1YN8S920GS6V9 |
| 24 | MOFENGFENG | https://www.amazon.com/sp?seller=A3LI4FT6M4H3TR |
| 25 | new beat for dear | https://www.amazon.com/sp?seller=A3PZ701CPCS6FO |
| 26 | QIBANHUA MAKEUP TOOLS | https://www.amazon.com/sp?seller=A3FIGG60NYN5H2 |
| 27 | QMET | https://www.amazon.com/sp?seller=ACZIY0AX25102 |
| 28 | QMOEH | https://www.amazon.com/sp?seller=ANWPE8JKS62KX |
| 29 | SCOLAND | https://www.amazon.com/sp?seller=A4YW1WWJFMOUD |
| 30 | Shenzhen Censung International Trading Company | https://www.amazon.com/sp?seller=A3R3Q8OXTQU52S |

| DOE No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 31 | shuifenzh | https://www.amazon.com/sp?seller=A3QXX5BXM4201N |
| 32 | Skogfe | https://www.amazon.com/sp?seller=A2TOMR9AL8IO66 |
| 33 | TF Pedck | https://www.amazon.com/sp?seller=A1U2968R3QQ60R |
| 34 | VOVOU US | https://www.amazon.com/sp?seller=A3AA4JJYS2C7R2 |
| 35 | walalala | https://www.amazon.com/sp?seller=A210YH762GTP47 |
| 36 | wouldRather | https://www.amazon.com/sp?seller=A22BNPR4F48TEG |
| 37 | yakify | https://www.amazon.com/sp?seller=AVDPWU23CH56C |
| 38 | YANGDOUS | https://www.amazon.com/sp?seller=A196OHRVZ74166 |
| 39 | YOCASII | https://www.amazon.com/sp?seller=AJLJ81Z5BA5UG |
| 40 | YXGJ | https://www.amazon.com/sp?seller=A288VSGY59Q82T |
| 41 | ZHAOMEI-US | https://www.amazon.com/sp?seller=A3U3P2M00T8J1L |
| 42 | zhuotianshan | https://www.amazon.com/sp?seller=AAILGMDUEP0GE |
| 43 | byomo-pi | https://www.ebay.com/str/byomopi |
| 44 | chrismastore | https://www.ebay.com/usr/chrismastore |
| 45 | daniel_wreight | https://www.ebay.com/usr/daniel_wreight |
| 46 | elijah_alvarbez | https://www.ebay.com/usr/elijah_alvarbez |
| 47 | fatwi56 | https://www.ebay.com/usr/fatwi56 |
| 48 | freeasy22 | https://www.ebay.com/str/freeasy22 |
| 49 | huohuashi02 | https://www.ebay.com/str/huohuashi02 |
| 50 | imaxcity1002 | https://www.ebay.com/str/imaxcity1002 |
| 51 | lalawenchang | https://www.ebay.com/str/lalawenchang |
| 52 | Little White Rabit Digital 2023 | https://www.ebay.com/str/ouda2022 |
| 53 | noachy-0 | https://www.ebay.com/str/noachy0 |
| 54 | qubm6881 | https://www.ebay.com/str/qubm6881 |
| 55 | tracey_beansley | https://www.ebay.com/usr/tracey_beansley |
| 56 | travndctechnolo-0 | https://www.ebay.com/usr/travndctechnolo-0 |
| 57 | A ALLISON HOME | https://us.shein.com/store/home?store_code=5799004365 |

| DOE No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 58 | admire | https://us.shein.com/store/home?store_code=1090013730 |
| 59 | All Glory | https://us.shein.com/store/home?store_code=2133838766 |
| 60 | AOYIKANG | https://us.shein.com/store/home?store_code=2678892995 |
| 61 | Around the corner | https://us.shein.com/store/home?store_code=1231117513 |
| 62 | ATSM | https://us.shein.com/store/home?store_code=6092526577 |
| 63 | AYX Life-Home Store | https://us.shein.com/store/home?store_code=7144115507 |
| 64 | Bag market store | https://us.shein.com/store/home?store_code=9686934874 |
| 65 | BAGWORLD | https://us.shein.com/store/home?store_code=1723951117 |
| 66 | Beautiful Face | https://us.shein.com/store/home?store_code=8856229808 |
| 67 | CHENKAIRUI | https://us.shein.com/store/home?store_code=4601386675 |
| 68 | CuiNa fashion | https://us.shein.com/store/home?store_code=9517809860 |
| 69 | CXYaaa | https://us.shein.com/store/home?store_code=4605731084 |
| 70 | daunximy | https://us.shein.com/store/home?store_code=8731055788 |
| 71 | DIDABEAR | https://us.shein.com/store/home?store_code=1423899286 |
| 72 | Domey | https://us.shein.com/store/home?store_code=9143486336 |
| 73 | dongfanggouwu | https://us.shein.com/store/home?store_code=4536099938 |
| 74 | Early Bird Peng | https://us.shein.com/store/home?store_code=4896282023 |
| 75 | ELINOR | https://us.shein.com/store/home?store_code=1314055063 |
| 76 | E-Travelling | https://us.shein.com/store/home?store_code=2402029338 |
| 77 | FANRAN | https://us.shein.com/store/home?store_code=6682333318 |

| DOE No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 78 | FengLai | https://us.shein.com/store/home?store_code=2552983997 |
| 79 | Five Members | https://us.shein.com/store/home?store_code=2793754884 |
| 80 | fr | https://us.shein.com/store/home?store_code=8236448731 |
| 81 | GlobalBagSpot | https://us.shein.com/store/home?store_code=3466242732 |
| 82 | Good fortune Living | https://us.shein.com/store/home?store_code=1758566958 |
| 83 | Goviyar Makeup Tool | https://us.shein.com/store/home?store_code=9922486233 |
| 84 | GuteUnit Store | https://us.shein.com/store/home?store_code=2813578852 |
| 85 | happy home | https://us.shein.com/store/home?store_code=7539653199 |
| 86 | homiaobaihuo | https://us.shein.com/store/home?store_code=3398763633 |
| 87 | HONG HUA | https://us.shein.com/store/home?store_code=2855089003 |
| 88 | Horizontal trade | https://us.shein.com/store/home?store_code=1844794501 |
| 89 | HSCommodity | https://us.shein.com/store/home?store_code=2264061372 |
| 90 | hui yi | https://us.shein.com/store/home?store_code=4032426850 |
| 91 | HXH | https://us.shein.com/store/home?store_code=9220522310 |
| 92 | JHyitian | https://us.shein.com/store/home?store_code=4214908770 |
| 93 | jiamaiwen | https://us.shein.com/store/home?store_code=1252923282 |
| 94 | Jin wu | https://us.shein.com/store/home?store_code=7421971878 |
| 95 | JinhuaTH | https://us.shein.com/store/home?store_code=7825941569 |
| 96 | jiyingmaoyi | https://us.shein.com/store/home?store_code=5652630791 |
| 97 | JORY Store | https://us.shein.com/store/home?store_code=1925424725 |

| DOE No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 98 | Lechay | https://us.shein.com/store/home?store_code=3870624673 |
| 99 | Liberal order | https://us.shein.com/store/home?store_code=3944563403 |
| 100 | Lucky Grass | https://us.shein.com/store/home?store_code=6891917684 |
| 101 | luehe | https://us.shein.com/store/home?store_code=9497711126 |
| 102 | Magic Star | https://us.shein.com/store/home?store_code=8235595612 |
| 103 | MDHAND | https://us.shein.com/store/home?store_code=9807115573 |
| 104 | Mr Hu Department | https://us.shein.com/store/home?store_code=9508907385 |
| 105 | MUB Perfume Bottles | https://us.shein.com/store/home?store_code=1192880873 |
| 106 | nayangmeili | https://us.shein.com/store/home?store_code=7716983475 |
| 107 | Onlylove-MW | https://us.shein.com/store/home?store_code=7430593102 |
| 108 | Park Lan daily necessities | https://us.shein.com/store/home?store_code=2213495805 |
| 109 | Pin Yi | https://us.shein.com/store/home?store_code=4166357058 |
| 110 | QIAQU | https://us.shein.com/store/home?store_code=9920455733 |
| 111 | qibangdianzi | https://us.shein.com/store/home?store_code=6069015207 |
| 112 | QiBanHua | https://us.shein.com/store/home?store_code=6170096535 |
| 113 | qushengbaihuo | https://us.shein.com/store/home?store_code=4893307485 |
| 114 | Seibam | https://us.shein.com/store/home?store_code=3177671121 |
| 115 | sentianbaihuo | https://us.shein.com/store/home?store_code=8566747224 |
| 116 | SGrunxing | https://us.shein.com/store/home?store_code=9763231332 |
| 117 | ShiAo | https://us.shein.com/store/home?store_code=1331217392 |

| DOE No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 118 | Spring pomelo | https://us.shein.com/store/home?store_code=2165166837 |
| 119 | TravelLite Gear | https://us.shein.com/store/home?store_code=8066448558 |
| 120 | weizeG | https://us.shein.com/store/home?store_code=2362695485 |
| 121 | Y.T | https://us.shein.com/store/home?store_code=5227097104 |
| 122 | Yi Qing | https://us.shein.com/store/home?store_code=1530847134 |
| 123 | YiYuan Perfume Bottle | https://us.shein.com/store/home?store_code=4064525383 |
| 124 | yueguangbaohexb | https://us.shein.com/store/home?store_code=7721194692 |
| 125 | yunhe01 | https://us.shein.com/store/home?store_code=3516959014 |
| 126 | YUYU General Store | https://us.shein.com/store/home?store_code=9494090687 |
| 127 | YW Jingheng | https://us.shein.com/store/home?store_code=5978618708 |
| 128 | YWchuangwei | https://us.shein.com/store/home?store_code=4272770314 |
| 129 | YWDAIWO | https://us.shein.com/store/home?store_code=1027405934 |
| 130 | YWJINGXUAN | https://us.shein.com/store/home?store_code=6131605857 |
| 131 | YWourui | https://us.shein.com/store/home?store_code=4828300032 |
| 132 | YWZF | https://us.shein.com/store/home?store_code=6942426589 |
| 133 | zhiyumaoyi | https://us.shein.com/store/home?store_code=2033280058 |
| 134 | zugexb | https://us.shein.com/store/home?store_code=1195199663 |
| 135 | An Liang Be | https://www.temu.com/an--be-m-634418216397182.html |
| 136 | Creek Crossing | https://www.temu.com/uk/creek-crossing-m-634418210864587.html |
| 137 | fashion Bag monopoly | https://www.temu.com/sports-equipment-ce-m-634418217474687.html |
| 138 | Liff Home Life | https://www.temu.com/--m-2179907328545.html |

| DOE No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 139 | MUFY MAKEUP BRUSH | https://www.temu.com/-makeup-brush-m-634418213072536.html |
| 140 | Northern Moon | https://www.temu.com/cz-en/-moon-m-634418217582362.html |
| 141 | PDStar | https://www.temu.com/-m-634418215117876.html |
| 142 | SAIZOU | https://www.temu.com/saizou-m-634418214105300.html |
| 143 | TopAdlib | https://www.temu.com/topadlib-m-634418218460799.html |
| 144 | Cainana | https://www.walmart.com/global/seller/102500963 |
| 145 | dong xu | https://www.walmart.com/global/seller/101693012 |
| 146 | Fabiurt | https://www.walmart.com/reviews/seller/101470435 |
| 147 | foshanshilingxuanlongshangmao | https://www.walmart.com/global/seller/102486104 |
| 148 | Hand Jet | https://www.walmart.com/reviews/seller/101526089 |
| 149 | JPyou | https://www.walmart.com/reviews/seller/102573694 |
| 150 | LINKALL | https://www.walmart.com/global/seller/101342176 |
| 151 | LUCKY COKIE | https://www.walmart.com/reviews/seller/101086810 |
| 152 | LUNUAOE | https://www.walmart.com/reviews/seller/101676379 |
| 153 | MoHern | https://www.walmart.com/global/seller/101096051 |
| 154 | Night Theater | https://www.walmart.com/reviews/seller/102493839 |
| 155 | Ru Zhou Shi Guan He Gong Ying Lian You Xian Gong Si | https://www.walmart.com/reviews/seller/102606602 |
| 156 | shaoshanshizicong | https://www.walmart.com/global/seller/102497584 |
| 157 | Shionter | https://www.walmart.com/reviews/seller/102616424 |
| 158 | Uralili Co., Ltd | https://www.walmart.com/reviews/seller/101176856 |
| 159 | xiangtancikeli | https://www.walmart.com/global/seller/102507466 |
| 160 | yunmujia09 | https://www.walmart.com/global/seller/101686648 |