UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-cv-60315-WPD

GENIE-S INTERNATIONAL LTD.,

    Plaintiffs,

v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE
A,

    Defendants.
_____/

**ORDER GRANTING PLAINTIFF'S**
***EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER**

THIS CAUSE came before the Court upon Plaintiff's *Ex Parte* Application for Entry of Temporary Restraining Order, Including A Temporary Injunction, A Temporary Asset Restraint, and Expedited Discovery (the "Application"). The Court has carefully reviewed the Application and the record and is otherwise fully advised in the premises.

By the instant Application, Plaintiff, GENIE-S INTERNATIONAL LTD. ("GENIE-S" or "Plaintiff"), moves *ex parte* for entry of a temporary restraining order against Defendants, the Individuals, Business Entities, and Unincorporated Associations identified on Schedule A (collectively "Defendants"), and an entry of an order restraining the financial accounts used by Defendants, pursuant to 35 U.S.C. § 283, Federal Rule of Civil Procedure 65, and The All Writs Act, 28 U.S.C. § 1651(a).

For the reasons set forth herein, Plaintiff's Application [DE 10] is **GRANTED**.

I.  **Factual Background**

Plaintiff, GENIE-S, has been granted licenses and rights to enforce several U.S. Patents covered by at least U.S. Patent Nos. 8,079,388 B2 and 8,881,775 B2 (the "Beauty Union Global Limited Utility Patents") and 9,738,437 B2, 8,978,938 B2, and 9,522,403 B2 (the "Dongguan Yixin Magnetic Disk Co. Ltd Utility Patents") (collectively the "GENIE-S Patents").  GENIE-S is the distributor of genuine GENIE-S Products.

The Defendants, through the various Internet based e-commerce stores operating under the seller identities identified on Schedule A hereto (collectively, the "Defendant Internet Stores"), have advertised, promoted, offered for sale, or sold goods that utilize the technology and inventions claimed by at least one of the GENIE-S Patents (the "Infringing products").  *See* Declaration of Pamela Hui ("Hui Decl."), ¶¶ 8–15.

The Defendants are not now, nor have they ever been, authorized or licensed to use the GENIE-S Patents, and none of the Defendants are authorized retailers of genuine GENIE-S Products.  *See* Hui Decl., ¶ 21.

The Plaintiff investigated the promotion and sale of Infringing Products on the Defendant Internet Stores.  *See* Hui Decl., ¶¶ 8–15.  Plaintiff accessed each of the e-commerce stores operating under the Defendant Internet Stores, initiated the ordering process for the purchase of a product from each of the Defendant Internet Stores, all of which directly or indirectly utilize the technology of and/or the inventions claimed in the GENIE-S Patents, and completed a checkout page requesting each product to be shipped to an address in the Southern District of Florida.  *See id*.  The Plaintiff conducted a review and visually inspected the Infringing Products for which orders were initiated by Plaintiff's third-party investigator via the Defendant Internet Stores and determined the Infringing Products were non-genuine, unauthorized versions of the GENIE-S Products utilizing

the GENIE-S Patents.  *See id.*

## II. Legal Standard

In order to obtain a temporary restraining order, a party must demonstrate "(1) [there is] a substantial likelihood of success on the merits; (2) that irreparable injury will be suffered if the relief is not granted; (3) that the threatened injury outweighs the harm the relief would inflict on the non-movant; and (4) that the entry of the relief would serve the public interest." *Schiavo ex. rel Schindler v. Schiavo*, 403 F.3d 1223, 1225–26 (11th Cir. 2005).  Additionally, a court may only issue a temporary restraining order without notice to the adverse party or its attorney if:

> (A) specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition [and] (B) the movant's attorney certifies in writing any efforts made to give notice and the reasons why it should not be required.

Fed. R. Civ. P. 65(b)(1).  *Ex parte* temporary restraining orders "should be restricted to serving their underlying purpose of preserving the status quo and preventing irreparable harm just so long as is necessary to hold a hearing, and no longer." *Granny Goose Foods, Inc. v. Brotherhood of Teamsters & Auto Truck Drivers Local No. 70 of Alameda Cnty.*, 415 U.S. 423, 439 (1974).

## III. Conclusions of Law

The declarations Plaintiff submitted in support of its *Ex Parte* Application for Temporary Restraining Order supports the following conclusions of law:

A. Plaintiff has submitted sufficient documentation that Defendants make, use, offer for sale, sell, and/or import into the United States for subsequent sale or use products that infringe directly and/or indirectly one or more claims of the GENIE-S Patents.  The documentation submitted by Plaintiff shows that an ordinary observer would be deceived into thinking that the Infringing Products are genuine GENIE-S Products because they utilize one or more claims of

the GENIE-S Patents.

B. Because of the infringement of the GENIE-S Patents, Plaintiff is likely to suffer immediate and irreparable injury if a temporary restraining order is not granted. The following specific facts, as set forth in Plaintiff's Complaint, Application, and accompanying declarations, demonstrate that immediate and irreparable loss, damage, and injury will result to Plaintiff and to consumers before Defendants can be heard in opposition unless Plaintiff's request for *ex parte* relief is granted:

   i. Defendants own or control e-commerce stores and commercial Internet websites operating under their respective seller identification names and domain names which advertise, promote, offer for sale, and sell Infringing Products in violation of Plaintiff's respective rights;

   ii. There is good cause to believe that more Infringing Products will appear in the marketplace; that consumers are likely to be misled, confused, and/or disappointed by the quality of these products; and that Plaintiff may suffer loss of sales for its genuine products; and

   iii. There is good cause to believe that if Plaintiff proceeds on notice to Defendants on this Application for Temporary Restraining Order, Defendants can easily and quickly change the ownership or modify domain registrations, e-commerce stores, and private messaging account data and content, change payment accounts, redirect consumer traffic to other seller identification names, private messaging accounts, and domain names, and transfer assets and ownership of the seller identification names and domain names, thereby thwarting Plaintiff's ability to obtain meaningful relief.

C. The balance of potential harm to Defendants in restraining their trade in Infringing Products if a temporary restraining order is issued is far outweighed by the potential harm to

Plaintiff, its exclusive rights as to the GENIE-S Patents, GENIE-S' reputation, and its goodwill as a manufacturer and distributor of quality products, if such relief is not issued.

  D. The public interest favors issuance of the temporary restraining order to protect Plaintiff's patent interests and protect the public from purchasing inferior versions of the GENIE-S Products.

  E. The Patent Act authorizes courts to issue injunctive relief "in accordance with the principles of equity to prevent the violation of any right secured by patent, on such terms as the court deems reasonable." 35 U.S.C. § 283.

  F. Requesting equitable relief "invokes the district court's inherent equitable powers to order preliminary relief, including an asset freeze, in order to assure the availability of permanent relief." *Levi Strauss & Co.*, 51 F.3d at 987 (11th Cir. 1995) (citations omitted); *see also Max'is Creations*, 2023 WL 2388614, at *4 (ordering restraint of assets where plaintiff sought equitable relief and reasonable royalty for patent infringement); *Lead Creation*, 2023 WL 1993971, at *5 (S.D. Fla. Feb. 14, 2023).

  G. In light of the inherently deceptive nature of Defendants' infringement, and the likelihood that Defendants have violated federal patent laws, Plaintiff has good reason to believe that Defendants will hide or transfer their ill-gotten assets beyond the jurisdiction of this Court unless those assets are restrained.

  H. Upon review of Plaintiff's Complaint, Application for Temporary Restraining Order, and supporting evidentiary submissions, it is hereby ORDERED that Plaintiff's Application is **GRANTED**, according to the terms set forth below:

**TEMPORARY RESTRAINING ORDER**

(1) Each Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant having notice of this Order are hereby temporarily restrained as follows:

    a. From manufacturing, importing, advertising, promoting, offering to sell, selling, distributing, or transferring any products not authorized by Plaintiffs and that infringe one or more claims in the GENIE-S Patents;

    b. Aiding, abetting, contributing to, or otherwise assisting anyone in infringing upon the GENIE-S Patents; and

    c. Effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth in Subparagraphs (a) and (b).

(2) Each Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant having notice of this Order shall immediately discontinue the use of Plaintiff's Patents on or in connection with all Internet based e-commerce stores and Internet websites owned and operated, or controlled, by them, including the Internet based e-commerce stores and Internet websites operating under the Defendant Internet Stores.

(3) Each Defendant shall not transfer ownership of the Internet based e-commerce stores and Internet websites operating under their Seller IDs and Defendant Internet Stores during the pendency of this action, or until further order of the Court;

(4) Each Defendant shall preserve copies of all computer files relating to the use of any of the Internet based e-commerce stores and Internet websites operating under their Seller IDs and

Defendant Internet Stores and shall take all steps necessary to retrieve computer files relating to the use of the Internet based e-commerce stores and Internet websites operating under their Seller IDs and Defendant Internet Stores that may have been deleted before the entry of this Order;

(5)     Upon Plaintiff's request, the privacy protection service for any of the Defendant Internet Stores for which the registrant uses such privacy protection service to conceal the registrant's identity and contact information is ordered to disclose to Plaintiff the true identities and contact information of those registrants;

(6)     Within five (5) days of receipt of notice of this Order, Defendants and any third party financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms that are providing services for any of the Defendants, including but not limited to Alibaba Group d/b/a Alibaba.com and Aliexpress.com ("Alibaba"), AllPay Limited ("AllPay"), Amazon Payment Systems, Inc. and Amazon.com, Inc. ("Amazon"), Coinbase Inc., Coinbase Global, Inc. ("Coinbase"), Contextlogic, Inc. ("Wish"), eBay, Inc. ("eBay"), Joom.com ("Joom"), Lakala, LianLian Global t/as LL Pay U.S., LLC ("LianLian"), OFX Group ("OFX"), Paxful, Inc. ("Paxful"), PayEco, Payoneer, Inc. ("Payoneer"), PayPal, Inc. ("PayPal"), Ping Pong Global Solutions, Inc. ("Ping Pong"), RedBubble.com ("RedBubble"), SellersFunding, Shein.com ("Shein"), Shopify, Stripe, Inc. ("Stripe"), Temu.com ("Temu"), Union Mobile Financial Technology Co., Ltd ("Union Mobile"), Walmart.com ("Walmart"), World First UK Ltd. ("World First"), and their related companies and affiliates (together, the "Third Party Providers"), shall:

    a.     Restrain the transfer of all funds, including funds relating to ongoing account activity, held or received for the Defendants' benefit or to be transferred into the Defendants' respective financial accounts, restrain any other financial accounts tied thereto, and immediately divert those restrained funds to a holding account for the trust of the Court. Such

restraining of funds and disclosure of the related financial institution account information (as provided below) shall be made without notice to the account owners or the financial institutions until after those accounts are restrained.

    b. Provide Plaintiff expedited discovery of the following: (i) the identity of all financial accounts and/or sub-accounts associated with the Internet based e-commerce stores operating under the Seller IDs and Defendant Internet Stores identified on Schedule A to the Complaint, as well as any other accounts of the same customer(s); (ii) the identity and location of the Defendants identified in Schedule A, including all known contact information including any and all known aliases and associated email addresses; (iii) an accounting of the total funds restrained and identities of the financial account(s) and sub-account(s) for which the restrained funds are related; and (iv) information concerning sales of any Infringing Products made by Defendants.

 (7) Any Defendant or financial institution account holder subject to this Order may petition the Court to modify the asset restraint set out in this Order;

 (8) The Clerk of the Court is directed to issue a single original summons in the name of "THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT" that shall apply to all Defendants.  The combination of providing notice via electronic publication and email, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

 (9) This Order shall apply to the Seller IDs and Defendant Internet Stores, associated e-

commerce stores and websites, and any other seller identification names, e-commerce stores, private messaging accounts, domain names and websites, or financial accounts that are being used by Defendants for the purpose of infringing the GENIE-S Patents at issue in this action;

(10)   This Order shall remain in effect until the date for the hearing on the Motion for Preliminary Injunction set forth below, or until such further dates as set by the Court or stipulated to by the parties;

(11)   Pursuant to 15 U.S.C. § 1116(d)(5)(D) and Federal Rule of Civil Procedure 65(c), Plaintiff shall post a bond in the amount of **One Hundred Thousand Dollars ($100,000.00),** [1] as payment of damages to which Defendants may be entitled for a wrongful injunction or restraint, during the pendency of this action, or until further Order of the Court.  In the Court's discretion, the bond may be subject to increase should an application be made in the interest of justice;

(12)   After Plaintiff's counsel has received confirmation from the Third Party Providers regarding the funds restrained as directed herein and expedited discovery from the same, Plaintiff shall serve a copy of the Complaint, Application, and this Order, on each Defendant via their corresponding email address and/or online contract form or other means of electronic contract provided on the e-commerce stores and websites operating under the respective Seller IDs and Defendant Internet Stores, or by providing a copy of this Order by email to the marketplace platform or image hosting website, for each of the Defendant Internet Stores so that they, in turn, notify each Defendant of the Order, or by other means reasonably calculated to give notice that is permitted by the Court.  In addition, Plaintiff shall post copies of the Complaint, Application, and this Order, as well as other relevant documents filed in this action on a website and shall provide

---

[1] According to Schedule A, [DE 11–1], Plaintiffs are bringing this suit against 160 Defendants. *See* [DE 11–1]. The Court finds that this bond amount is necessary to protect the Defendants from damages they may incur in the event that an injunction is improvidently issued. Additionally, the Court is concerned that all 160 Defendants may not be properly joined in this action.

the address to the website to Defendants via email, and such notice so given shall be deemed good and sufficient service thereof. Plaintiff shall continue to provide notice of these proceedings and copies of the documents on file in this matter to Defendants regularly by updating Plaintiff's Serving Notice Website, or by other means reasonably calculated to give notice that is permitted by the Court.

(13) A **HEARING** is set before this Court in Courtroom 205B at the U.S. Courthouse, 299 E. Broward Boulevard, Fort Lauderdale, Florida, on **March 21, 2025, at 10:00 AM.,** at which time Defendants and/or any other affected persons may challenge the appropriateness of this Order and move to dissolve the same and at which time the Court will hear argument on Plaintiff's requested preliminary injunction;

(14) Any response or opposition to Plaintiff's Motion for Preliminary Injunction must be filed and served on Plaintiffs' counsel by **March 14, 2025**. Plaintiff shall file any Reply Memorandum on or before **March 19, 2025**. The above dates may be revised upon stipulation by all parties and approval of this Court. Defendants are hereby on notice that failure to appear at the hearing may result in the imposition of a preliminary injunction against them pursuant to 35 U.S.C. § 283, Fed. R. Civ. P. 65, The All Writs Act, 28 U.S.C. § 1651(a), and this Court's inherent authority.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 28th day of February 2025.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies provided to:
Counsel of Record

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-cv-60315-WPD

GENIE-S INTERNATIONAL LTD.,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

    Defendants.

_____/

## SCHEDULE A

| DOE No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 1 | Guangzhou Chengchuang Packaging Products Co., Ltd. | https://ccsj888.en.alibaba.com/index.html?spm=1601227332949 |
| 2 | Jiangsu Delantai Glass Products Co., Ltd. | https://jsdlt.en.alibaba.com/index.html?spm=1601210590097 |
| 3 | Jiangsu Yifan International Trade Co., Ltd. | https://yifanguomao.en.alibaba.com/index.html?spm=1601117277237 |
| 4 | Nantong Xinde Medical Packing Material Co., Ltd. | https://nantongxinde.en.alibaba.com/index.html?spm=1601304992763 |
| 5 | Ningbo Sunwinjer Daily Products Co., Ltd. | https://nbsunwinjer.en.alibaba.com/index.html?spm=1601258053236 |
| 6 | Shaoxing Camil Packaging Co., Ltd. | https://camil.en.alibaba.com/index.html?spm=1600401361321 |
| 7 | Ageless Beauty Care | https://www.aliexpress.com/store/1101047929 |
| 8 | aesthestify | https://www.amazon.com/sp?seller=A20T3FGNNNNAF9 |
| 9 | beijingchuangweifuxingkejiyouxiangongsi | https://www.amazon.com/sp?seller=A351C5ITPCFFCP |
| 10 | Cheeroyal | https://www.amazon.com/sp?seller=A1HMO8LMK3DE4S |
| 11 | DABEL TRADING | https://www.amazon.com/sp?seller=A86HOA1V4UGXD |
| 12 | D-LOTUS | https://www.amazon.com/sp?seller=A38XALPPJQI0K9 |
| 13 | EMISSU | https://www.amazon.com/sp?seller=ADSYM289MIYTT |

| DOE No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 14 | eStarpro | https://www.amazon.com/sp?seller=ALJ5FM85WQ78C |
| 15 | faraway from | https://www.amazon.com/sp?seller=A3D4DHA0DSFW67 |
| 16 | Fivexing | https://www.amazon.com/sp?seller=AQGHBZ4K6R4ZK |
| 17 | frsmghx | https://www.amazon.com/sp?seller=A2CNLR4ZM4HU8 |
| 18 | Good night department store | https://www.amazon.com/sp?seller=A2ZL3BIT8XWMQ5 |
| 19 | HNJZX | https://www.amazon.com/sp?seller=A16A9NR6UMU1M0 |
| 20 | HYX168 | https://www.amazon.com/sp?seller=A3GY4RC62DNW6R |
| 21 | Jiefuxin official store | https://www.amazon.com/sp?seller=A2MY3SH4LK6GE |
| 22 | KayzonTech | https://www.amazon.com/sp?seller=A2R2F1FMLB9PHP |
| 23 | KJHD official | https://www.amazon.com/sp?seller=A1YN8S920GS6V9 |
| 24 | MOFENGFENG | https://www.amazon.com/sp?seller=A3LI4FT6M4H3TR |
| 25 | new beat for dear | https://www.amazon.com/sp?seller=A3PZ701CPCS6FO |
| 26 | QIBANHUA MAKEUP TOOLS | https://www.amazon.com/sp?seller=A3FIGG60NYN5H2 |
| 27 | QMET | https://www.amazon.com/sp?seller=ACZIY0AX25102 |
| 28 | QMOEH | https://www.amazon.com/sp?seller=ANWPE8JKS62KX |
| 29 | SCOLAND | https://www.amazon.com/sp?seller=A4YW1WWJFMOUD |
| 30 | Shenzhen Censung International Trading Company | https://www.amazon.com/sp?seller=A3R3Q8OXTQU52S |
| 31 | shuifenzh | https://www.amazon.com/sp?seller=A3QXX5BXM4201N |
| 32 | Skogfe | https://www.amazon.com/sp?seller=A2TOMR9AL8IO66 |
| 33 | TF Pedck | https://www.amazon.com/sp?seller=A1U2968R3QQ60R |
| 34 | VOVOU US | https://www.amazon.com/sp?seller=A3AA4JJYS2C7R2 |
| 35 | walalala | https://www.amazon.com/sp?seller=A210YH762GTP47 |
| 36 | wouldRather | https://www.amazon.com/sp?seller=A22BNPR4F48TEG |
| 37 | yakify | https://www.amazon.com/sp?seller=AVDPWU23CH56C |
| 38 | YANGDOUS | https://www.amazon.com/sp?seller=A196OHRVZ74166 |

| DOE No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 39 | YOCASII | https://www.amazon.com/sp?seller=AJLJ81Z5BA5UG |
| 40 | YXGJ | https://www.amazon.com/sp?seller=A288VSGY59Q82T |
| 41 | ZHAOMEI-US | https://www.amazon.com/sp?seller=A3U3P2M00T8J1L |
| 42 | zhuotianshan | https://www.amazon.com/sp?seller=AAILGMDUEP0GE |
| 43 | byomo-pi | https://www.ebay.com/str/byomopi |
| 44 | chrismastore | https://www.ebay.com/usr/chrismastore |
| 45 | daniel_wreight | https://www.ebay.com/usr/daniel_wreight |
| 46 | elijah_alvarbez | https://www.ebay.com/usr/elijah_alvarbez |
| 47 | fatwi56 | https://www.ebay.com/usr/fatwi56 |
| 48 | freeasy22 | https://www.ebay.com/str/freeasy22 |
| 49 | huohuashi02 | https://www.ebay.com/str/huohuashi02 |
| 50 | imaxcity1002 | https://www.ebay.com/str/imaxcity1002 |
| 51 | lalawenchang | https://www.ebay.com/str/lalawenchang |
| 52 | Little White Rabbit Digital 2023 | https://www.ebay.com/str/ouda2022 |
| 53 | noachy-0 | https://www.ebay.com/str/noachy0 |
| 54 | qubm6881 | https://www.ebay.com/str/qubm6881 |
| 55 | tracey_beansley | https://www.ebay.com/usr/tracey_beansley |
| 56 | travndctechnolo-0 | https://www.ebay.com/usr/travndctechnolo-0 |
| 57 | A ALLISON HOME | https://us.shein.com/store/home?store_code=5799004365 |
| 58 | admire | https://us.shein.com/store/home?store_code=1090013730 |
| 59 | All Glory | https://us.shein.com/store/home?store_code=2133838766 |
| 60 | AOYIKANG | https://us.shein.com/store/home?store_code=2678892995 |
| 61 | Around the corner | https://us.shein.com/store/home?store_code=1231117513 |
| 62 | ATSM | https://us.shein.com/store/home?store_code=6092526577 |
| 63 | AYX Life-Home Store | https://us.shein.com/store/home?store_code=7144115507 |
| 64 | Bag market store | https://us.shein.com/store/home?store_code=9686934874 |
| 65 | BAGWORLD | https://us.shein.com/store/home?store_code=1723951117 |
| 66 | Beautiful Face | https://us.shein.com/store/home?store_code=8856229808 |
| 67 | CHENKAIRUI | https://us.shein.com/store/home?store_code=4601386675 |
| 68 | CuiNa fashion | https://us.shein.com/store/home?store_code=9517809860 |
| 69 | CXYaaa | https://us.shein.com/store/home?store_code=4605731084 |
| 70 | daunximy | https://us.shein.com/store/home?store_code=8731055788 |

| DOE No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 71 | DIDABEAR | https://us.shein.com/store/home?store_code=1423899286 |
| 72 | Domey | https://us.shein.com/store/home?store_code=9143486336 |
| 73 | dongfanggouwu | https://us.shein.com/store/home?store_code=4536099938 |
| 74 | Early Bird Peng | https://us.shein.com/store/home?store_code=4896282023 |
| 75 | ELINOR | https://us.shein.com/store/home?store_code=1314055063 |
| 76 | E-Travelling | https://us.shein.com/store/home?store_code=2402029338 |
| 77 | FANRAN | https://us.shein.com/store/home?store_code=6682333318 |
| 78 | FengLai | https://us.shein.com/store/home?store_code=2552983997 |
| 79 | Five Members | https://us.shein.com/store/home?store_code=2793754884 |
| 80 | fr | https://us.shein.com/store/home?store_code=8236448731 |
| 81 | GlobalBagSpot | https://us.shein.com/store/home?store_code=3466242732 |
| 82 | Good fortune Living | https://us.shein.com/store/home?store_code=1758566958 |
| 83 | Goviyar Makeup Tool | https://us.shein.com/store/home?store_code=9922486233 |
| 84 | GuteUnit Store | https://us.shein.com/store/home?store_code=2813578852 |
| 85 | happy home | https://us.shein.com/store/home?store_code=7539653199 |
| 86 | homiaobaihuo | https://us.shein.com/store/home?store_code=3398763633 |
| 87 | HONG HUA | https://us.shein.com/store/home?store_code=2855089003 |
| 88 | Horizontal trade | https://us.shein.com/store/home?store_code=1844794501 |
| 89 | HSCommodity | https://us.shein.com/store/home?store_code=2264061372 |
| 90 | hui yi | https://us.shein.com/store/home?store_code=4032426850 |
| 91 | HXH | https://us.shein.com/store/home?store_code=9220522310 |
| 92 | JHyitian | https://us.shein.com/store/home?store_code=4214908770 |
| 93 | jiamaiwen | https://us.shein.com/store/home?store_code=1252923282 |
| 94 | Jin wu | https://us.shein.com/store/home?store_code=7421971878 |
| 95 | JinhuaTH | https://us.shein.com/store/home?store_code=7825941569 |

| DOE No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 96 | jiyingmaoyi | https://us.shein.com/store/home?store_code=5652630791 |
| 97 | JORY Store | https://us.shein.com/store/home?store_code=1925424725 |
| 98 | Lechay | https://us.shein.com/store/home?store_code=3870624673 |
| 99 | Liberal order | https://us.shein.com/store/home?store_code=3944563403 |
| 100 | Lucky Grass | https://us.shein.com/store/home?store_code=6891917684 |
| 101 | luehe | https://us.shein.com/store/home?store_code=9497711126 |
| 102 | Magic Star | https://us.shein.com/store/home?store_code=8235595612 |
| 103 | MDHAND | https://us.shein.com/store/home?store_code=9807115573 |
| 104 | Mr Hu Department | https://us.shein.com/store/home?store_code=9508907385 |
| 105 | MUB Perfume Bottles | https://us.shein.com/store/home?store_code=1192880873 |
| 106 | nayangmeili | https://us.shein.com/store/home?store_code=7716983475 |
| 107 | Onlylove-MW | https://us.shein.com/store/home?store_code=7430593102 |
| 108 | Park Lan daily necessities | https://us.shein.com/store/home?store_code=2213495805 |
| 109 | Pin Yi | https://us.shein.com/store/home?store_code=4166357058 |
| 110 | QIAQU | https://us.shein.com/store/home?store_code=9920455733 |
| 111 | qibangdianzi | https://us.shein.com/store/home?store_code=6069015207 |
| 112 | QiBanHua | https://us.shein.com/store/home?store_code=6170096535 |
| 113 | qushengbaihuo | https://us.shein.com/store/home?store_code=4893307485 |
| 114 | Seibam | https://us.shein.com/store/home?store_code=3177671121 |
| 115 | sentianbaihuo | https://us.shein.com/store/home?store_code=8566747224 |
| 116 | SGrunxing | https://us.shein.com/store/home?store_code=9763231332 |
| 117 | ShiAo | https://us.shein.com/store/home?store_code=1331217392 |
| 118 | Spring pomelo | https://us.shein.com/store/home?store_code=2165166837 |
| 119 | TravelLite Gear | https://us.shein.com/store/home?store_code=8066448558 |
| 120 | weizeG | https://us.shein.com/store/home?store_code=2362695485 |

| DOE No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 121 | Y.T | https://us.shein.com/store/home?store_code=5227097104 |
| 122 | Yi Qing | https://us.shein.com/store/home?store_code=1530847134 |
| 123 | YiYuan Perfume Bottle | https://us.shein.com/store/home?store_code=4064525383 |
| 124 | yueguangbaohexb | https://us.shein.com/store/home?store_code=7721194692 |
| 125 | yunhe01 | https://us.shein.com/store/home?store_code=3516959014 |
| 126 | YUYU General Store | https://us.shein.com/store/home?store_code=9494090687 |
| 127 | YW Jingheng | https://us.shein.com/store/home?store_code=5978618708 |
| 128 | YWchuangwei | https://us.shein.com/store/home?store_code=4272770314 |
| 129 | YWDAIWO | https://us.shein.com/store/home?store_code=1027405934 |
| 130 | YWJINGXUAN | https://us.shein.com/store/home?store_code=6131605857 |
| 131 | YWourui | https://us.shein.com/store/home?store_code=4828300032 |
| 132 | YWZF | https://us.shein.com/store/home?store_code=6942426589 |
| 133 | zhiyumaoyi | https://us.shein.com/store/home?store_code=2033280058 |
| 134 | zugexb | https://us.shein.com/store/home?store_code=1195199663 |
| 135 | An Liang Be | https://www.temu.com/an--be-m-634418216397182.html |
| 136 | Creek Crossing | https://www.temu.com/uk/creek-crossing-m-634418210864587.html |
| 137 | fashion Bag monopoly | https://www.temu.com/sports-equipment-ce-m-634418217474687.html |
| 138 | Liff Home Life | https://www.temu.com/--m-2179907328545.html |
| 139 | MUFY MAKEUP BRUSH | https://www.temu.com/-makeup-brush-m-634418213072536.html |
| 140 | Northern Moon | https://www.temu.com/cz-en/-moon-m-634418217582362.html |
| 141 | PDStar | https://www.temu.com/-m-634418215117876.html |
| 142 | SAIZOU | https://www.temu.com/saizou-m-634418214105300.html |
| 143 | TopAdlib | https://www.temu.com/topadlib-m-634418218460799.html |
| 144 | Cainana | https://www.walmart.com/global/seller/102500963 |
| 145 | dong xu | https://www.walmart.com/global/seller/101693012 |

| DOE No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 146 | Fabiurt | https://www.walmart.com/reviews/seller/101470435 |
| 147 | foshanshilingxuanlongshangmao | https://www.walmart.com/global/seller/102486104 |
| 148 | Hand Jet | https://www.walmart.com/reviews/seller/101526089 |
| 149 | JPyou | https://www.walmart.com/reviews/seller/102573694 |
| 150 | LINKALL | https://www.walmart.com/global/seller/101342176 |
| 151 | LUCKY COKIE | https://www.walmart.com/reviews/seller/101086810 |
| 152 | LUNUAOE | https://www.walmart.com/reviews/seller/101676379 |
| 153 | MoHern | https://www.walmart.com/global/seller/101096051 |
| 154 | Night Theater | https://www.walmart.com/reviews/seller/102493839 |
| 155 | Ru Zhou Shi Guan He Gong Ying Lian You Xian Gong Si | https://www.walmart.com/reviews/seller/102606602 |
| 156 | shaoshanshizicong | https://www.walmart.com/global/seller/102497584 |
| 157 | Shionter | https://www.walmart.com/reviews/seller/102616424 |
| 158 | Uralili Co., Ltd | https://www.walmart.com/reviews/seller/101176856 |
| 159 | xiangtancikeli | https://www.walmart.com/global/seller/102507466 |
| 160 | yunmujia09 | https://www.walmart.com/global/seller/101686648 |

17