**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-cv-60315-WPD**

GENIE-S INTERNATIONAL LTD.,

    Plaintiff,

  v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED
ON SCHEDULE A TO THE COMPLAINT,

    Defendants.
_____/

**NOTICE OF FILING PROPOSED SUMMONS**

Plaintiff, GENIE-S INTERNATIONAL LTD ("Plaintiff"), by and through its undersigned counsel, and in compliance with the Court's Sealed Order Granting *Ex Parte* Application for Entry of Temporary Restraining Order, dated February 28, 2025 [DE 12], hereby gives notice that the foregoing document is being electronically filed.

Dated: March 25, 2025                      Respectfully submitted,

                                                   **BOIES SCHILLER FLEXNER LLP**

                                                   By: */s/ Leigh Salomon*
                                                   Leigh Salomon (FL Bar No. 1054106)
                                                   100 SE 2nd Street, Suite 2800
                                                   Miami, FL 33131
                                                   Tel: (305) 357-8450
                                                   lsalomon@bsfllp.com

                                                   *Counsel for Plaintiff GENIE-S*
                                                   *INTERNATIONAL LTD.*