UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-cv-60315-WPD

GENIE-S INTERNATIONAL LTD.,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

    Defendants.

_____/

**NOTICE OF FILING PROPOSED ORDER ON
<u>PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION</u>**

Plaintiff, GENIE-S INTERNATIONAL LTD., by and through its undersigned counsel, hereby gives notice that the foregoing document is being electronically filed.

Dated: April 3, 2025

Respectfully submitted,

**BOIES SCHILLER FLEXNER LLP**

By: <u>*/s/ Leigh Salomon*</u>
Leigh Salomon (FL Bar No. 1054106)
100 SE 2nd Street, Suite 2800
Miami, FL 33131
Tel: (305) 357-8450
lsalomon@bsfllp.com

*Counsel for Plaintiff GENIE-S INTERNATIONAL LTD.*