UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-cv-60315-WPD

GENIE-S INTERNATIONAL LTD.,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE
A,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS**

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i), Plaintiff, GENIE-S INTERNATIONAL LTD., voluntarily dismisses the following Defendants listed on Schedule A to the Complaint without prejudice:

| DOE No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 8 | aesthestify | https://www.amazon.com/sp?seller=A20T3FGNNNNAF9 |
| 13 | EMISSU | https://www.amazon.com/sp?seller=ADSYM289MIYTT |
| 20 | HYX168 | https://www.amazon.com/sp?seller=A3GY4RC62DNW6R |
| 24 | MOFENGFENG | https://www.amazon.com/sp?seller=A3LI4FT6M4H3TR |
| 37 | yakify | https://www.amazon.com/sp?seller=AVDPWU23CH56C |
| 63 | AYX Life-Home Store | https://us.shein.com/store/home?store_code=7144115507 |
| 67 | CHENKAIRUI | https://us.shein.com/store/home?store_code=4601386675 |
| 76 | E-Travelling | https://us.shein.com/store/home?store_code=2402029338 |

1

Dated: April 11, 2025    Respectfully submitted,

**BOIES SCHILLER FLEXNER LLP**

By: */s/ Leigh Salomon*
Leigh Salomon (FL Bar No. 1054106)
100 SE 2nd Street, Suite 2800
Miami, FL 33131
Tel: (305) 539-8450
Email: lsalomon@bsfllp.com

*Attorney for Plaintiff*
*GENIE-S INTERNATIONAL LTD.*