UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-cv-60315-WPD

GENIE-S INTERNATIONAL LTD.,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE
A,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS**

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i), Plaintiff, GENIE-S INTERNATIONAL LTD., voluntarily dismisses the following Defendants listed on Schedule A to the Complaint without prejudice:

| DOE No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 15 | faraway from | https://www.amazon.com/sp?seller=A3D4DHA0DSFW67 |
| 29 | SCOLAND | https://www.amazon.com/sp?seller=A4YW1WWJFMOUD |
| 36 | wouldRather | https://www.amazon.com/sp?seller=A22BNPR4F48TEG |
| 45 | daniel_wreight | https://www.ebay.com/usr/daniel_wreight |
| 56 | travndctechnolo-0 | https://www.ebay.com/usr/travndctechnolo-0 |
| 143 | TopAdlib | https://www.temu.com/topadlib-m-634418218460799.html |
| 149 | JPyou | https://www.walmart.com/reviews/seller/102573694 |
| 155 | Ru Zhou Shi Guan He Gong Ying Lian You Xian Gong Si | https://www.walmart.com/reviews/seller/102606602 |
| 157 | Shionter | https://www.walmart.com/reviews/seller/102616424 |

1

Dated: April 15, 2025						Respectfully submitted,

**BOIES SCHILLER FLEXNER LLP**

By: */s/ Leigh Salomon*
Leigh Salomon (FL Bar No. 1054106)
100 SE 2nd Street, Suite 2800
Miami, FL 33131
Tel: (305) 539-8450
Email: lsalomon@bsfllp.com

*Attorney for Plaintiff*
*GENIE-S INTERNATIONAL LTD.*