UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-cv-60315-WPD

GENIE-S INTERNATIONAL LTD.,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE A,

    Defendants.
_____/

**REQUEST FOR CLERK'S ENTRY OF DEFAULT**

Plaintiff, GENIE-S INTERNATIONAL LTD., ("Plaintiff"), by and through its undersigned counsel, hereby requests that the Clerk enter default in this matter against Defendants,[1] the Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule "A" hereto (collectively "Defaulting Defendants") because the Defaulting Defendants have failed to respond to the Complaint within

---

[1] Plaintiff is not seeking entry of default against Defendants aesthestify (DOE 8); EMISSU (DOE 13); faraway from (DOE 15); HNJZX (DOE 19); HYX168 (DOE 20); MOFENGFENG (DOE 24); QIBANHUA MAKEUP TOOLS (DOE 26); SCOLAND (DOE 29); TF Pedck (DOE 33); wouldRather (DOE 36); yakify (DOE 37); YOCASII (DOE 39); YXGJ (DOE 40); daniel_wreight (DOE 45); noachy-0 (DOE 53); travndctechnolo-0 (DOE 56); All Glory (DOE 59); AYX Life-Home Store (DOE 63); CHENKAIRUI (DOE 67); daunximy (DOE 70); DIDABEAR (DOE 71); dongfanggouwu (DOE 73); E-Travelling (DOE 76); fr (DOE 80); happy home (DOE 85); Horizontal trade (DOE 88); jiamaiwen (DOE 93); Jin wu (DOE 94); JORY Store (DOE 97); Magic Star (DOE 102); nayangmeili (DOE 106); qibangdianzi (DOE 111); Spring pomelo (DOE 118); Y.T (DOE 121); yueguangbaohexb (DOE 124); YUYU General Store (DOE 126); YWchuangwei (DOE 128); zhiyumaoyi (DOE 133); zugexb (DOE 134); TopAdlib (DOE 143); Fabiurt (DOE 146); JPyou (DOE 149); Night Theater (DOE 154); Ru Zhou Shi Guan He Gong Ying Lian You Xian Gong Si (DOE 155); Shionter (DOE 157).

the time prescribed by the Federal Rules of Civil Procedure. *See* Declaration of Leigh Salomon in Support of Plaintiff's Request for Clerk's Entry of Default ("Salomon Decl."), ¶ 6.

On March 26, 2025, pursuant to the methods of service authorized by the Court, all Defaulting Defendants were served via email and website posting with their respective Complaint, Plaintiff's patent registrations, Issued Summons, Plaintiff's *Ex Parte* Motion For Temporary Restraining Order, Court Orders granting and extending the TRO, and Court Order authorizing alternate service of process on Defendants Pursuant to Federal Rule of Civil Procedure 4(f)(3). Salomon Decl., ¶ 3; *see also* Plaintiff's Proof of Service [DE 22].

Time allowed for the Defaulting Defendants to respond to the Complaint has expired. Salomon Decl., ¶ 4. Neither Plaintiff nor the Court has granted the Defaulting Defendants an extension of time to respond to the Complaint. *Id*., ¶ 5. Defaulting Defendants have failed to respond to the Complaint. *Id*., ¶ 6. Plaintiff believes that none of the Defaulting Defendants could be considered infants or incompetent persons. *Id*., ¶ 7. Plaintiff also believes that the Servicemembers' Civil Relief Act does not apply. *Id*.

WHEREFORE, Plaintiff, GENIE-S INTERNATIONAL LTD., hereby requests that default be entered against Defendants, the Individuals, Corporations, Limited Liability Companies, Partnerships and Unincorporated Associations Identified on Schedule "A" hereto.

Dated: April 22, 2025                      Respectfully submitted,

**BOIES SCHILLER FLEXNER LLP**

*/s/ Leigh Salomon*
Leigh Salomon (FL Bar No. 1054106)
100 SE 2nd Street, Suite 2800
Miami, Florida 33131
Tel: (305) 357-8450
lsalomon@bsfllp.com

*Counsel for Plaintiff*
*GENIE-S INTERNATIONAL LTD.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of April 2025, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that Boies Schiller Flexner LLP served the foregoing document to Defendants via email to the known email addresses and by posting the foregoing document on Plaintiff's Serving Notice Website (http://genie-s-cases.com/case-25-cv-60315.html), consistent with this Court's Order Authorizing Alternate Service of Process on Defendants Pursuant to Federal Rule of Civil Procedure 4(f)(3). (Dkt. 7).

*/s/ Leigh Salomon*
Leigh Salomon (Bar No. 1054106)

## SCHEDULE A

| DOE No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 1 | Guangzhou Chengchuang Packaging Products Co., Ltd. | https://ccsj888.en.alibaba.com/index.html?spm=1601227332949 |
| 2 | Jiangsu Delantai Glass Products Co., Ltd. | https://jsdlt.en.alibaba.com/index.html?spm=1601210590097 |
| 3 | Jiangsu Yifan International Trade Co., Ltd. | https://yifanguomao.en.alibaba.com/index.html?spm=1601117277237 |
| 4 | Nantong Xinde Medical Packing Material Co., Ltd. | https://nantongxinde.en.alibaba.com/index.html?spm=1601304992763 |
| 5 | Ningbo Sunwinjer Daily Products Co., Ltd. | https://nbsunwinjer.en.alibaba.com/index.html?spm=1601258053236 |
| 6 | Shaoxing Camil Packaging Co., Ltd. | https://camil.en.alibaba.com/index.html?spm=1600401361321 |
| 7 | Ageless Beauty Care | https://www.aliexpress.com/store/1101047929 |
| 9 | beijingchuangweifuxingkejiyouxiangongsi | https://www.amazon.com/sp?seller=A351C5ITPCFFCP |
| 10 | Cheeroyal | https://www.amazon.com/sp?seller=A1HMO8LMK3DE4S |
| 11 | DABEL TRADING | https://www.amazon.com/sp?seller=A86HOA1V4UGXD |
| 12 | D-LOTUS | https://www.amazon.com/sp?seller=A38XALPPJQI0K9 |
| 14 | eStarpro | https://www.amazon.com/sp?seller=ALJ5FM85WQ78C |
| 16 | Fivexing | https://www.amazon.com/sp?seller=AQGHBZ4K6R4ZK |
| 17 | frsmghx | https://www.amazon.com/sp?seller=A2CNLR4ZM4HU8 |
| 18 | Good night department store | https://www.amazon.com/sp?seller=A2ZL3BIT8XWMQ5 |
| 21 | Jiefuxin official store | https://www.amazon.com/sp?seller=A2MY3SH4LK6GE |
| 22 | KayzonTech | https://www.amazon.com/sp?seller=A2R2F1FMLB9PHP |
| 23 | KJHD official | https://www.amazon.com/sp?seller=A1YN8S920GS6V9 |
| 25 | new beat for dear | https://www.amazon.com/sp?seller=A3PZ701CPCS6FO |

| DOE No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 27 | QMET | https://www.amazon.com/sp?seller=ACZIY0AX25102 |
| 28 | QMOEH | https://www.amazon.com/sp?seller=ANWPE8JKS62KX |
| 30 | Shenzhen Censung International Trading Company | https://www.amazon.com/sp?seller=A3R3Q8OXTQU52S |
| 31 | shuifenzh | https://www.amazon.com/sp?seller=A3QXX5BXM4201N |
| 32 | Skogfe | https://www.amazon.com/sp?seller=A2TOMR9AL8IO66 |
| 34 | VOVOU US | https://www.amazon.com/sp?seller=A3AA4JJYS2C7R2 |
| 35 | walalala | https://www.amazon.com/sp?seller=A210YH762GTP47 |
| 38 | YANGDOUS | https://www.amazon.com/sp?seller=A196OHRVZ74166 |
| 41 | ZHAOMEI-US | https://www.amazon.com/sp?seller=A3U3P2M00T8J1L |
| 42 | zhuotianshan | https://www.amazon.com/sp?seller=AAILGMDUEP0GE |
| 43 | byomo-pi | https://www.ebay.com/str/byomopi |
| 44 | chrismastore | https://www.ebay.com/usr/chrismastore |
| 46 | elijah_alvarbez | https://www.ebay.com/usr/elijah_alvarbez |
| 47 | fatwi56 | https://www.ebay.com/usr/fatwi56 |
| 48 | freeasy22 | https://www.ebay.com/str/freeasy22 |
| 49 | huohuashi02 | https://www.ebay.com/str/huohuashi02 |
| 50 | imaxcity1002 | https://www.ebay.com/str/imaxcity1002 |
| 51 | lalawenchang | https://www.ebay.com/str/lalawenchang |
| 52 | Little White Rabit Digital 2023 | https://www.ebay.com/str/ouda2022 |
| 54 | qubm6881 | https://www.ebay.com/str/qubm6881 |
| 55 | tracey_beansley | https://www.ebay.com/usr/tracey_beansley |
| 57 | A ALLISON HOME | https://us.shein.com/store/home?store_code=5799004365 |
| 58 | admire | https://us.shein.com/store/home?store_code=1090013730 |
| 60 | AOYIKANG | https://us.shein.com/store/home?store_code=2678892995 |

| DOE No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 61 | Around the corner | https://us.shein.com/store/home?store_code=1231117513 |
| 62 | ATSM | https://us.shein.com/store/home?store_code=6092526577 |
| 64 | Bag market store | https://us.shein.com/store/home?store_code=9686934874 |
| 65 | BAGWORLD | https://us.shein.com/store/home?store_code=1723951117 |
| 66 | Beautiful Face | https://us.shein.com/store/home?store_code=8856229808 |
| 68 | CuiNa fashion | https://us.shein.com/store/home?store_code=9517809860 |
| 69 | CXYaaa | https://us.shein.com/store/home?store_code=4605731084 |
| 72 | Domey | https://us.shein.com/store/home?store_code=9143486336 |
| 74 | Early Bird Peng | https://us.shein.com/store/home?store_code=4896282023 |
| 75 | ELINOR | https://us.shein.com/store/home?store_code=1314055063 |
| 77 | FANRAN | https://us.shein.com/store/home?store_code=6682333318 |
| 78 | FengLai | https://us.shein.com/store/home?store_code=2552983997 |
| 79 | Five Members | https://us.shein.com/store/home?store_code=2793754884 |
| 81 | GlobalBagSpot | https://us.shein.com/store/home?store_code=3466242732 |
| 82 | Good fortune Living | https://us.shein.com/store/home?store_code=1758566958 |
| 83 | Goviyar Makeup Tool | https://us.shein.com/store/home?store_code=9922486233 |
| 84 | GuteUnit Store | https://us.shein.com/store/home?store_code=2813578852 |
| 86 | homiaobaihuo | https://us.shein.com/store/home?store_code=3398763633 |
| 87 | HONG HUA | https://us.shein.com/store/home?store_code=2855089003 |
| 89 | HSCommodity | https://us.shein.com/store/home?store_code=2264061372 |

| DOE No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 90 | hui yi | https://us.shein.com/store/home?store_code=4032426850 |
| 91 | HXH | https://us.shein.com/store/home?store_code=9220522310 |
| 92 | JHyitian | https://us.shein.com/store/home?store_code=4214908770 |
| 95 | JinhuaTH | https://us.shein.com/store/home?store_code=7825941569 |
| 96 | jiyingmaoyi | https://us.shein.com/store/home?store_code=5652630791 |
| 98 | Lechay | https://us.shein.com/store/home?store_code=3870624673 |
| 99 | Liberal order | https://us.shein.com/store/home?store_code=3944563403 |
| 100 | Lucky Grass | https://us.shein.com/store/home?store_code=6891917684 |
| 101 | luehe | https://us.shein.com/store/home?store_code=9497711126 |
| 103 | MDHAND | https://us.shein.com/store/home?store_code=9807115573 |
| 104 | Mr Hu Department | https://us.shein.com/store/home?store_code=9508907385 |
| 105 | MUB Perfume Bottles | https://us.shein.com/store/home?store_code=1192880873 |
| 107 | Onlylove-MW | https://us.shein.com/store/home?store_code=7430593102 |
| 108 | Park Lan daily necessities | https://us.shein.com/store/home?store_code=2213495805 |
| 109 | Pin Yi | https://us.shein.com/store/home?store_code=4166357058 |
| 110 | QIAQU | https://us.shein.com/store/home?store_code=9920455733 |
| 112 | QiBanHua | https://us.shein.com/store/home?store_code=6170096535 |
| 113 | qushengbaihuo | https://us.shein.com/store/home?store_code=4893307485 |
| 114 | Seibam | https://us.shein.com/store/home?store_code=3177671121 |
| 115 | sentianbaihuo | https://us.shein.com/store/home?store_code=8566747224 |

| DOE No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 116 | SGrunxing | https://us.shein.com/store/home?store_code=9763231332 |
| 117 | ShiAo | https://us.shein.com/store/home?store_code=1331217392 |
| 119 | TravelLite Gear | https://us.shein.com/store/home?store_code=8066448558 |
| 120 | weizeG | https://us.shein.com/store/home?store_code=2362695485 |
| 122 | Yi Qing | https://us.shein.com/store/home?store_code=1530847134 |
| 123 | YiYuan Perfume Bottle | https://us.shein.com/store/home?store_code=4064525383 |
| 125 | yunhe01 | https://us.shein.com/store/home?store_code=3516959014 |
| 127 | YW Jingheng | https://us.shein.com/store/home?store_code=5978618708 |
| 129 | YWDAIWO | https://us.shein.com/store/home?store_code=1027405934 |
| 130 | YWJINGXUAN | https://us.shein.com/store/home?store_code=6131605857 |
| 131 | YWourui | https://us.shein.com/store/home?store_code=4828300032 |
| 132 | YWZF | https://us.shein.com/store/home?store_code=6942426589 |
| 135 | An Liang Be | https://www.temu.com/an--be-m-634418216397182.html |
| 136 | Creek Crossing | https://www.temu.com/uk/creek-crossing-m-634418210864587.html |
| 137 | fashion Bag monopoly | https://www.temu.com/sports-equipment-ce-m-634418217474687.html |
| 138 | Liff Home Life | https://www.temu.com/--m-2179907328545.html |
| 139 | MUFY MAKEUP BRUSH | https://www.temu.com/-makeup-brush-m-634418213072536.html |
| 140 | Northern Moon | https://www.temu.com/cz-en/-moon-m-634418217582362.html |
| 141 | PDStar | https://www.temu.com/-m-634418215117876.html |
| 142 | SAIZOU | https://www.temu.com/saizou-m-634418214105300.html |
| 144 | Cainana | https://www.walmart.com/global/seller/102500963 |

| DOE No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 145 | dong xu | https://www.walmart.com/global/seller/101693012 |
| 147 | foshanshilingxuanlongshangmao | https://www.walmart.com/global/seller/102486104 |
| 148 | Hand Jet | https://www.walmart.com/reviews/seller/101526089 |
| 150 | LINKALL | https://www.walmart.com/global/seller/101342176 |
| 151 | LUCKY COKIE | https://www.walmart.com/reviews/seller/101086810 |
| 152 | LUNUAOE | https://www.walmart.com/reviews/seller/101676379 |
| 153 | MoHern | https://www.walmart.com/global/seller/101096051 |
| 156 | shaoshanshizicong | https://www.walmart.com/global/seller/102497584 |
| 158 | Uralili Co., Ltd | https://www.walmart.com/reviews/seller/101176856 |
| 159 | xiangtancikeli | https://www.walmart.com/global/seller/102507466 |
| 160 | yunmujia09 | https://www.walmart.com/global/seller/101686648 |