UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-cv-60315-WPD

GENIE-S INTERNATIONAL LTD.,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE A,

    Defendants.
_____/

### DECLARATION OF LEIGH SALOMON IN SUPPORT OF PLAINTIFF'S REQUEST FOR CLERK'S ENTRY OF DEFAULT

I, Leigh Salomon, declare and state as follows:

1. I am over 18 years of age, and I have personal knowledge of the facts set forth herein. I make this declaration in support of Plaintiff's Request for Entry of Clerk's Entry of Default against Defendants listed on the Schedule "A" attached to Plaintiff's Request (the "Defaulting Defendants"). If called upon to do so, I could and would competently testify to the following facts set forth below.

2. On February 18, 2025, Plaintiff filed its Complaint against Defendants, the Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A hereto (collectively, "Defendants").

3. On March 26, 2025, pursuant to the methods of service authorized by the Court, all Defaulting Defendants were served via email and website posting with their respective Complaint, Plaintiff's patent registrations, Issued Summons, Plaintiff's *Ex Parte* Application For Temporary

Restraining Order, Court Orders granting and extending the TRO, and Court Order authorizing alternate service of process on Defendants Pursuant to Federal Rule of Civil Procedure 4(f)(3) (Dkt. 7).  *See also* Plaintiff's Proof of Service [DE 22].

4. The time allowed for the Defaulting Defendants to respond to the Complaint has expired.

5. The Defaulting Defendants have not been granted an extension of time to respond to the Complaint.

6. The Defaulting Defendants have failed to respond to the Complaint.

7. I have no reason to believe that any of the Defendants are infants or incompetent persons or that the Servicemembers' Civil Relief Act applies.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed the 22nd day of April, 2025, in Miami, Florida.

*/s/ Leigh Salomon*
Leigh Salomon