UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-cv-60315-WPD

GENIE-S INTERNATIONAL LTD.,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE A,

    Defendants.
_____/

## ORDER APPROVING VOLUNTARY DISMISSAL

THIS CAUSE is before the Court upon Plaintiff's Notice of Voluntary Dismissal of Certain Defendants [DE 44], filed herein on April 30, 2025. The Court has carefully reviewed the Notice and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice [DE 44] is hereby **APPROVED**;

2. The following defendants are hereby **DISMISSED WITHOUT PREJUDICE**:

| DOE No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 34 | VOVOU US | https://www.amazon.com/sp?seller=A3AA4JJYS2C7R2 |
| 42 | zhuotianshan | https://www.amazon.com/sp?seller=AAILGMDUEP0GE |
| 72 | Domey | https://us.shein.com/store/home?store_code=9143486336 |
| 90 | hui yi | https://us.shein.com/store/home?store_code=4032426850 |
| 95 | JinhuaTH | https://us.shein.com/store/home?store_code=7825941569 |
| 96 | jiyingmaoyi | https://us.shein.com/store/home?store_code=5652630791 |
| 103 | MDHAND | https://us.shein.com/store/home?store_code=9807115573 |
| 108 | Park Lan daily necessities | https://us.shein.com/store/home?store_code=2213495805 |

| 125 | yunhe01 | https://us.shein.com/store/home?store_code=3516959014 |
| 127 | YW Jingheng | https://us.shein.com/store/home?store_code=5978618708 |
| 129 | YWDAIWO | https://us.shein.com/store/home?store_code=1027405934 |
| 133 | zhiyumaoyi | https://us.shein.com/store/home?store_code=2033280058 |
| 134 | zugexb | https://us.shein.com/store/home?store_code=1195199663 |
| 135 | An Liang Be | https://www.temu.com/an--be-m-634418216397182.html |

| DOE No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 137 | fashion Bag monopoly | https://www.temu.com/sports-equipment-ce-m-634418217474687.html |
| 142 | SAIZOU | https://www.temu.com/saizou-m-634418214105300.html |

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 1st day of May, 2025.

*[signature]*

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of Record