## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 25-cv-60315-WPD

GENIE-S INTERNATIONAL LTD.,

     Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

     Defendants.

_____/

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i), Plaintiff,

GENIE-S INTERNATIONAL LTD., voluntarily dismisses the following Defendants listed on

Schedule A to the Complaint without prejudice:

| DOE No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 23 | KJHD official | https://www.amazon.com/sp?seller=A1YN8S920GS6V9 |
| 25 | new beat for dear | https://www.amazon.com/sp?seller=A3PZ701CPCS6FO |
| 91 | HXH | https://us.shein.com/store/home?store_code=9220522310 |

Dated: May 5, 2025                 Respectfully submitted,

                                   **BOIES SCHILLER FLEXNER LLP**

                        By:   */s/ Leigh Salomon*
                                Leigh Salomon (FL Bar No. 1054106)
                                100 SE 2nd Street, Suite 2800
                                Miami, FL 33131
                                Tel: (305) 539-8450
                                Email: lsalomon@bsfllp.com

                                *Attorney for Plaintiff*
                                *GENIE-S INTERNATIONAL LTD.*

1