UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-cv-60315-WPD

GENIE-S INTERNATIONAL LTD.,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS**

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i), Plaintiff, GENIE-S INTERNATIONAL LTD., voluntarily dismisses the following Defendants listed on Schedule A to the Complaint without prejudice:

| DOE No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 10 | Cheeroyal | https://www.amazon.com/sp?seller=A1HMO8LMK3DE4S |
| 61 | Around the corner | https://us.shein.com/store/home?store_code=1231117513 |
| 87 | HONG HUA | https://us.shein.com/store/home?store_code=2855089003 |

Dated: May 8, 2025

Respectfully submitted,

**BOIES SCHILLER FLEXNER LLP**

By: */s/ Leigh Salomon*
Leigh Salomon (FL Bar No. 1054106)
100 SE 2nd Street, Suite 2800
Miami, FL 33131
Tel: (305) 539-8450
Email: lsalomon@bsfllp.com

*Attorney for Plaintiff*
*GENIE-S INTERNATIONAL LTD.*

1