UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-cv-60315-WPD

GENIE-S INTERNATIONAL LTD.,

     Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

     Defendants.

_____/

## DECLARATION OF LEIGH SALOMON IN SUPPORT OF PLAINTIFF'S MOTION FOR ENTRY OF FINAL DEFAULT JUDGMENT

I, Leigh Salomon, declare and state as follows:

1.     I am over 18 years of age and I have personal knowledge of the facts set forth herein. I make this declaration in support of Plaintiff's Motion for Entry of Final Default Judgment against Defendants[1] listed on the Amended Schedule A attached to Plaintiff's Motion (collectively

---

[1] The Schedule A to Plaintiff's [Proposed] Order on Motion for Entry of Final Default Judgment, filed concurrently with Plaintiff's Motion for Entry of Default Judgment, has been amended to remove several Defendants that were included on the Schedule A to Plaintiff's Request for Clerk's Entry of Default [DE 36] for whom Plaintiff initially intended to seek default against but no longer intends to. Accordingly, Plaintiff is not seeking default against Defendants aesthestify (DOE 8); Cheeroyal (10) EMISSU (DOE 13); faraway from (DOE 15); HNJZX (DOE 19); HYX168 (DOE 20); KJHD (DOE 23); MOFENGFENG (DOE 24); new beat for dear (DOE 25); QIBANHUA MAKEUP TOOLS (DOE 26); QMET (27); QMOEH (28); SCOLAND (DOE 29); TF Pedck (DOE 33); VOVOU US (34); wouldRather (DOE 36); yakify (DOE 37); YOCASII (DOE 39); YXGJ (DOE 40); zhuotianshan (42); daniel_wreight (DOE 45); noachy-0 (DOE 53); travndctechnolo-0 (DOE 56); All Glory (DOE 59); Around the corner (61); AYX Life-Home Store (DOE 63); CHENKAIRUI (DOE 67); CuiNa fashion (68); daunximy (DOE 70); DIDABEAR (DOE 71); Domey (72); dongfanggouwu (DOE 73); E-Travelling (DOE 76); fr (DOE 80); GlobalBagSpot (81); happy home (DOE 85); HONG HUA (87); Horizontal trade (DOE 88); hui yi (90); HXH (DOE 91); jiamaiwen (DOE 93); Jin wu (DOE 94); JinhuaTH (95); jiyingmaoyi (96); JORY Store

the "Defaulting Defendants"). If called upon to do so, I could and would competently testify to the following facts set forth below.

2.  I am an attorney duly licensed to practice before this Court in this matter, and I am counsel of record for Plaintiff, GENIE-S INTERNATIONAL LTD., ("Plaintiff").

3.  On February 26, 2025, Plaintiff filed its *Ex Parte* Application for Entry of Temporary Restraining Order, Including a Temporary Injunction, a Temporary Asset Restraint, and Expedited Discovery (the "Application"). [DE 10]. The Declaration of Pamela Hui[2] in support of Plaintiff's Application sets forth details about Plaintiff's intellectual property and the Defendants' infringement of Plaintiff's intellectual property. [DE 10-1]. On February 28, 2025, the Court entered a Sealed Order granting the Application (the "TRO"). [DE 12]. On March 13, 2025, the Court issued an Order granting Plaintiff's Motion to Extend the TRO. [DE 14]. On April 4, 2025, the Court issued an Order replacing the TRO with a Preliminary Injunction (the "PI"). [DE 29]. The TRO and PI required, *inter alia*, any third-party financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms that are providing services for any of the Defendants, including but not limited to, Alibaba Group d/b/a Alibaba.com and Aliexpress.com ("Alibaba"), AllPay Limited ("AllPay"), Amazon Payment

---

(DOE 97); Magic Star (DOE 102); MDHAND (103); nayangmeili (DOE 106); Park Lan daily necessities (108); qibangdianzi (DOE 111); Spring pomelo (DOE 118); TravelLite Gear (119); weizeG (120); Y.T (DOE 121); yueguangbaohexb (DOE 124); yunhe01(125); YUYU General Store (DOE 126); YW Jingheng (127); YWchuangwei (DOE 128); YWDAIWO (129); zhiyumaoyi (DOE 133); zugexb (DOE 134); An Liang Be (135); fashion Bag monopoly (137); SAIZOU (142); TopAdlib (DOE 143); Fabiurt (DOE 146); JPyou (DOE 149); Night Theater (DOE 154); Ru Zhou Shi Guan He Gong Ying Lian You Xian Gong Si (DOE 155); Shionter (DOE 157).

[2] Exhibit 2 to that declaration contained evidence of Defendants' infringement. Attached hereto as Exhibit 1 is the evidence obtained and reviewed for each Defaulting Defendant identified on the Amended Schedule A, namely webpage captures from Defaulting Defendants' Internet-based e-commerce stores operating under the Defendant Internet Stores, offering for sale products infringing the GENIE-S Patents.

Systems, Inc. and Amazon.com, Inc. ("Amazon"), Coinbase Global, Inc. ("Coinbase"), Contextlogic, Inc. ("Wish"), eBay, Inc. ("eBay"), Lakala, LianLian Global t/as LL Pay U.S., LLC ("LianLian"), OFX Group ("OFX"), Paxful, Inc. ("Paxful"), PayEco, Payoneer, Inc. ("Payoneer"), PayPal, Inc. ("PayPal"), Ping Pong Global Solutions, Inc. ("Ping Pong"), SellersFunding, Shein.com ("Shein"), Shopify, Stripe, Inc. ("Stripe"), Temu.com ("Temu"), Union Mobile Financial Technology Co., Ltd ("Union Mobile"), Walmart.com ("Walmart"), World First UK Ltd. ("World First"), and their related companies and affiliates (together, the "Third Party Providers"), to:

> Provide Plaintiff expedited discovery of the following: (i) the identity of all financial accounts and/or sub-accounts associated with the Internet based e-commerce stores operating under the Internet Stores and subject domain names identified on Schedule A to the Complaint, as well as any other accounts of the same customer(s); (ii) the identity and location of the Defendants identified in Schedule A, including all known contact information including any and all known aliases and associated email addresses; (iii) an accounting of the total funds restrained and identities of the financial account(s) and sub-account(s) for which the restrained funds are related; and (iv) information concerning sales of any Infringing Products made by Defendants.

*See* TRO [DE 12], pp. 7–8, ¶ 6(b). Further, the TRO applies to "Defendant Internet Stores, associated e-commerce stores and websites, and any other seller identification names, e-commerce stores, private messaging accounts, domain names and websites, or financial accounts that are being used by Defendants for the purpose of infringing Plaintiff's GENIE-S Patents at issue in this action." *See* PI [DE 29] at pp. 8–9, ¶ 9. Accordingly, pursuant to the Court's TRO and PI, Plaintiff requested that the Third Party Providers restrain all funds in Defendants' accounts. Subsequently, my firm received notice from the applicable financial institutions that they complied with the requirements of the Court's Orders. The limited information provided by the Third Party Providers for each Defaulting Defendant indicates that the Gross Merchant Value ("GMV") reaches up to $364,279.98. *See* Exhibit 2 attached.

3

4. Pursuant to the Court's February 20, 2025, Sealed Order Authorizing Alternate Service of Process on Defendants Pursuant to Federal Rule of Civil Procedure 4(f)(3) [DE 7], Plaintiff served each Defendant with their respective Summons and a copy of the Complaint via electronic mail ("email") and via posting on the website http://genie-s-cases.com/case-25-cv-60315.html on March 27, 2025.  *See also* Proof of Service.  [DE 22].

5. The deadline for Defaulting Defendants to answer or respond to the Complaint has expired.

6. To date, Defaulting Defendants have not filed any responsive pleadings to the Complaint, have not requested an extension to respond to the Complaint, nor have Defaulting Defendants entered a formal appearance pro se or by counsel on their behalf.

7. I have no reason to believe that any of Defaulting Defendants are infants or incompetent persons or that the Servicemembers Civil Relief Act applies.

8. On April 22, 2025, Plaintiff filed its Request for Clerk's Entry of Default against Defaulting Defendants.  [DE 36].  On April 24, 2025, the Clerk entered default against said Defaulting Defendants for failure to plead or otherwise defend pursuant to Rule 55(a) of the Federal Rules of Civil Procedure. [DE 41].

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed the 15th day of May, 2025, at Miami, Florida.

/s/ Leigh Salomon
Leigh Salomon