UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-cv-60315-WPD

GENIE-S INTERNATIONAL LTD.,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

    Defendants.

_____/

## [PROPOSED] FINAL DEFAULT JUDGMENT AND PERMANENT INJUNCTION

THIS MATTER comes before the Court on Plaintiff's Motion for Entry of Final Default Judgment (the "Motion"). The Court granted the Motion in a separate Order. Pursuant to Federal Rule of Civil Procedure 58(a), the Court hereby **ENTERS THIS SEPARATE FINAL JUDGMENT**.

Accordingly, it is **ORDERED and ADJUDGED** that **Final Default Judgment is hereby entered** in favor of Plaintiff, GENIE-S INTERNATIONAL LTD., ("Plaintiff"), and against Defendants, the Individuals, Partnerships, or Unincorporated Associations identified on the attached Amended Schedule A (collectively, the "Defendants") as follows:

(1)    Permanent Injunctive Relief:

Defendants and their officers, directors, employees, agents, subsidiaries, distributors, and all persons acting in concert and participation with Defendants are hereby permanently restrained and enjoined from the following:

    a.    manufacturing or causing to be manufactured, importing, advertising, or promoting, distributing, selling, or offering to sell unauthorized and unlicensed products that utilize

the technology of and inventions claimed in U.S. Patent Nos. 8,079,388 B2 and 8,881,775 B2 (the "Beauty Union Global Limited Utility Patents") and 9,738,437 B2, 8,978,938 B2, and 9,522,403 B2 (the "Dongguan Yixin Magnetic Disk Co. Ltd Utility Patents") (collectively the "GENIE-S Patents") [DE 1];

  b. From making, using, selling, importing, and/or offering to sell products that infringe the GENIE-S Patents;

  c. passing off, inducing, or enabling others to sell or pass off any product as a genuine GENIE-S Product or any other product produced by Plaintiff that is not Plaintiff's or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale under Plaintiff's GENIE-S Patents;

  d. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

  e. further infringing Plaintiff's GENIE-S Patents and damaging Plaintiff's goodwill;

  f. shipping, delivering, holding for sale, transferring, or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear or infringe Plaintiff's GENIE-S Patents or any reproductions, copies, or colorable imitations thereof;

  g. using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, the Defendant Internet Stores, or any other domain name or online marketplace account that is being used to sell or is the means by which Defendants

could continue to sell counterfeit GENIE-S Products;

   h.  operating and/or hosting websites at the Defendant Internet Stores or any other domain names registered or operated by Defendants that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product infringing Plaintiff's GENIE-S Patents or any reproductions, copies, or colorable imitations thereof that is not a genuine GENIE-S Product or not authorized by Plaintiff to be sold in connection with Plaintiff's GENIE-S Patents; and

   i.  effecting assignments or transfers, forming new entities or associations, or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth above.

  (2)  Additional Equitable Relief:

   a.  Upon Plaintiff's request, the Internet marketplace website operators and/or administrators for the Internet-based e-commerce stores operating under the seller identification names identified on the attached Amended Schedule A (the "Seller IDs"), including but not limited to Alibaba, AliExpress, Amazon, Ebay, Shein, Temu, and Walmart, shall permanently remove any and all listings and associated images of goods infringing the GENIE-S Patents via the e-commerce stores operating under the Seller IDs, and any other listings and images of goods infringing the GENIE-S Patents associated with the same sellers or linked to any other alias seller identification names or e-commerce stores being used and/or controlled by Defendants to promote, offer for sale, and/or sell goods infringing the GENIE-S Patents; and

   b.  Upon Plaintiff's request, any Internet marketplace website operator and/or administrator who is in possession, custody, or control of Defendants' goods infringing the GENIE-S Patents, including but not limited to Alibaba, AliExpress, Amazon, Ebay, Shein, Temu,

and Walmart, shall permanently cease fulfillment of and sequester those goods, and surrender the same to Plaintiff.

(3) Pursuant to 35 U.S.C. § 284, Plaintiff is awarded each Defendant's profit from infringement of the GENIE-S Patents in the amount reflected in the attached Amended Schedule A.

(4) All funds currently restrained or held on account for all Defendants by all financial institutions, payment processors, bank, escrow services, money transmitters, or marketplace platforms, including but not limited to, Amazon.com, Payoneer, PingPong, LianLian, OFX, Stipe, Sellers Funding, and PayPal, and their related companies and affiliates, are to be immediately (within 5 business days) transferred by the previously referred to financial institutions, payment processors, bank, escrow services, money transmitters, or marketplace platforms and by Defendant, to Plaintiff and/or Plaintiff's counsel in partial satisfaction of the monetary judgment entered herein against each Defendant.  All financial institutions, payment processors, bank, escrow services, money transmitters, or marketplace platforms, including but not limited to Amazon, Amazon Pay, PayPal, Payoneer, PingPong, LianLian, OFX, Stripe, Sellers Funding and/or their related companies and affiliates, shall provide to Plaintiff at the time the funds are released, a breakdown reflecting the (i) total funds restrained in this matter per Defendant; (ii) total chargebacks, refunds, and/or transaction reversals deducted from each Defendant's funds restrained prior to release; and (iii) total funds released per Defendant to Plaintiff.

(5) Interest from the date this action was filed shall accrue at the legal rate. *See* 28 U.S.C. § 1961.

(6) The bond posted by Plaintiff in the amount of $100,000.00 is hereby ordered released by the Clerk.

5

   (7) The Court retains jurisdiction to enforce this Final Default Judgment and Permanent Injunction.

   This is a Default Judgment SO ORDERED in Chambers at _____, Florida, this \_\_\_ day of \_\_\_\_\_, 2025.

                    _____
                    **WILLIAM P. DIMITROULEAS**
                    **UNITED STATES DISTRICT JUDGE**

cc: counsel of record

**Amended Schedule A**

| DOE No. | Defendant Internet Store | Seller URL | Profit Award |
|---|---|---|---|
| 1 | Guangzhou Chengchuang Packaging Products Co., Ltd. | https://ccsj888.en.alibaba.com/index.html?spm=1601227332949 | $0.00 |
| 2 | Jiangsu Delantai Glass Products Co., Ltd. | https://jsdlt.en.alibaba.com/index.html?spm=1601210590097 | $0.00 |
| 3 | Jiangsu Yifan International Trade Co., Ltd. | https://yifanguomao.en.alibaba.com/index.html?spm=1601117277237 | $45.00 |
| 4 | Nantong Xinde Medical Packing Material Co., Ltd. | https://nantongxinde.en.alibaba.com/index.html?spm=1601304992763 | $0.00 |
| 5 | Ningbo Sunwinjer Daily Products Co., Ltd. | https://nbsunwinjer.en.alibaba.com/index.html?spm=1601258053236 | $0.00 |
| 6 | Shaoxing Camil Packaging Co., Ltd. | https://camil.en.alibaba.com/index.html?spm=1600401361321 | $2,456.16 |
| 7 | Ageless Beauty Care | https://www.aliexpress.com/store/1101047929 | $0.00 |
| 9 | beijingchuangweifuxingkejiyouxiangongsi | https://www.amazon.com/sp?seller=A351C5ITPCFFCP | $41.22 |
| 11 | DABEL TRADING | https://www.amazon.com/sp?seller=A86HOA1V4UGXD | $1,688.88 |
| 12 | D-LOTUS | https://www.amazon.com/sp?seller=A38XALPPJQI0K9 | $3,878.16 |
| 14 | eStarpro | https://www.amazon.com/sp?seller=ALJ5FM85WQ78C | $722.19 |
| 16 | Fivexing | https://www.amazon.com/sp?seller=AQGHBZ4K6R4ZK | $36,519.36 |
| 17 | frsmghx | https://www.amazon.com/sp?seller=A2CNLR4ZM4HU8 | $106.56 |
| 18 | Good night department store | https://www.amazon.com/sp?seller=A2ZL3BIT8XWMQ5 | $825.42 |
| 21 | Jiefuxin official store | https://www.amazon.com/sp?seller=A2MY3SH4LK6GE | $14,112.15 |
| 22 | KayzonTech | https://www.amazon.com/sp?seller=A2R2F1FMLB9PHP | $84,960.66 |
| 30 | Shenzhen Censung International Trading Company | https://www.amazon.com/sp?seller=A3R3Q8OXTQU52S | $12,233.82 |

| DOE No. | Defendant Internet Store | Seller URL | Profit Award |
|---|---|---|---|
| 31 | shuifenzh | https://www.amazon.com/sp?seller=A3QXX5BXM4201N | $169.08 |
| 32 | Skogfe | https://www.amazon.com/sp?seller=A2TOMR9AL8IO66 | $1,092,839.94 |
| 35 | walalala | https://www.amazon.com/sp?seller=A210YH762GTP47 | $53,309.64 |
| 38 | YANGDOUS | https://www.amazon.com/sp?seller=A196OHRVZ74166 | $34.62 |
| 41 | ZHAOMEI-US | https://www.amazon.com/sp?seller=A3U3P2M00T8J1L | $610.41 |
| 43 | byomo-pi | https://www.ebay.com/str/byomopi | $24.78 |
| 44 | chrismastore | https://www.ebay.com/usr/chrismastore | $26.85 |
| 46 | elijah_alvarbez | https://www.ebay.com/usr/elijah_alvarbez | $81.09 |
| 47 | fatwi56 | https://www.ebay.com/usr/fatwi56 | $44.76 |
| 48 | freeasy22 | https://www.ebay.com/str/freeasy22 | $0.00 |
| 49 | huohuashi02 | https://www.ebay.com/str/huohuashi02 | $23.67 |
| 50 | imaxcity1002 | https://www.ebay.com/str/imaxcity1002 | $56.43 |
| 51 | lalawenchang | https://www.ebay.com/str/lalawenchang | $18.81 |
| 52 | Little White Rabit Digital 2023 | https://www.ebay.com/str/ouda2022 | $23.97 |
| 54 | qubm6881 | https://www.ebay.com/str/qubm6881 | $0.00 |
| 55 | tracey_beansley | https://www.ebay.com/usr/tracey_beansley | $0.00 |
| 57 | A ALLISON HOME | https://us.shein.com/store/home?store_code=5799004365 | $385.17 |
| 58 | admire | https://us.shein.com/store/home?store_code=1090013730 | $2,346.84 |
| 60 | AOYIKANG | https://us.shein.com/store/home?store_code=2678892995 | $20.40 |
| 62 | ATSM | https://us.shein.com/store/home?store_code=6092526577 | $40,854.09 |
| 64 | Bag market store | https://us.shein.com/store/home?store_code=9686934874 | $7.14 |
| 65 | BAGWORLD | https://us.shein.com/store/home?store_code=1723951117 | $2.88 |
| 66 | Beautiful Face | https://us.shein.com/store/home?store_code=8856229808 | $82.92 |
| 69 | CXYaaa | https://us.shein.com/store/home?store_code=4605731084 | $523.44 |
| 74 | Early Bird Peng | https://us.shein.com/store/home?store_code=4896282023 | $25.56 |
| 75 | ELINOR | https://us.shein.com/store/home?store_code=1314055063 | $65,554.56 |

| DOE No. | Defendant Internet Store | Seller URL | Profit Award |
|---|---|---|---|
| 77 | FANRAN | https://us.shein.com/store/home?store_code=6682333318 | $8,102.49 |
| 78 | FengLai | https://us.shein.com/store/home?store_code=2552983997 | $584,542.23 |
| 79 | Five Members | https://us.shein.com/store/home?store_code=2793754884 | $2,572.95 |
| 82 | Good fortune Living | https://us.shein.com/store/home?store_code=1758566958 | $4.59 |
| 83 | Goviyar Makeup Tool | https://us.shein.com/store/home?store_code=9922486233 | $22,976.49 |
| 84 | GuteUnit Store | https://us.shein.com/store/home?store_code=2813578852 | $2,910.63 |
| 86 | homiaobaihuo | https://us.shein.com/store/home?store_code=3398763633 | $195.09 |
| 89 | HSCommodity | https://us.shein.com/store/home?store_code=2264061372 | $214.38 |
| 92 | JHyitian | https://us.shein.com/store/home?store_code=4214908770 | $29.82 |
| 98 | Lechay | https://us.shein.com/store/home?store_code=3870624673 | $879.39 |
| 99 | Liberal order | https://us.shein.com/store/home?store_code=3944563403 | $1,137.30 |
| 100 | Lucky Grass | https://us.shein.com/store/home?store_code=6891917684 | $4.14 |
| 101 | luehe | https://us.shein.com/store/home?store_code=9497711126 | $25,134.30 |
| 104 | Mr Hu Department | https://us.shein.com/store/home?store_code=9508907385 | $5,101.56 |
| 105 | MUB Perfume Bottles | https://us.shein.com/store/home?store_code=1192880873 | $3,185.79 |
| 107 | Onlylove-MW | https://us.shein.com/store/home?store_code=7430593102 | $50,396.79 |
| 109 | Pin Yi | https://us.shein.com/store/home?store_code=4166357058 | $40.80 |
| 110 | QIAQU | https://us.shein.com/store/home?store_code=9920455733 | $435.39 |
| 112 | QiBanHua | https://us.shein.com/store/home?store_code=6170096535 | $31,900.83 |
| 113 | qushengbaihuo | https://us.shein.com/store/home?store_code=4893307485 | $1,971 |
| 114 | Seibam | https://us.shein.com/store/home?store_code=3177671121 | $441,195.72 |
| 115 | sentianbaihuo | https://us.shein.com/store/home?store_code=8566747224 | $0.00 |

| DOE No. | Defendant Internet Store | Seller URL | Profit Award |
|---|---|---|---|
| 116 | SGrunxing | https://us.shein.com/store/home?store_code=9763231332 | $58,594.23 |
| 117 | ShiAo | https://us.shein.com/store/home?store_code=1331217392 | $90,568.17 |
| 122 | Yi Qing | https://us.shein.com/store/home?store_code=1530847134 | $380.19 |
| 123 | YiYuan Perfume Bottle | https://us.shein.com/store/home?store_code=4064525383 | $9,038.82 |
| 130 | YWJINGXUAN | https://us.shein.com/store/home?store_code=6131605857 | $22,067.61 |
| 131 | YWourui | https://us.shein.com/store/home?store_code=4828300032 | $70,868.88 |
| 132 | YWZF | https://us.shein.com/store/home?store_code=6942426589 | $81.03 |
| 136 | Creek Crossing | https://www.temu.com/uk/creek-crossing-m-634418210864587.html | $2,380.17 |
| 138 | Liff Home Life | https://www.temu.com/--m-2179907328545.html | $8,408.88 |
| 139 | MUFY MAKEUP BRUSH | https://www.temu.com/-makeup-brush-m-634418213072536.html | $49,485.36 |
| 140 | Northern Moon | https://www.temu.com/cz-en/-moon-m-634418217582362.html | $34.74 |
| 141 | PDStar | https://www.temu.com/-m-634418215117876.html | $1,306.83 |
| 144 | Cainana | https://www.walmart.com/global/seller/102500963 | $11.94 |
| 145 | dong xu | https://www.walmart.com/global/seller/101693012 | $71.88 |
| 147 | foshanshilingxuanlongshangmao | https://www.walmart.com/global/seller/102486104 | $0.00 |
| 148 | Hand Jet | https://www.walmart.com/reviews/seller/101526089 | $26.94 |
| 150 | LINKALL | https://www.walmart.com/global/seller/101342176 | $0.00 |
| 151 | LUCKY COKIE | https://www.walmart.com/reviews/seller/101086810 | $0.00 |
| 152 | LUNUAOE | https://www.walmart.com/reviews/seller/101676379 | $146.79 |
| 153 | MoHern | https://www.walmart.com/global/seller/101096051 | $64,079.1 |
| 156 | shaoshanshizicong | https://www.walmart.com/global/seller/102497584 | $0.00 |
| 158 | Uralili Co., Ltd | https://www.walmart.com/reviews/seller/101176856 | $389.61 |

9

| DOE No. | Defendant Internet Store | Seller URL | Profit Award |
|---|---|---|---|
| 159 | xiangtancikeli | https://www.walmart.com/global/seller/102507466 | $0.00 |
| 160 | yunmujia09 | https://www.walmart.com/global/seller/101686648 | $0.00 |