UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-60315-CIV-DIMITROULEAS

GENIE-S INTERNATIONAL LTD,

    Plaintiff,

vs.

THE INDIVIDUALS, BUSINESS ENTITIES,
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## ORDER TO SHOW CAUSE WHY COURT SHOULD NOT GRANT MOTION FOR DEFAULT FINAL JUDGMENT

THIS CAUSE is before the Court upon Plaintiff's Motion for Entry of Default Final Judgment against Defendants (the "Motion") [DE 55], filed herein on May 5, 2025. The Court has carefully considered the Motion [DE 55] and is otherwise fully advised in the premises.

On April 24, 2025, the Clerk entered a default against Defendants, the Individuals, Business Entities, or Unincorporated Associations identified on Schedule "A" to Plaintiff's instant Motion (collectively "Defendants") for failure to appear, answer or otherwise plead to the complaint filed herein within the time required. *See* [DE 29]. Thereafter, on May 15, 2025, Plaintiff filed the instant Motion [DE 55] seeking a default judgment against Defendants listed on Amended Schedule A [DE 55]—those remaining Defendants who have not been dismissed from this action.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. On or before **May 30, 2025**, Defendants shall respond to this Order to Show Cause, showing why this Motion [DE55] should not be granted.

2. Failure to respond shall result in the Court granting Plaintiff's Motion [DE 55] as to those remaining defendants in this case listed in the Amended Schedule A. [DE 55].

3. Plaintiff is ordered to serve a copy of Plaintiff's Motion for Default Judgment [DE 55] *and* this Order upon Defendants listed in the Amended Schedule A via e-mail to the e-mail accounts provided by Defendants as part of the data related to its e-commerce store, including customer service e-mail addresses and/or onsite contact forms, and private messaging applications and/or services via the e-commerce platform for each of the e-commerce stores; and by publicly posting a true and accurate copy of the foregoing on Plaintiff's Website appearing at http://genie-s-cases.com/case-25-cv-60315.html.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 16th day of May, 2025.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies provided to:
Counsel of Record