**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 25-cv-60315-WPD**

GENIE-S INTERNATIONAL LTD.,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

    Defendants.

_____/

**NOTICE OF FILING AMENDED [PROPOSED] ORDER ON
MOTION FOR ENTRY OF FINAL DEFAULT JUDGMENT AND AMENDED
[PROPOSED] FINAL DEFAULT JUDGMENT AND PERMANENT INJUNCTION**

    Plaintiff, GENIE-S INTERNATIONAL LTD., by and through its undersigned counsel, hereby gives notice that the foregoing documents are being electronically filed, which have been amended only to remove seven (7) Defendants from their attached Schedule A.

Dated: May 29, 2025                    Respectfully submitted,

                                            **BOIES SCHILLER FLEXNER LLP**

                                            By: _/s/ Leigh Salomon_
                                            Leigh Salomon (FL Bar No. 1054106)
                                            100 SE 2nd Street, Suite 2800
                                            Miami, FL 33131
                                            Tel: (305) 357-8450
                                            lsalomon@bsfllp.com

                                            *Counsel for Plaintiff GENIE-S*
                                            *INTERNATIONAL LTD.*