UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-cv-60315-WPD

GENIE-S INTERNATIONAL LTD.,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE A.

    Defendants.
_____/

## CERTIFICATE OF SERVICE

I certify and declare that I am over the age of 18 years; my business address is Boies Schiller Flexner, LLP, 100 SE 2nd Street, Suite 2800, Miami, FL 33131; and I am an attorney for Plaintiff, GENIE-S INTERNATIONAL LTD. ("Plaintiff" or "GENIE-S"), in the above-captioned action, duly admitted to practice before the courts of the State of Florida and the United States District Court for the Southern District of Florida.

On May 16, 2025, pursuant to the methods of service authorized in the Court's February 20, 2025, Sealed Order on Plaintiff's *Ex Parte* Motion for Order Authorizing Alternate Service of Process on Defendants Pursuant to Federal Rule of Civil Procedure 4(f)(3) [DE 7], and in compliance with the Court's May 16, 2025, Order to Show Cause Why Court Should Not Grant Motion For Default Final Judgment ("Court Order") [DE 56], I caused to be sent emails to the email addresses provided by third party marketplace platforms for the Defendants appearing on the Amended Schedule A to Plaintiff's Motion for Entry of Final Default Judgment ("Plaintiff's

Motion") [DE 55], attached hereto, attaching copies of Plaintiff's Motion and the Court Order. I also effected service of process on those Defendants via publication by posting a true and accurate copy of the aforementioned documents on Plaintiff's Notice Website: http://genie-s-cases.com/case-25-cv-60315.html.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 29, 2025

Respectfully submitted,

**BOIES SCHILLER FLXNER LLP**

By: */s/ Leigh Salomon*
Leigh Salomon (FL Bar No. 1054106)
100 SE 2nd Street, Suite 2800
Miami, FL 33131
Tel: (305) 357-8450
Email: lsalomon@bsfllp.com

*Attorney for Plaintiff GENIE-S International LTD.*

**AMENDED SCHEDULE A[1]**

| DOE | Seller Name | Email Address |
| --- | --- | --- |
| 1 | Guangzhou Chengchuang Packaging Products Co., Ltd. | h16620024504@163.com |
| 2 | Jiangsu Delantai Glass Products Co., Ltd. | x15252169842@163.com |
| 3 | Jiangsu Yifan International Trade Co., Ltd. | 87245091@qq.com; admin@yifan-internation.com |
| 4 | Nantong Xinde Medical Packing Material Co., Ltd. | stella@ntxinde.com |
| 5 | Ningbo Sunwinjer Daily Products Co., Ltd. | 176172739@qq.com |
| 6 | Shaoxing Camil Packaging Co., Ltd. | sales01@camilpack.com |
| 7 | Ageless Beauty Care | 3012719838@qq.com |
| 9 | beijingchuangweifuxingkejiyouxiangongsi | pangweiyus@163.com |
| 11 | DABEL TRADING | hafezsaffron5@gmail.com |
| 12 | D-LOTUS | 343541550@qq.com |
| 14 | eStarpro | estarpro2018@hotmail.com |
| 16 | Fivexing | huangzichengyu@outlook.com |
| 17 | frsmghx | fengrongshangmaop@outlook.com |
| 18 | Good night department store | ww2537160963@163.com |
| 21 | Jiefuxin official store | 15177263950@qq.com |
| 22 | KayzonTech | kayzontechus@outlook.com |
| 30 | Shenzhen Censung International Trading Company | 47114514@qq.com |
| 31 | shuifenzh | shuifenzhin@outlook.com |
| 32 | Skogfe | 2055048120@qq.com |
| 35 | walalala | wenhuifly@sina.com |
| 38 | YANGDOUS | yeyangdong@outlook.com |
| 41 | ZHAOMEI-US | zhaomei456@outlook.com |
| 43 | byomo-pi | mpn150000@gmail.com |
| 44 | chrismastore | ibensaidaguni@gmail.com |
| 46 | elijah_alvarbez | samuel_williavms@hotmail.com |
| 47 | fatwi56 | wiziafatiman@gmail.com |
| 48 | freeasy22 | easy22321@163.com |
| 49 | huohuashi02 | hefeihuohuashi02@163.com |
| 50 | imaxcity1002 | kkuai1357981@163.com |

---

[1] This Schedule A is taken from Plaintiff's Motion for Entry of Final Default [DE 55] to reflect the Defendants on whom the aforementioned service was performed. Plaintiff has since requested the dismissal of several of these Defendants pursuant to [DE 57] and [DE 60].

| DOE | Seller Name | Email Address |
|---|---|---|
| 51 | lalawenchang | doble12118791@aliyun.com |
| 52 | Little White Rabbit Digital 2023 | 2256544746@qq.com |
| 54 | qubm6881 | ebaysnum1@gmail.com |
| 55 | tracey_beansley | grimm_feentress@hotmail.com |
| 57 | A ALLISON HOME | yucaoliuyang@163.com |
| 58 | admire | hejinpeng68@163.com |
| 60 | AOYIKANG | aoyikang1@163.com |
| 62 | ATSM | ate@ahtech.com.cn |
| 64 | Bag market store | wo441298785@163.com |
| 65 | BAGWORLD | hxc199542@163.com |
| 66 | Beautiful Face | Meizhuang202406@163.com |
| 69 | CXYaaa | cxy202420@163.com |
| 74 | Early Bird Peng | 1737074089@163.com |
| 75 | ELINOR | wangfengxian85@sina.cn |
| 77 | FANRAN | Franxyin24@outlook.com |
| 78 | FengLai | hukedianpu@163.com |
| 79 | Five Members | damili1688@foxmail.com |
| 82 | Good fortune Living | xuanqibaihuo001@163.com |
| 83 | Goviyar Makeup Tool | L-Zero21@outlook.com |
| 84 | GuteUnit Store | m005853@163.com |
| 86 | homiaobaihuo | huomiaocaizhuang@163.com |
| 89 | HSCommodity | suling111215@gmail.com |
| 92 | JHyitian | a18157974026@126.com |
| 98 | Lechay | quanqiumaiinc@163.com |
| 99 | Liberal order | xc95320202188@163.com |
| 100 | Lucky Grass | Lukeke555@163.com |
| 101 | luehe | fxj08153713@163.com |
| 104 | Mr Hu Department | hudonghua1025@163.com |
| 105 | MUB Perfume Bottles | mubtf@mubtf.com |
| 107 | Onlylove-MW | qiyingsy@163.com |
| 109 | Pin Yi | py168888888@sina.com |
| 110 | QIAQU | A1139759108@163.com |
| 112 | QiBanHua | QIBANHUA9988@163.com |
| 113 | qushengbaihuo | huomiao_16@foxmail.com |
| 114 | Seibam | shkmetals@163.com |
| 115 | sentianbaihuo | zjgstmzp@163.com |
| 116 | SGrunxing | daxiong-yi@163.com |
| 117 | ShiAo | Zhangshein@163.com |
| 122 | Yi Qing | chenxxrt@163.com |

5

| DOE | Seller Name | Email Address |
|---|---|---|
| 123 | YiYuan Perfume Bottle | yunranxsp@sina.com |
| 130 | YWJINGXUAN | YLL888@126.COM |
| 131 | YWourui | qdbag88@163.com |
| 132 | YWZF | burenmingjiupinming168@hotmail.com |
| 136 | Creek Crossing | 182020610@qq.com |
| 138 | Liff Home Life | 15177263950@163.com |
| 139 | MUFY MAKEUP BRUSH | 534990522@qq.com |
| 140 | Northern Moon | 2806386262@qq.com |
| 141 | PDStar | zxt50330@gmail.com |
| 144 | Cainana | shaopaipou9153@163.com |
| 145 | dong xu | dongxuhp@163.com |
| 147 | foshanshilingxuanlongshangmao | gemobaxi70@126.com |
| 148 | Hand Jet | wongjunjay@163.com |
| 150 | LINKALL | kellslee@outlook.com |
| 151 | LUCKY COKIE | aorichenus@163.com |
| 152 | LUNUAOE | hgruue@163.com |
| 153 | MoHern | wangliucheng@mohern.com |
| 156 | shaoshanshizicong | maxinepuga78@outlook.com |
| 158 | Uralili Co., Ltd | sangziyu123@outlook.com |
| 159 | xiangtancikeli | sharondehnert9992@outlook.com |
| 160 | yunmujia09 | ggtv3326@outlook.com |