IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| GENIE-S INTERNATIONAL LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 0:25-cv-60315-WPD |
| | ) |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 11.1(c), undersigned counsel Benjamin W. Dowers, Esq., hereby files and serves the Notice of Appearance for Defendant KayzonTech in the instant matter. All filings should be served upon Benjamin W. Dowers, Esq., via CM/ECF or at the following address:

> Benjamin W. Dowers
> bwd@guntherlegal.com
> Gunther Legal, PLLC
> 1800 SE 10th Ave
> Suite 220
> Fort Lauderdale, FL 33316

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some

-2-

other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Date: July 8, 2025

Respectfully submitted,

s/ Benjamin W. Dowers

Benjamin W. Dowers
Fla. Bar No.: 91401
bwd@guntherlegal.com
Gunther Legal, PLLC
1800 SE 10th Ave, Suite 220
Fort Lauderdale, FL 33316
954-556-1487
Attorney for Defendants