UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-cv-60315-WPD

GENIE-S INTERNATIONAL LTD.,

    Plaintiff,

  v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE A.

    Defendants.
_____/

**PLAINTIFF'S MOTION FOR RETURN OF BOND**

    PLEASE TAKE NOTICE that on June 3, 2025, this Court entered a Final Default Judgment and Permanent Injunction against the Defendants identified on Schedule A to the Order (the "Default Judgment Order") [DE 66]. Paragraphs 5 and 6 of the Default Judgment Order state that "Interest from the date this action was filed shall accrue at the legal rate. *See* 28 U.S.C. § 1961. The bond posted by the Plaintiff in the amount of $100,000.00 is hereby ordered released by the Clerk." *Id.*, p. 5, ¶¶ 5–6.

    Thus, because Plaintiff has now settled its claims against the remaining non-defaulting Defendants, Plaintiff respectfully requests that the Court enter the attached Disbursement Order releasing the $100,000.00 bond posted in this case on March 18, 2025 [DEs 15, 16].

    WHEREFORE, Plaintiff respectfully requests that this Court enter an Order directing the Clerk to release the bond posted by Plaintiff in the amount of $100,000.00.

Dated: July 25, 2025                                Respectfully submitted,

                                                             **BOIES SCHILLER FLXNER LLP**

By: */s/ Leigh Salomon*
     Leigh Salomon (FL Bar No. 1054106)
     100 SE 2nd Street, Suite 2800
     Miami, FL 33131
     Tel: (305) 357-8450
     Email: lsalomon@bsfllp.com

     *Attorney for Plaintiff GENIE-S International LTD.*