UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-cv-60315-WPD

GENIE-S INTERNATIONAL LTD.,

    Plaintiff,

 v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE A.

    Defendants.
_____/

## [PROPOSED] DISBURSEMENT ORDER

The Clerk is directed to disburse to Plaintiff's counsel the principal amount of One Hundred Thousand Dollars ($100,000.00), which is the amount of the bond called by the Court and posted by Plaintiff on March 18, 2025, plus all accrued interest. The sum shall be made payable to

    Boies Schiller Flexner LLP
    2200 Corporate Boulevard, NW, Ste. 400
    Boca Raton, FL 33431

Within three (3) days of the entry of this Disbursement Order, Plaintiff shall provide a copy of this Order, along with a copy of a Boies Schiller Flexner TIN Certification Form, to this Court's Financial Section.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this ___ day of _____, 2025.

                                              _____
                                              **HONORABLE WILLIAM P. DIMITROULEAS**
                                              **UNITED STATES DISTRICT JUDGE**