UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-cv-60513-WPD

GENIE-S INTERNATIONAL LTD.,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

    Defendants.

_____/

**PLAINTIFF'S NOTICE OF
SATISFACTION OF JUDGMENT OF DEFENDANTS**

WHEREAS a Final Default Judgment and Permanent Injunction was entered in the above action on June 3, 2025 [DE 66], in favor of Plaintiff, GENIE-S INTERNATIONAL LTD., ("Plaintiff"), and against the Defendants identified in the Schedule A attached thereto; Plaintiff desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants only:

| DOE No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 12 | D-LOTUS | https://www.amazon.com/sp?seller=A38XALPPJQI0K9 |
| 47 | fatwi56 | https://www.ebay.com/usr/fatwi56 |
| 98 | Lechay | https://us.shein.com/store/home?store_code=3870624673 |

Dated: August 12, 2025        Respectfully submitted,

        **BOIES SCHILLER FLEXNER LLP**

        By: */s/ Leigh Salomon*
        Leigh Salomon (FL Bar No. 1054106)
        100 SE 2nd Street, Suite 2800
        Miami, FL 33131
        Tel: (305) 357-8450
        Email: lsalomon@bsfllp.com

        *Attorney for Plaintiff*
        *GENIE-S INTERNATIONAL LTD.*